UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NUMBER: 04-60326 CIV MARRA

BENNETT MARINE, INC.
a Florida corporation,

      Plaintiff,

vs.

LENCO MARINE, INC.,
a Florida corporation, and
TIGE' BOATS, INC.,
a Texas corporation,

      Defendants.
_____/

### REPLY TO AFFIRMATIVE DEFENSES AND ANSWER TO COUNTERCLAIM OF LENCO MARINE, INC.

The plaintiff, BENNETT MARINE, INC.(hereinafter "Bennett"), in reply to the Affirmative Defenses and in answer to the Counterclaim of the defendant, LENCO MARINE, INC.(hereinafter "Lenco"), says as follows:

### A. REPLY TO THE AFFIRMATIVE DEFENSES OF LENCO.

1.    Bennett denies the affirmative defense set forth in paragraph 59 and states to the contrary that Lenco has violated both the letter and the spirit of the Settlement Agreement.

2.    Bennett denies the affirmative defense set forth in paragraph 60.

3.    Bennett denies the affirmative defense set forth in paragraph 61 of Lenco's answer to the Amended Complaint.

4.    Bennett denies all other affirmative defenses asserted herein.



CASE NO.: 04-60326 CIV MARRA

WHEREFORE, Bennett reasserts its entitlement to the relief prayed for in the Amended Complaint.

### B. ANSWER TO LENCO'S COUNTERCLAIM.

In answer to the Counterclaim filed herein by Lenco, Bennett says as follows:

1. It admits the allegations of paragraphs 62, 63, 64 and 65 of the Counterclaim.

2. As to Count I of the Counterclaim, Bennett admits that it has charged Lenco with patent infringement but denies the remainder of paragraph 66 and demands strict proof thereof.

3. As to Count II of the Counterclaim, a motion to strike such Cunt is now pending before the Court, and any anwer thereto is deferred.

4. Bennett admits the allegations of paragraph 71 of the Complaint and states that the Settlement Agreement is valid and enforceable.

5. Bennett specifically denies the allegations of paragraph 72 and states to the contrary that Lenco has violated both the letter and the spirit of the said Settlement Agreement.

6. Bennett has incurred attorneys fees and costs in the defense of this Counterclaim which is brought improvidently and without legal justification or excuse.

7. Bennett denies each and every other allegation of the Counterclaim not herein specifically admitted and says that Lenco may not recover upon the said Counterclaim and should be made to pay the costs and attorneys fees incurred by Bennett in defending such improvidently brought action.

8. As an affirmative defense, Bennett says that the Counter-Claimant has waived and is estopped to assert any invalidity of the patent-in-suit as such validity was admitted in the

- 2 -

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

171818.1

CASE NO.: 04-60326 CIV MARRA

Settlement Agreement, relied upon by the parties, which is attached to the Complaint in this cause.

9.   As a further affirmative defense, Bennett says that the Counterclaim is untimely brought, without leave of Court, and hence Lenco is precluded by waiver and estopped to bring such counterclaim.

**WHEREFORE**, BENNETT MARINE, INC., Plaintiff and Counter-Defendant, says that LENCO MARINE, INC., Defendant and Counter-Plaintiff, may not herein recover and the Counterclaim should be dismissed and BENNETT MARINE, INC. should be permitted to recover its attorney's fees and costs.

WILSON, ELSER, MOSKOWITZ,
EDELMAN, DICKER LLP
Attorneys for Bennett Marine, Inc.
100 S.E. Second Street, Suite 3800
Miami, Florida 33131
(305) 374-4400
(304) 579-0261 Facsimile

By: _____
R. Layton Mank
Florida Bar No.: 050050

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail this 9th day of November, 2004, to: BARRY L. HALEY, ESQ., Malin, Haley & DiMaggio, P.A., as attorneys for Defendant/Counter Plaintiff Lenco Marine, Inc. and Defendant/Counter Plaintiff Tige' Boats, Inc., 1936 South Andrews Avenue, Fort Lauderdale

CASE NO.: 04-60326 CIV MARRA

Florida 33316 and PHILLIP B. PHILBIN, ESQ., Haynes & Boone, LLP, as attorneys for Defendant/Counter Plaintiff Tige' Boats, Inc., 901 Main Street, Suite 3100, Dallas, Texas 75202-3789.

By: /s/
R. Layton Mank
Florida Bar No.: 050050

- 4 -