IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

SEP 2 8 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BENNETT MARINE, INC., )
a Florida corporation, )
 )
    Plaintiff, ) CIVIL ACTION NO.: 04-60326
 )
v. )
 ) Judge Kenneth A. Marra
LENCO MARINE, INC., ) Magistrate Judge Barry S. Seltzer
a Florida corporation, )
 )
    Defendant. )
_____)

### ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL

Upon consideration of Defendant, Lenco Marine, Inc.'s Motion to File Documents Under Seal, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that Defendant's Motion is hereby GRANTED.

Dated: SEPTEMBER 28, 2005

_____
UNITED STATES DISTRICT JUDGE
KENNETH A. MARRA

cc: Counsel of Record

I:\10000\10943\litigation\pldg\3901. Def Motion to File udner Seal.doc

5

```
 [docket  ]                    CIVIL/CRIMINAL                       [vdkttext]
 4. Queries                       Docketing


 Docket #   : 0:4 -cv-60326               MAGDSC  BSS             BSS
 Short Title: Bennett Marine, Inc  v. Lenco Marine, Inc.   MEDREQ
 Type: cv     -     Judge: Marra              Magistrate:
 -----------------------------------------------------------------------------


 -----------------------------------------------------------------------------
                 Summary of Event that Created the Document

 Filed      Entry Date  Last Update      History ID     Docketed by
 9/28/05     9/28/05     **/**/**         6994623           gz
     +----------------------------------------------------------+
      SEALED DOCUMENT placed in vault




     +viewing docket text--------------------------------------+
 Transaction: seal doc -/ -/ - - -

  Command mode (? for commands)
```