UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60326-CIV-MARRA/JOHNSON

BENNETT MARINE, INC.,
a Florida corporation,

Plaintiff,

vs.

LENCO MARINE, INC.,
a Florida corporation, RINKER
BOAT COMPANY, a Delaware
limited liability company, RICHARD
DeVITO, JR., an individual, and KIM
SLOCUM, an individual,

Defendants.
_____/

## NOTICE TO THE PARTIES

The Court hereby gives notice to the parties that it is actively working on the final judgment in this case, and that it hopes to enter a ruling in the near future. The Court apologizes to the parties for the delay in resolving this matter.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of March, 2011.

_____
KENNETH A. MARRA
United States District Judge