Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

BENNETT MARINE, INC.
550 N.W. 12th Avenue
Deerfield Beach, FL  33442

June 30, 2004
Invoice #   803002
Page        1

**REDACTED**

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

BENNETT MARINE, INC.
WEMED File # :04378.00007
Invoice No. 803002

June 30, 2004
Page   13

**REDACTED**

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 4/03/04 | Subpoena service Summons on Lenco Marine, Inc. | 60.00 |
| 4/07/04 | Long distance telephone | .40 |
| 4/19/04 | Postage | .37 |
| 4/20/04 | Messenger Charges Fedex 23718 | 7.32 |
| 4/30/04 | Long distance telephone | .22 |
| 5/06/04 | Long Distance Fax - Outgoing | .50 |
| 5/07/04 | Messenger Charges 01 IBC MESSENGER INV# 126158 USDC 301 MIAMI FL 33131 | 14.00 |
| 5/08/04 | Messenger Charges Order # 2165512 | 14.00 |
| 5/10/04 | Long distance telephone | .10 |
| 5/12/04 | Long distance telephone | .22 |
| 5/13/04 | Long Distance Fax - Outgoing | .30 |
| 5/14/04 | Photocopying Charges (outside) Color Copies | 7.28 |
| 5/15/04 | Messenger Charges Meseenger Charges Round Trip | 14.00 |
| 5/24/04 | Long Distance Fax - Outgoing | .30 |
| 5/28/04 | Long distance telephone | .46 |
| 5/28/04 | Long distance telephone | .10 |
| 5/28/04 | Long Distance Fax - Outgoing | .20 |
| 6/01/04 | Long Distance Fax - Outgoing | .40 |

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

```
BENNETT MARINE, INC.                         June 30, 2004
WEMED File # :04378.00007                    Page    14
Invoice No.  803002
```

ITEMIZED SERVICES BILL

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 6/04/04 | Postage | 1.80 |
| 6/04/04 | Postage | 3.95 |
| 6/07/04 | Long Distance Fax - Outgoing | .30 |
| 6/10/04 | Long distance telephone | .16 |
| 6/11/04 | Long distance telephone | .38 |
| 6/14/04 | Long distance telephone | 1.14 |
| 6/14/04 | Long distance telephone | .38 |
| 6/14/04 | Long Distance Fax - Outgoing | .80 |
| 6/17/04 | Long Distance Fax - Outgoing | .20 |
| 6/17/04 | Long Distance Fax - Outgoing | .60 |
| 6/17/04 | Long Distance Fax - Outgoing | .10 |
| 6/17/04 | Long Distance Fax - Outgoing | 1.40 |
| 6/18/04 | Long distance telephone | .76 |
| 6/18/04 | Long Distance Fax - Outgoing | .40 |
| 6/18/04 | Witness Fee Witness Fee for Deposition | 55.00 |
| 6/18/04 | Witness Fee Witness Fee for Deposition | 55.00 |
| 6/18/04 | Witness Fee Witness Fee for Deposition | 55.00 |
| 6/18/04 | Witness Fee Witness Fee for Deposition | 55.00 |
| 6/18/04 | Witness Fee Witness Fee for Deposition | 55.00 |
| 6/18/04 | Witness Fee Witness Fee for Deposition | 55.00 |
| 6/18/04 | Witness Fee Witness Fee for Deposition | 55.00 |
| 6/18/04 | Witness Fee WINTESS FEE FOR DEPOSITION | 55.00 |
| 6/21/04 | Long Distance Fax - Outgoing | .60 |

TOTAL DISBURSEMENTS                                573.14


TOTAL INVOICE                                   11,681.64

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

# INVOICE

P.I. SERVICES
1550 South Dixie Highway
Suite 206a
Coral Gables, FL 33146
Phone: (305) 666-0142
Fax: (305) 666-3823
Tax I.D. #65-0862301

Inv. # 2004003964
04-03-2004

R. Layton Mank
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
3800 International Place
100 S.E. 2 Street
Miami FL 33131

Reference Number: 154928.1

Case Number: SOUTHERN 04-60326-CIV-MARRA

Plaintiff:
BENNETT MARINE INC A FLORIDA CORPORATION

Defendant:
LENCO MARINE INC

Received: 3/17/2004   Completed: 3/25/2004
To be served on: LENCO MARINE INC

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee-SUMMONS-STUART | 1.00 | 60.00 | 60.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:** $60.00

Please include invoice number with your payment.

