# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 04-60326-CIV-MARRA

Plaintiff:
**BENNETT MARINE, INC., A FLORIDA CORPORATION,**
vs.
Defendant:
**LENCO MARINE, INC., A FLORIDA CORPORATION,**

For: R. Layton Mank, Esquire
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK

Received by CHOICE PROCESS - SOUTH FLORIDA on the 17th day of June, 2004 at 2:33 pm to be served on **TIGE' BOATS BY SERVING ITS PRESIDENT CHARLIE PIDGEON, 6803 U.S. HIGHWAY 83 NORTH, ABILENE, TEXAS 79601**. I, __Joyce Cummins__, being duly sworn, depose and say that on the __21__ day of __June__, 20__04__ at __1:25 P__.m., executed service by delivering a true copy of the **SUBPOENA DUCES TECUM** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving __Cory Issacs__ as __attorney for Tige' Boats__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: __Cory Issacs stated that he was authorized to accept service.__

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __21__ day of __June__, __2004__ by the affiant who is personally known to me.

_Linda Pippin_
NOTARY PUBLIC



LINDA PIPPIN
Notary Public, State of Texas
My Commission Exp 02-21-06

_Joyce Cummins_
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

CHOICE PROCESS - SOUTH FLORIDA
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
(305) 356-2121
Our Job Serial Number: 2004003535

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 84109 | | 05/14/04 | WILSON |

# LEGAL Impressions®

P.O. Box 310852
Miami, FL 33231-0852

(305) 374-7778 • FAX (305) 539-8171
CORAL GABLES
(305) 567-2679

**INVOICE**

WORK ORDER NO. 33299

E.I.N. # 65-0089567

**Bill To:**
WILSON, ELSER, MOSKOWITZ, ET AL
100 SE 2ND STREET, 3800 INT'L PLAZA
MIAMI, FL 33131

**Ship To:**
WILSON, ELSER, MOSKOWITZ, ET AL
100 SE 2ND STREET, 3800 INT'L PLAZA
MIAMI, FL 33131

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | TERMS |
|---|---|---|---|
| 05/14/04 | | LI COURIER | NET 30 |

| ORDERED BY | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| VIVIAN | 05/14/04 | MIAMI | DOWNTOWN HOUSE ACCOUNT | |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|
| | FILE REF: 4378.7 | | | |
| 8 | 8 1/2 X 11" COLOR COPIES | .8500 | 6.80 | T |

| SUBTOTAL | STATE | COUNTY | | |
|---|---|---|---|---|
| $6.80 | $.41 | $.07 | | $7.28 |

INVOICE NO. 84109

**PLEASE REMIT THIS AMOUNT**

Your signature below is agreement that the above prescribed work has been authorized, received and inspected; the work is completed and correct, and this invoice will be paid by the party billed above. No third party billing. All invoices due upon receipt. The party billed agrees to pay interest at the rate of the lesser of 1.5% per month or the maximum legal rate on invoices not paid in 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

Agreed To By: _____ Date: 5/14/04

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

July 28, 2004
Invoice #   810850
Page    1

BENNETT MARINE, INC.
550 N.W. 12th Avenue
Deerfield Beach, FL  33442

       Matter              : Bennett Marine, Inc.
       Claimant            : Lenco Marine
       WEMED File Number   : 04378.00007

FOR ALL PROFESSIONAL SERVICES RENDERED      IRS # 13-2679447

| | |
|---|---:|
| For Professional Services Rendered Through July 20, 2004 | 8,520.50 |
| For Disbursements Incurred | 350.61 |
| TOTAL | 8,871.11 |