# INVOICE

CHOICE PROCESS - SOUTH FLORIDA
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
Phone: (305) 356-2121
Fax: (305) 356-4302
Tax Num: 59-3448663

R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK
3800 International Place
100 S.E. Second Street
Miami FL 33131

Inv. # 2004003536
07-14-2004

Original Date: 7/2/2004



Your Contact: VIVIAN
Case Number: 04-60326-CIV-MARRA

Plaintiff:
BENNETT MARINE, INC., A FLORIDA CORPORATION,

Defendant:
LENCO MARINE, INC., A FLORIDA CORPORATION,

Received: 6/17/2004   Completed: 6/21/2004
To be served on: PIDGEON, CHARLIE

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (ABILENNE, TX) | 1.00 | 90.00 | 90.00 |
| TOTAL CHARGED: | | | $90.00 |
| BALANCE DUE: | | | $90.00 |

PLEASE REMIT PAYMENT WITHIN 20 DAYS OF INVOICE
WE APPRECIATE YOUR BUSINESS

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 04-60326-CIV-MARRA

Plaintiff:
**BENNETT MARINE, INC., A FLORIDA CORPORATION,**
vs.
Defendant:
**LENCO MARINE, INC., A FLORIDA CORPORATION,**

For: R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK

Received by CHOICE PROCESS - SOUTH FLORIDA on the 17th day of June, 2004 at 2:33 pm to be served on **CHARLIE PIDGEON,** 6803 U.S. HIGHWAY 83 NORTH, ABILENE, TEXAS 79601. I, Joyce Cummins, being duly sworn, depose and say that on the 21 day of June, 2004 at 1:25 p.m., executed service by delivering a true copy of the **SUBPOENA DUCES TECUM WITH WITNESS FEE CHECK IN AMOUNT OF $55.00.** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving Cory Issacs as attorney.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: Cory Issacs stated that he was authorized to accept service.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 21 day of June, 2004 by the affiant who is personally known to me.

_Linda Pippin_
NOTARY PUBLIC

LINDA PIPPIN
Notary Public, State of Texas
My Commission Exp 02-21-06

_Joyce Cummins_
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

CHOICE PROCESS - SOUTH FLORIDA
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
(305) 356-2121
Our Job Serial Number: 2004003536

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# INVOICE

CHOICE PROCESS - SOUTH FLORIDA
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
Phone: (305) 356-2121
Fax: (305) 356-4302
Tax Num: 59-3448663

Inv. # 2004003538
07-14-2004

Original Date: 7/2/2004

R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK
3800 International Place
100 S.E. Second Street
Miami FL 33131

Your Contact: VIVIAN
Case Number: 04-60326-CIV-MARRA

Plaintiff:
BENNETT MARINE, INC., A FLORIDA CORPORATION,

Defendant:
LENCO MARINE, INC., A FLORIDA CORPORATION,

Received: 6/17/2004   Completed: 6/21/2004
To be served on: FELLOWS, RYA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (ABILENNE, TX) | 1.00 | 90.00 | 90.00 |
| TOTAL CHARGED: | | | $90.00 |
| BALANCE DUE: | | | $90.00 |

PLEASE REMIT PAYMENT WITHIN 20 DAYS OF INVOICE
WE APPRECIATE YOUR BUSINESS

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 04-60326-CIV-MARRA

Plaintiff:
**BENNETT MARINE, INC., A FLORIDA CORPORATION,**
vs.
Defendant:
**LENCO MARINE, INC., A FLORIDA CORPORATION,**

For: R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK

Received by CHOICE PROCESS - SOUTH FLORIDA on the 17th day of June, 2004 at 2:33 pm to be served on **RYA FELLOWS, PURCHASING DIRECTOR, TIGE' BOATS, INC., 6803 U.S. HIGHWAY 83 NORTH, ABILENE, TEXAS 79061.** I, _Jayce Cummins_, being duly sworn, depose and say that on the _21_ day of _June_, 20_04_ at _1:05_ p.m., executed service by delivering a true copy of the **SUBPOENA DUCES TECUM WITH WITNESS FEE CHECK IN AMOUNT OF $55.00.** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving _Cory Issacs_ as _attorney_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Cory Issacs stated that he was authorized to accept service._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _21_ day of _June_, _2004_ by the affiant who is personally known to me.