**REDACTED**

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

BENNETT MARINE, INC.  
WEMED File # :04378.00007  
Invoice No. 810850  

July 28, 2004  
Page    6  

**REDACTED**

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 6/05/04 | Messenger Charges Sessenger Service to Broward County Souther District Court | 84.00 |
| 6/19/04 | Messenger Charges Order 2175659 | 28.50 |
| 6/23/04 | Long distance telephone | .16 |
| 6/23/04 | Long distance telephone | .38 |
| 6/24/04 | Long distance telephone | .38 |
| 6/24/04 | Long distance telephone | 1.52 |
| 6/24/04 | Long distance telephone | .76 |
| 6/24/04 | Long distance telephone | 2.28 |
| 6/24/04 | Long distance telephone | 1.52 |
| 6/24/04 | Long Distance Fax - Outgoing | .10 |
| 6/24/04 | Long Distance Fax - Outgoing | .40 |
| 6/24/04 | Long Distance Fax - Outgoing | .60 |
| 6/24/04 | Witness Fee Witness Fee for Deposition | 75.00 |
| 6/25/04 | Long distance telephone | .76 |
| 6/28/04 | Long distance telephone | .38 |
| 6/28/04 | Long distance telephone | .34 |
| 6/28/04 | Long distance telephone | .38 |
| 6/28/04 | Long Distance Fax - Outgoing | .20 |
| 6/28/04 | Long Distance Fax - Outgoing | .10 |

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

BENNETT MARINE, INC.
WEMED File # :04378.00007
Invoice No. 810850

July 28, 2004
Page    7

ITEMIZED SERVICES BILL

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 6/28/04 | Long Distance Fax - Outgoing | .10 |
| 6/28/04 | Subpoena service Service of Subpoena on Hugh Mullholand, TX | 130.00 |
| 6/29/04 | Long distance telephone | .76 |
| 6/29/04 | Long distance telephone | 3.04 |
| 6/29/04 | Long distance telephone | .16 |
| 6/29/04 | Long distance telephone | 1.52 |
| 6/29/04 | Long distance telephone | 1.12 |
| 6/29/04 | Long distance telephone | .38 |
| 6/29/04 | Long Distance Fax - Outgoing | .20 |
| 6/29/04 | Long Distance Fax - Outgoing | .20 |
| 6/30/04 | Long distance telephone | .76 |
| 6/30/04 | Long distance telephone | .76 |
| 7/01/04 | Long distance telephone | .10 |
| 7/06/04 | Postage | 2.12 |
| 7/06/04 | Long Distance Fax - Outgoing | .30 |
| 7/07/04 | Long distance telephone | .22 |
| 7/07/04 | Long distance telephone | .76 |
| 7/08/04 | Postage | 1.06 |
| 7/15/04 | Long distance telephone | .10 |
| 7/19/04 | Postage | 1.29 |
| 7/20/04 | Postage | 7.90 |

TOTAL DISBURSEMENTS                        350.61


TOTAL INVOICE                            8,871.11


**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# INVOICE

**CHOICE PROCESS - SOUTH FLORIDA**
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
Phone: (305) 356-2121
Fax: (305) 356-4302
Tax Num: 59-3448663

R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK
3800 International Place
100 S.E. Second Street
Miami FL 33131

Inv. # 2004003553
06-28-2004



Your Contact: VIVIAN
Case Number: 04-60326-CIV-MARRA

Plaintiff:
**BENNETT MARINE, INC., A FLORIDA CORPORATION,**

Defendant:
**LENCO MARINE, INC., A FLORIDA CORPORATION,**

Received: 6/18/2004   Completed: 6/24/2004
To be served on: MULHOLLAND, HUGH

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Service Fee (KILGORE, TX) | 1.00 | 120.00 | 120.00 |
| Shipping Fee | 1.00 | 10.00 | 10.00 |
| TOTAL CHARGED: | | | $130.00 |

**BALANCE DUE:**                                                                 $130.00

PLEASE REMIT PAYMENT WITHIN 20 DAYS OF INVOICE
WE APPRECIATE YOUR BUSINESS

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

# Shirlee Manly & Associates

*Court Reporters*

104 Pine Street
Suite 713
Abilene, TX 79601
email:smanlycsr@aol.com

Telephone: 325-673-9273
FAX: 325-675-0808
Mailing Address:
P.O. Box 2737
Abilene, TX 79604

TAX I.D. No. 74-2553640

July 14, 2004

Mr. R. Layton Mank
Attorney-at-law
Wilson, Elser, Moskowitz, Edelman, Dicker
100 S. E. Second Street, Suite 3800
Miami, Florida 33131

RE: Case No. 04-60326 CIV MARRA; Bennett Marine, Inc. vs. Lenco Marine, Inc.