_Linda Pippin_
NOTARY PUBLIC

LINDA PIPPIN
Notary Public, State of Texas
My Commission Exp. 02-21-06

PROCESS SERVER # _____
Appointed in accordance
with State Statutes

CHOICE PROCESS - SOUTH FLORIDA
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
(305) 356-2121
Our Job Serial Number: 2004003538

2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# INVOICE

CHOICE PROCESS - SOUTH FLORIDA
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
Phone: (305) 356-2121
Fax: (305) 356-4302
Tax Num: 59-3448663

R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK
3800 International Place
100 S.E. Second Street
Miami FL 33131

Inv. # 2004003537
07-14-2004

Original Date: 7/2/2004

Your Contact: VIVIAN
Case Number: 04-60326-CIV-MARRA

Plaintiff:
BENNETT MARINE, INC., A FLORIDA CORPORATION,

Defendant:
LENCO MARINE, INC., A FLORIDA CORPORATION,

Received: 6/17/2004   Completed: 6/21/2004
To be served on: AUSTIN, TOM

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (ABILENNE, TX) | 1.00 | 90.00 | 90.00 |
| TOTAL CHARGED: | | | $90.00 |
| BALANCE DUE: | | | $90.00 |

PLEASE REMIT PAYMENT WITHIN 20 DAYS OF INVOICE
WE APPRECIATE YOUR BUSINESS

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5I

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 04-60326-CIV-MARRA

Plaintiff:
**BENNETT MARINE, INC., A FLORIDA CORPORATION,**
vs.
Defendant:
**LENCO MARINE, INC., A FLORIDA CORPORATION,**

For: R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK

Received by CHOICE PROCESS - SOUTH FLORIDA on the 17th day of June, 2004 at 2:33 pm to be served on **TOM AUSTIN, VICE PRESIDENT MANUFACTURING, TIGE' BOATS, INC., 6803 U.S. HIGHWAY 83 NORTH, ABILENE, TEXAS 79061.** I, Joyce Cummins, being duly sworn, depose and say that on the 21 day of June, 2004 at 1:25 P.m., executed service by delivering a true copy of the **SUBPOENA DUCES TECUM** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving Cory Issacs as attorney.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: Cory Issacs stated that he was authorized to accept service.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 21 day of June, 2004 by the affiant who is personally known to me.

_Linda Pippin_
NOTARY PUBLIC

LINDA PIPPIN
Notary Public, State of Texas
My Commission Exp 02-21-06

_Joyce Cummins_
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**CHOICE PROCESS - SOUTH FLORIDA**
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
(305) 356-2121
Our Job Serial Number: 2004003537

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# INVOICE

**CHOICE PROCESS - SOUTH FLORIDA**
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
Phone: (305) 356-2121
Fax: (305) 356-4302
Tax Num: 59-3448663

R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK
3800 International Place
100 S.E. Second Street
Miami FL 33131

Inv. # 2004003540
07-14-2004

Original Date: 7/2/2004

Your Contact: VIVIAN
Case Number: 04-60326-CIV-MARRA

Plaintiff:
BENNETT MARINE, INC., A FLORIDA CORPORATION,

Defendant:
LENCO MARINE, INC., A FLORIDA CORPORATION,

Received: 6/17/2004    Completed: 6/21/2004
To be served on: ISSACS, CORY

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (ABILENNE, TX) | 1.00 | 90.00 | 90.00 |
| TOTAL CHARGED: | | | $90.00 |
| BALANCE DUE: | | | $90.00 |

OK

PLEASE REMIT PAYMENT WITHIN 20 DAYS OF INVOICE
WE APPRECIATE YOUR BUSINESS

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 04-60326-CIV-MARRA

Plaintiff:
BENNETT MARINE, INC., A FLORIDA CORPORATION,
vs.
Defendant:
LENCO MARINE, INC., A FLORIDA CORPORATION,

For: R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK

Received by CHOICE PROCESS - SOUTH FLORIDA on the 17th day of June, 2004 at 2:33 pm to be served on **CORY ISSACS, TIGE' BOAT T1XW70391304, TIGE' BOATS, INC., 6803 U.S. HIGHWAY 83 NORTH, ABILENE, TEXAS 79061**. I, Joyce Cummins, being duly sworn, depose and say that on the 21 day of June, 2004 at 1:55 P.m., executed service by delivering a true copy of the SUBPOENA DUCES TECUM WITH **WITNESS FEE CHECK IN AMOUNT OF $55.00**. in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) Individual SERVICE: By serving Cory Issacs as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS:

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 21 day of June, 2004 by the affiant who is personally known to me.