Costs involved in taking and transcribing the oral depositions of Charles Pigeon, Thomas Austin, Ryan Fellows, James Crawford and Cory Isaacs that were taken in the above-named cause on June 30, 2004

Total ---------------- $ 841.12

PLEASE RETURN DUPLICATE WITH PAYMENT

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

September 30, 2004
Invoice #    828548
Page     1

BENNETT MARINE, INC.
550 N.W. 12th Avenue
Deerfield Beach, FL  33442

```
            Matter             : Bennett Marine, Inc.
            Claimant           : Lenco Marine
            WEMED File Number  : 04378.00007
```

FOR ALL PROFESSIONAL SERVICES RENDERED     IRS # 13-2679447

```
For Professional Services Rendered Through September 24, 2004     4,743.50
For Disbursements Incurred                                         2,549.03
                                                                  ---------
                                              TOTAL                7,292.53
```

**REDACTED**

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

BENNETT MARINE, INC.
WEMED File # :04378.00007
Invoice No.  828548

September 30, 2004
Page     7

**REDACTED**

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 6/24/04 | Airfare 09; EXPENSE REPORT L. MANK | 1,710.40 |
| 6/24/04 | Miscellaneous expense 09; EXPENSE REPORT L. MANK | 35.03 |
| 6/24/04 | Transportation Costs 09; EXPENSE REPORT L. MANK | 19.00 |
| 6/30/04 | Travel Expense 09; EXPENSE REPORT L. MANK | 179.40 |
| 6/30/04 | Miscellaneous expense 09; EXPENSE REPORT L. MANK | 4.60 |
| 6/30/04 | Transportation Costs 09; EXPENSE REPORT L. MANK | 137.30 |
| 7/19/04 | Subpoena service Attenpted Service of Subpoena on Hugh Mullholland, LA Porte TX | 140.00 |
| 7/21/04 | Postage | 3.85 |
| 7/21/04 | Postage | 14.80 |
| 7/28/04 | Long distance telephone | 1.14 |
| 7/28/04 | Long distance telephone | .22 |
| 7/28/04 | Long distance telephone | .22 |
| 7/28/04 | Long distance telephone | .22 |
| 7/29/04 | Long distance telephone | .10 |
| 7/29/04 | Long distance telephone | .22 |
| 8/02/04 | Long distance telephone | 2.28 |
| 8/02/04 | Postage | 3.46 |
| 8/03/04 | Long distance telephone | .76 |
| 8/03/04 | Postage | 4.70 |
| 8/04/04 | Long distance telephone | .76 |

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

BENNETT MARINE, INC.
WEMED File # :04378.00007
Invoice No.   828548

September 30, 2004
Page      8

ITEMIZED SERVICES BILL

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 8/04/04 | Postage | 3.05 |
| 8/05/04 | Process Server 131022 | 40.53 |
| 8/09/04 | Long distance telephone | 1.52 |
| 8/10/04 | Messenger Charges Fedex 55761 | 9.68 |
| 8/12/04 | Long distance telephone | .38 |
| 8/12/04 | Long distance telephone | 1.52 |
| 8/12/04 | Long distance telephone | .46 |
| 8/16/04 | Process Server | 150.00 |
| 8/24/04 | Postage | .37 |
| 8/26/04 | Long distance telephone | 2.28 |
| 8/30/04 | Long distance telephone | .22 |
| 8/30/04 | Long Distance Fax - Outgoing | .30 |
| 8/31/04 | Messenger Charges Job 2004003178 | 67.00 |
| 9/02/04 | Long distance telephone | .22 |
| 9/08/04 | Long distance telephone | .46 |
| 9/08/04 | Postage | 7.06 |
| 9/08/04 | Postage | .74 |
| 9/08/04 | Postage | 2.26 |
| 9/08/04 | Long Distance Fax - Outgoing | .20 |
| 9/08/04 | Long Distance Fax - Outgoing | .20 |
| 9/14/04 | Long Distance Fax - Outgoing | .30 |
| 9/14/04 | Long Distance Fax - Outgoing | .30 |
| 9/16/04 | Long Distance Fax - Outgoing | .40 |
| 9/24/04 | Long distance telephone | .10 |
| 9/24/04 | Long distance telephone | .22 |
| 9/24/04 | Long Distance Fax - Outgoing | .30 |
| 9/24/04 | Long Distance Fax - Outgoing | .50 |