Linda Pippin
NOTARY PUBLIC

LINDA PIPPIN
Notary Public, State of Texas
My Commission Exp 02-21-06

Joyce Cummins
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

CHOICE PROCESS - SOUTH FLORIDA
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
(305) 356-2121
Our Job Serial Number: 2004003540

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# INVOICE

CHOICE PROCESS - SOUTH FLORIDA
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
Phone: (305) 356-2121
Fax: (305) 356-4302
Tax Num: 59-3448663

R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK
3800 International Place
100 S.E. Second Street
Miami FL 33131

Inv. # 2004003539
07-14-2004

Original Date: 7/2/2004



Your Contact: VIVIAN
Case Number: 04-60326-CIV-MARRA

Plaintiff:
BENNETT MARINE, INC., A FLORIDA CORPORATION,

Defendant:
LENCO MARINE, INC., A FLORIDA CORPORATION,

Received: 6/17/2004   Completed: 6/21/2004
To be served on: TIGE' BOATS

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (ABILENNE, TX) | 1.00 | 90.00 | 90.00 |
| TOTAL CHARGED: | | | $90.00 |
| BALANCE DUE: | | | $90.00 |

PLEASE REMIT PAYMENT WITHIN 20 DAYS OF INVOICE
WE APPRECIATE YOUR BUSINESS

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 04-60326-CIV-MARRA

Plaintiff:
**BENNETT MARINE, INC., A FLORIDA CORPORATION,**
vs.
Defendant:
**LENCO MARINE, INC., A FLORIDA CORPORATION,**

For: R. Layton Mank, Esquire
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK

Received by CHOICE PROCESS - SOUTH FLORIDA on the 17th day of June, 2004 at 2:33 pm to be served on **TIGE' EMPLOYEE WHO INSTALLED AND WIRED THE TAPS OR TRIM DEVICE ON TIGE' BOAT T1XW70391304, TIGE' BOATS, INC., 6803 U.S. HIGHWAY 83 NORTH, ABILENE, TEXAS 79061**. I, Joyce Cummins, being duly sworn, depose and say that on the 21 day of June, 2004 at 1:25 P.m., executed service by delivering a true copy of the **SUBPOENA DUCES TECUM** in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving Cory Issacs as Atty. for Tige' Boats.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: Cory Issacs stated that he was authorized to accept service.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 21 day of June, 2004 by the affiant who is personally known to me.

_Linda Pippin_
NOTARY PUBLIC

LINDA PIPPIN
Notary Public, State of Texas
My Commission Exp 02-21-06

_Joyce Cummins_
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

**CHOICE PROCESS - SOUTH FLORIDA**
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
(305) 356-2121
Our Job Serial Number: 2004003539

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# INVOICE

CHOICE PROCESS - SOUTH FLORIDA  
801 N.E. 167 Street  
Suite 311  
North Miami Beach, FL 33162  
Phone: (305) 356-2121  
Fax: (305) 356-4302  
Tax Num: 59-3448663  

Inv. # 2004003535  
07-14-2004  

Original Date: 7/2/2004



R. Layton Mank, Esquire  
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK  
3800 International Place  
100 S.E. Second Street  
Miami FL 33131  

Your Contact: VIVIAN  
**Case Number: 04-60326-CIV-MARRA**

Plaintiff:  
**BENNETT MARINE, INC., A FLORIDA CORPORATION,**

Defendant:  
**LENCO MARINE, INC., A FLORIDA CORPORATION,**

Received: 6/17/2004   Completed: 6/21/2004  
To be served on: PIDGEON, TIGE' BOATS BY SERVING ITS PRES

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (ABILENNE, TX) | 1.00 | 120.00 | 120.00 |
| Shipping Fee | 2.00 | 10.00 | 20.00 |
| TOTAL CHARGED: | | | $140.00 |
| **BALANCE DUE:** | | | $140.00 |

PLEASE REMIT PAYMENT WITHIN 20 DAYS OF INVOICE  
WE APPRECIATE YOUR BUSINESS