TOTAL DISBURSEMENTS                         2,549.03


TOTAL INVOICE                               7,292.53


**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# INVOICE

RLM

**CHOICE PROCESS - SOUTH FLORIDA**
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
Phone: (305) 356-2121
Fax: (305) 356-4302
Tax Num: 59-3448663

R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK
3800 International Place
100 S.E. Second Street
Miami FL 33131

Inv. # 2004003599
07-19-2004

Your Contact: VIVIAN
Case Number: 04-60326-CIV-MARRA

Plaintiff:
BENNETT MARINE, INC., A FLORIDA CORPORATION,

Defendant:
LENCO MARINE, INC., A FLORIDA CORPORATION,

Received: 6/25/2004   Completed: 6/28/2004
To be served on: MULHOLLAND, HUGH

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (LA PORTE, TX) | 1.00 | 130.00 | 130.00 |
| Shipping Fee | 1.00 | 10.00 | 10.00 |
| TOTAL CHARGED: | | | $140.00 |
| BALANCE DUE: | | | $140.00 |

PLEASE REMIT PAYMENT WITHIN 20 DAYS OF INVOICE
WE APPRECIATE YOUR BUSINESS

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

## DECLARATION OF NOT FOUND
### (DUE AND DILIGENT SEARCH)

CASE# 0460326  Court #  FGN/CSE# 2004003599

BENNETT MARINE, INC.,
A FLORIDA CORPORATION

VS.

LENCO MARINE, INC.,
A FLORIDA CORPORATION

I, **Gordon W Hanna**, on the following dates, was over the age of 18 years; and was not a party to this action.

I, received a SUBPOENA DUCES TECUM; RE-NOTICE OF TAKING DEPOSITION DUCES TECUM
on, June 28, 2004.  at 11:03:00 in Cause No. 0460326

After due and diligent effort as set forth below I have been unable to effect personal service upon: **Mulholland, Hugh**

| DATE | TIME | ADDRESS / REASON FOR NON-SERVICE | PCP Ref# H06041585 |
|---|---|---|---|

06/28/2004 14:00 PM 231 Forest St. La Porte TX 77571

ATTEMPTED SERVICE AT THE GIVEN ADDRESS WITH NO CONTACT. UNABLE TO EFFECT SERVICE PRIOR TO THE COURT DATE.

I, declare under penalty that the foregoing is true and correct.

_Gordon W Hanna_
OR/I.D. # _____

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on the 16 day of July 2004.

Service Fee $ _____

_Notary Public_

Client : Choice Process - Miami
Fax #  : (305) 356-430

A. S. CEDILLO
Notary Public, State of Texas
My Commission Expires
May 09, 2007

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

November 30, 2004
Invoice #    843528
Page      1

BENNETT MARINE, INC.
550 N.W. 12th Avenue
Deerfield Beach, FL   33442

        Matter            : Bennett Marine, Inc.
        Claimant          : Lenco Marine
        WEMED File Number : 04378.00007

FOR ALL PROFESSIONAL SERVICES RENDERED     IRS # 13-2679447

| | |
|---|---:|
| For Professional Services Rendered Through November 19, 2004 | 9,447.50 |
| For Disbursements Incurred | 772.71 |
| TOTAL | 10,220.21 |

**REDACTED**

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

BENNETT MARINE, INC.
WEMED File # :04378.00007
Invoice No. 843528

November 30, 2004
Page     10

**REDACTED**

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 7/14/04 | Subpoena service Service of Subpoena on tige Boasts Employee, | 90.00 |
| 7/14/04 | Subpoena service Service of Subpoena on Charlie Piegeon | 90.00 |
| 7/14/04 | Subpoena service Service of Subpoena on Ryan Fellows | 90.00 |
| 7/14/04 | Subpoena service Service of Subpoena on Tom Austin | 90.00 |
| 7/14/04 | Subpoena service Servcie of Subpoena on Tige' Boasts by Serving its President, Charles Pigeon | 140.00 |
| 7/14/04 | Subpoena service Service of Subpoena on Cory Issacs | 90.00 |
| 10/27/04 | Long distance telephone | .10 |
| 10/27/04 | Postage | 1.20 |
| 10/28/04 | Long distance telephone | .52 |
| 10/28/04 | Long distance telephone | 9.50 |
| 11/03/04 | Postage | 2.77 |
| 11/03/04 | Postage | .37 |
| 11/04/04 | Long distance telephone | .10 |
| 11/08/04 | Long distance telephone | .16 |
| 11/08/04 | Long distance telephone | .76 |

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

BENNETT MARINE, INC.                                November 30, 2004
WEMED File # :04378.00007                           Page     11
Invoice No.  843528

## ITEMIZED SERVICES BILL

DISBURSEMENTS

| | | |
|---|---|---|
| 11/08/04 | Postage | 2.03 |
| 11/08/04 | Postage | 2.77 |
| 11/08/04 | Long Distance Fax - Outgoing | .40 |
| 11/09/04 | Long distance telephone | .16 |
| 11/09/04 | Long distance telephone | .22 |
| 11/09/04 | Long distance telephone | .34 |
| 11/09/04 | Postage | .83 |
| 11/12/04 | Long distance telephone | .22 |
| 11/17/04 | Long distance telephone | .16 |
| 11/18/04 | Long distance telephone | .10 |
| 11/18/04 | Witness Fee Witness Fee for Deposition | 40.00 |
| 11/18/04 | Witness Fee Witness Fee for Deposition | 40.00 |
| 11/18/04 | Witness Fee Witness Fee for Deposition | 40.00 |
| 11/18/04 | Witness Fee Witness Fee for Deposition | 40.00 |

TOTAL DISBURSEMENTS                                          772.71

TOTAL INVOICE                                             10,220.21

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

**STATEMENT**

10/11/2004

CHOICE PROCESS - SOUTH FLORIDA
801 N.E. 167 Street
Suite 311
North Miami Beach, FL 33162
(305) 356-2121
Tax Num: 59-3448663

R. Layton Mank, Esquire
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICK
3800 International Place
100 S.E. Second Street
Miami FL 33131

Phone: (305) 374-4400
Fax: (305) 579-0261

Statement covers Unpaid Invoices through 9/30/2004.

## ITEMIZED LISTING

| Invoice | Inv. Date | Person Served | Amount | Status |
|---|---|---|---|---|
| 2003005272 | 11/19/2003 | KOSCHES, RECORDS CUSTODIAN OF AMY C. RICHARD KRIGEL ILLINOIS MUTUAL LIFE INSURANCE COMPANY Case: 02-011370 CACE 03   Broward   Ref: 146163.1 | 10.00 | PAST120 |
| 2004003535 | 7/2/2004 | PIDGEON, TIGE' BOATS BY SERVING ITS PRES BENNETT MARINE, INC., A FLORIDA CORPORATION, LENCO MARINE, INC., A FLORIDA CORPORATION, Case: 04-60326-CIV-MARRA   Ref: | 140.00 | PAST90 |
| 2004003536 | 7/2/2004 | PIDGEON, CHARLIE BENNETT MARINE, INC., A FLORIDA CORPORATION, LENCO MARINE, INC., A FLORIDA CORPORATION, Case: 04-60326-CIV-MARRA   Ref: | 90.00 | PAST90 |
| 2004003537 | 7/2/2004 | AUSTIN, TOM BENNETT MARINE, INC., A FLORIDA CORPORATION, LENCO MARINE, INC., A FLORIDA CORPORATION, Case: 04-60326-CIV-MARRA   Ref: | 90.00 | PAST90 |
| 2004003538 | 7/2/2004 | FELLOWS, RYA BENNETT MARINE, INC., A FLORIDA CORPORATION, LENCO MARINE, INC., A FLORIDA CORPORATION, Case: 04-60326-CIV-MARRA   Ref: | 90.00 | PAST90 |
| 2004003539 | 7/2/2004 | TIGE' BOATS BENNETT MARINE, INC., A FLORIDA CORPORATION, LENCO MARINE, INC., A FLORIDA CORPORATION, Case: 04-60326-CIV-MARRA   Ref: | 90.00 | PAST90 |
| 2004003540 | 7/2/2004 | ISSACS, CORY BENNETT MARINE, INC., A FLORIDA CORPORATION, LENCO MARINE, INC., A FLORIDA CORPORATION, Case: 04-60326-CIV-MARRA   Ref: | 90.00 | PAST90 |

**TOTAL AMOUNT DUE:** $600.00

For your convenience, we accept the American Express® Card
and other major credit cards.
Please fill in the information below.

Account Number                     Mo.   Yr.
                                   Expiration Date

X_____          $_____
Cardmember Signature       Amount    Date

  

**URGENT**
THIS ACCOUNT IS
"PAST DUE"

Copies of invoices are
available upon request

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

December 27, 2004
Invoice #  851762
Page      1

BENNETT MARINE, INC.
550 N.W. 12th Avenue
Deerfield Beach, FL  33442

Matter            : Bennett Marine, Inc.
Claimant          : Lenco Marine
WEMED File Number : 04378.00007

FOR ALL PROFESSIONAL SERVICES RENDERED    IRS # 13-2679447

| | |
|---|---:|
| For Professional Services Rendered Through December 20, 2004 | 5,381.50 |
| For Disbursements Incurred | 327.59 |
| TOTAL | 5,709.09 |

**REDACTED**

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

```
BENNETT MARINE, INC.                              December 27, 2004
WEMED File # :04378.00007                         Page     10
Invoice No.  851762
```

## ITEMIZED SERVICES BILL

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 11/15/04 | Postage | 6.17 |
| 11/15/04 | Postage | 3.60 |
| 11/17/04 | Postage | .37 |
| 11/19/04 | Long distance telephone | .16 |
| 11/19/04 | Long distance telephone | .10 |
| 11/22/04 | Long distance telephone | .10 |
| 11/23/04 | Long distance telephone | .10 |
| 11/23/04 | Messenger Charges Fedex22341 | 7.70 |
| 11/24/04 | Long Distance Fax - Outgoing | .30 |
| 11/30/04 | Long Distance Fax - Outgoing | .40 |
| 11/30/04 | Long Distance Fax - Outgoing | .40 |
| 11/30/04 | Long Distance Fax - Outgoing | .40 |
| 12/01/04 | Messenger Charges Job # 2004004530 | 63.00 |
| 12/02/04 | Postage | 4.93 |
| 12/02/04 | Postage | 1.57 |
| 12/06/04 | Long distance telephone | .16 |
| 12/06/04 | Long distance telephone | .22 |
| 12/06/04 | Long Distance Fax - Outgoing | .30 |
| 12/06/04 | Long Distance Fax - Outgoing | .30 |
| 12/06/04 | Subpoena service Service of Subpoena on Roy Merritt | 75.00 |
| 12/06/04 | Subpoena service Service of Subpoean on Colleen Collins | 75.00 |
| 12/06/04 | Subpoena service Service of Subpoena on Todd Smith | 75.00 |
| 12/07/04 | Long distance telephone | .16 |
| 12/07/04 | Messenger Charges Fedex 30451 | 10.05 |
| 12/10/04 | Long Distance Fax - Outgoing | .70 |
| 12/14/04 | Long Distance Fax - Outgoing | .60 |
| 12/15/04 | Long Distance Fax - Outgoing | .50 |
| 12/20/04 | Long Distance Fax - Outgoing | .30 |

```
          TOTAL DISBURSEMENTS                               327.59
```

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

```
BENNETT MARINE, INC.                          December 27, 2004
WEMED File # :04378.00007                     Page     11
Invoice No.   851762
```

ITEMIZED SERVICES BILL

TOTAL INVOICE                                         5,709.09