INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO: WILSON ELSER

ATTORNEY: R. LAYTON MANK, ESQ.

INVOICE No.: 7495-04

DEC 6, 2004

CASE NO.: 04-60326 CIV-MARRA

BENNETT MARINE, INC. VS:
LENCO MARINE, INC.

$75.00

1) ROY MERRITT            (MARTIN)        $118.00   RUSH

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO:     WILSON ELSER

ATTORNEY:    R. LAYTON MANK, ESQ.

INVOICE No.:    7494-04

DEC 6, 2004

CASE NO.: 04-60326 CIV-MARRA

BENNETT MARINE, INC. VS:
LENCO MARINE, INC.

1) COLLEEN COLLINS        (MARTIN)            $75.00

($110.00)    RUSH

INVOICE

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220

Fed. Tax I.D. 59-2618358

BILL TO:      WILSON ELSER

ATTORNEY:     R. LAYTON MANK, ESQ.

INVOICE No.:     7496-04

DEC 6, 2004

CASE NO.: 04-60326 CIV-MARRA

BENNETT MARINE, INC. VS:
LENCO MARINE, INC.

$75.⁰⁰

1) TODD SMITH        (MARTIN)        $~~118.00~~   RUSH

April 29, 2005
Invoice #   887992
Page     1

BENNETT MARINE, INC.
550 N.W. 12th Avenue
Deerfield Beach, FL  33442

```
        Matter            : Bennett Marine, Inc.
        Claimant          : Lenco Marine
        WEMED File Number  : 04378.00007
```

FOR ALL PROFESSIONAL SERVICES RENDERED     IRS # 13-2679447

```
For Professional Services Rendered Through April 21, 2005        24,365.00
For Disbursements Incurred                                          236.32
                                                          ----------------
                                           TOTAL                 24,601.32
```

REDACTED

BENNETT MARINE, INC.
WEMED File # :04378.00007
Invoice No.  887992

April 29, 2005
Page    28

REDACTED

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 12/06/04 | Subpoena service Service of Subpoena on Samuel Mullins | 75.00 |
| 12/22/04 | Postage | 1.94 |
| 12/23/04 | Long Distance Fax - Outgoing | .70 |
| 12/30/04 | Postage | 2.86 |
| 1/03/05 | Messenger Charges Inv. 2004004855 | 74.25 |
| 1/03/05 | Messenger Charges Inv. 2004005056 | 5.00 |
| 1/11/05 | Long Distance Fax - Outgoing | 2.70 |
| 1/12/05 | Long Distance Fax - Outgoing | 4.10 |
| 3/01/05 | Long Distance Fax - Outgoing | .70 |
| 3/24/05 | Long distance telephone | .46 |
| 3/24/05 | Long distance telephone | .39 |
| 3/28/05 | Long distance telephone | .39 |
| 3/28/05 | Long Distance Fax - Outgoing | .40 |
| 3/29/05 | Long distance telephone | .39 |
| 3/29/05 | Long distance telephone | 1.17 |

BENNETT MARINE, INC.                    April 29, 2005
WEMED File # :04378.00007               Page    29
Invoice No.  887992

ITEMIZED SERVICES BILL

DISBURSEMENTS

| | | |
|---|---|---|
| 3/29/05 | Long Distance Fax - Outgoing | .50 |
| 3/29/05 | Long Distance Fax - Outgoing | .50 |
| 3/29/05 | Long Distance Fax - Outgoing | .50 |
| 3/30/05 | Long Distance Fax - Outgoing | .50 |
| 3/31/05 | Long Distance Fax - Outgoing | .70 |
| 4/01/05 | Long distance telephone | 1.17 |
| 4/01/05 | Long distance telephone | .78 |
| 4/01/05 | Long Distance Fax - Outgoing | 1.10 |
| 4/01/05 | Long Distance Fax - Outgoing | 1.70 |
| 4/04/05 | Postage | 2.03 |
| 4/05/05 | Postage | 1.20 |
| 4/05/05 | Long Distance Fax - Outgoing | .70 |
| 4/06/05 | Long distance telephone | .79 |
| 4/07/05 | Long distance telephone | .40 |
| 4/07/05 | Long Distance Fax - Outgoing | .40 |
| 4/08/05 | Long Distance Fax - Outgoing | .40 |
| 4/08/05 | Long Distance Fax - Outgoing | 1.60 |
| 4/08/05 | Long Distance Fax - Outgoing | 1.60 |
| 4/08/05 | Long Distance Fax - Outgoing | .40 |
| 4/08/05 | Long Distance Fax - Outgoing | .40 |
| 4/08/05 | Long Distance Fax - Outgoing | .40 |
| 4/08/05 | Long Distance Fax - Outgoing | .10 |
| 4/18/05 | Parking Charges Parking | 24.00 |
| 4/18/05 | Parking Charges Parking Chareges | 24.00 |

TOTAL DISBURSEMENTS                           236.32


TOTAL INVOICE                             24,601.32

# T. C. MANN, INC.

1001 N. AMERICA WAY, SUITE 107
MIAMI, FLORIDA 33132-2029
TELEPHONE: (305) 577-0220
Fed. Tax I.D. 59-2618358

BILL TO:     WILSON ELSER

ATTORNEY:    R. LAYTON MANK, ESQ.

INVOICE No.:    7497-04

DEC 6, 2004

CASE NO.: 04-60326 CIV-MARRA

BENNETT MARINE, INC. VS:
LENCO MARINE, INC.

1) SAMUEL MULLINS          (MARTIN)        $ 75.00
                                            $118.00  RUSH

```
                                    May 31, 2005
                                    Invoice #   898553
BENNETT MARINE, INC.                Page     1
550 N.W. 12th Avenue
Deerfield Beach, FL  33442

              Matter          : Bennett Marine, Inc.
              Claimant        : Lenco Marine
              WEMED File Number : 04378.00007


FOR ALL PROFESSIONAL SERVICES RENDERED    IRS # 13-2679447


For Professional Services Rendered Through May 17, 2005        6,381.00
For Disbursements Incurred                                        50.32
                                                          ----------------
                                   TOTAL                       6,431.32
```

REDACTED

BENNETT MARINE, INC.                    May 31, 2005
WEMED File # :04378.00007               Page    9
Invoice No.  898553

ITEMIZED SERVICES BILL

DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 3/25/05 | Subpoena service Service of SUbpoena to Wellcraft Marine | 25.00 |
| 4/15/05 | Postage | .37 |
| 4/25/05 | Long distance telephone | .79 |
| 4/26/05 | Messenger Charges Fedex 67083 | 7.53 |
| 4/26/05 | Postage | 12.65 |
| 4/26/05 | Long Distance Fax - Outgoing | .20 |
| 4/26/05 | Long Distance Fax - Outgoing | .20 |
| 4/26/05 | Long Distance Fax - Outgoing | .10 |
| 4/26/05 | Long Distance Fax - Outgoing | 1.50 |
| 5/03/05 | Long distance telephone | .79 |
| 5/06/05 | Long distance telephone | 1.19 |

TOTAL DISBURSEMENTS                         50.32


TOTAL INVOICE                            6,431.32

```
                                    June 30, 2005
                                    Invoice #   914305
BENNETT MARINE, INC.                Page    1
550 N.W. 12th Avenue
Deerfield Beach, FL  33442


          Matter            : Bennett Marine, Inc.
          Claimant          : Lenco Marine
          WEMED File Number  : 04378.00007



FOR ALL PROFESSIONAL SERVICES RENDERED     IRS # 13-2679447


For Professional Services Rendered Through June 24, 2005        8,553.00
For Disbursements Incurred                                        185.58
                                                          ----------------
                                 TOTAL                          8,738.58
```

REDACTED

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

ITEMIZED SERVICES BILL

DISBURSEMENTS

| Date | Description | Amount |
|------|------------|-------:|
| 5/19/05 | Long Distance Fax - Outgoing | .30 |
| 5/19/05 | Long Distance Fax - Outgoing | .20 |
| 5/19/05 | Long Distance Fax - Outgoing | .30 |
| 5/19/05 | Long Distance Fax - Outgoing | .20 |
| 5/19/05 | Long Distance Fax - Outgoing | .10 |
| 5/19/05 | Long Distance Fax - Outgoing | .30 |
| 5/19/05 | Long Distance Fax - Outgoing | .30 |
| 5/19/05 | Long Distance Fax - Outgoing | .30 |
| 5/19/05 | Long Distance Fax - Outgoing | .20 |
| 5/19/05 | Long Distance Fax - Outgoing | .30 |
| 5/19/05 | Long Distance Fax - Outgoing | .40 |
| 5/23/05 | Long Distance Fax - Outgoing | 1.10 |
| 5/25/05 | Long Distance Fax - Outgoing | .80 |
| 6/01/05 | Long Distance Fax - Outgoing | .80 |
| 6/03/05 | Travel Expense Travel to Fort Lauderdale for Makman Hearing | 22.27 |
| 6/06/05 | Postage | 2.03 |
| 6/06/05 | Postage | .83 |
| 6/06/05 | Long Distance Fax - Outgoing | 1.70 |
| 6/06/05 | Long Distance Fax - Outgoing | 1.10 |
| 6/06/05 | Long Distance Fax - Outgoing | 1.10 |
| 6/09/05 | Long Distance Fax - Outgoing | 2.40 |
| 6/09/05 | Subpoena service Service of Subpoena on Overton's Catalog | 60.00 |
| 6/09/05 | Meals with client JMK, Glenda Bobka and 2 Resps of Bennett Lunch during Meeting | 30.00 |
| 6/13/05 | Postage | 3.95 |
| 6/15/05 | Long Distance Fax - Outgoing | .40 |
| 6/15/05 | Long Distance Fax - Outgoing | .70 |
| 6/15/05 | Long Distance Fax - Outgoing | .70 |
| 6/20/05 | Postage | 3.95 |
| 6/24/05 | Meals Meal During Meeting | 5.19 |
| 6/24/05 | Meals | 23.38 |

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

BENNETT MARINE, INC.
WEMED File # :04378.00007
Invoice No.   914305

June 30, 2005
Page    11

ITEMIZED SERVICES BILL

TOTAL DISBURSEMENTS                                185.58

TOTAL INVOICE                                    8,738.58

```
                                    October 4, 2005
                                    Invoice #   964564
BENNETT MARINE, INC.                Page     1
550 N.W. 12th Avenue
Deerfield Beach, FL  33442


          Matter            : Bennett Marine, Inc.
          Claimant          : Lenco Marine
          WEMED File Number  : 04378.00007


FOR ALL PROFESSIONAL SERVICES RENDERED     IRS # 13-2679447


For Professional Services Rendered Through September 26, 2005     26,845.50
For Disbursements Incurred                                           754.63
                                                                ----------------
                                    TOTAL                          27,600.13
```

REDACTED

BENNETT MARINE, INC.
WEMED File # :04378.00007
Invoice No.  964564

October 4, 2005
Page    20

REDACTED

DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 7/13/05 | Court Reporter fees Deposition of Fair Hyams and Steve Moyer | 491.40 |
| 7/15/05 | Parking Charges 09;EXP.REPORT G.BOBKO | 4.30 |
| 7/15/05 | Miscellaneous expense 09;EXP.REPORT G.BOBKO | 11.50 |
| 7/15/05 | Transportation Costs 09;EXP.REPORT G.BOBKO | 86.91 |
| 7/15/05 | Transportation Costs 09;EXP.REPORT G.BOBKO | 20.01 |
| 7/28/05 | Postage | .74 |
| 7/28/05 | Long Distance Fax - Outgoing | .30 |

BENNETT MARINE, INC.
WEMED File # : 04378.00007
Invoice No.  964564

October 4, 2005
Page    21

ITEMIZED SERVICES BILL

DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 8/03/05 | Postage | 2.40 |
| 8/08/05 | Long distance telephone | 1.98 |
| 8/19/05 | Postage | 1.11 |
| 8/22/05 | Long distance telephone | .79 |
| 8/22/05 | Long distance telephone | .79 |
| 8/23/05 | Long distance telephone | 2.38 |
| 8/23/05 | Long distance telephone | 3.17 |
| 8/23/05 | Long distance telephone | .79 |
| 8/23/05 | Postage | .37 |
| 8/23/05 | Long Distance Fax - Outgoing | .30 |
| 8/23/05 | Long Distance Fax - Outgoing | .30 |
| 8/24/05 | Long distance telephone | .28 |
| 8/24/05 | Postage | .83 |
| 8/24/05 | Long Distance Fax - Outgoing | .30 |
| 8/27/05 | Long Distance Fax - Outgoing | .10 |
| 8/27/05 | Long Distance Fax - Outgoing | .10 |
| 8/27/05 | Long Distance Fax - Outgoing | .10 |
| 8/27/05 | Long Distance Fax - Outgoing | .10 |
| 8/31/05 | Long distance telephone | .10 |
| 8/31/05 | Postage | 3.37 |
| 8/31/05 | Postage | .37 |
| 8/31/05 | Postage | .60 |
| 8/31/05 | Postage | 2.22 |
| 9/06/05 | Long distance telephone | .16 |
| 9/06/05 | Process Server Service of Subpoena on Michael Crook | 80.00 |
| 9/07/05 | Long distance telephone | .58 |
| 9/07/05 | Long Distance Fax - Outgoing | .20 |
| 9/13/05 | Long distance telephone | .16 |
| 9/13/05 | Long distance telephone | .28 |
| 9/14/05 | Postage | 2.08 |
| 9/14/05 | Long Distance Fax - Outgoing | .40 |
| 9/15/05 | Postage | 2.45 |
| 9/15/05 | Postage | 11.95 |

## Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

BENNETT MARINE, INC.                         October 4, 2005
WEMED File # :04378.00007                    Page    22
Invoice No.   964564

ITEMIZED SERVICES BILL

DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 9/15/05 | Postage | .37 |
| 9/15/05 | Long Distance Fax - Outgoing | .40 |
| 9/15/05 | Long Distance Fax - Outgoing | .40 |
| 9/15/05 | Long Distance Fax - Outgoing | .20 |
| 9/15/05 | Long Distance Fax - Outgoing | .20 |
| 9/16/05 | Long distance telephone | .16 |
| 9/16/05 | Long Distance Fax - Outgoing | 1.80 |
| 9/16/05 | Long Distance Fax - Outgoing | 1.80 |
| 9/19/05 | Long distance telephone | .16 |
| 9/19/05 | Long distance telephone | .16 |
| 9/21/05 | Long Distance Fax - Outgoing | .40 |
| 9/22/05 | Long Distance Fax - Outgoing | .20 |
| 9/23/05 | Postage | 11.61 |
| 9/23/05 | Long Distance Fax - Outgoing | .20 |
| 9/23/05 | Long Distance Fax - Outgoing | .30 |

TOTAL DISBURSEMENTS                              754.63


TOTAL INVOICE                                 27,600.13

ESQUIRE DEPOSITION SERVICES, LLC
A Hobart West Company
5410 N.W. 33RD AVENUE, SUITE 100
FT. LAUDERDALE, FL. 33309
(954) 731-6616
Tax ID # 22-3779684

TO : WILSON, ELSER, MOSKOWITZ, - MIAMI            DATE : 12/12/05
     100 S.E. 2ND STREET #3800                    (WILSE01)
     MIAMI           FL          33131            PAGE :     1

FAX:

+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
S T A T E M E N T
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+

| INV # | INV DATE | CAPTION | REFERENCE | DT TAKEN | INV AMT CR | AMT PAID | BAL DUE |
|-------|----------|---------|-----------|----------|------------|----------|---------|
| 573965 | 07/13/05 | BENNETT MARINE INC. VS. LENCO MARINE, | GLENDA BOBXO, ESQ. | 06/10/05 | 491.40 | 0.00 | 491.40 |

For Statement Questions, Please call      **BALANCE DUE**              491.40
(800)584-3500    Fax (954) 733-5978

+-+-+-+-+-+-+-+-+-+-+-+-+
|  OVER 150 DAYS      |
-+-+-+-+-+-+-+-+-+-+-+-+
|            491.40 |
-+-+-+-+-+-+-+-+-+-+-+-+

TERMS: DUE UPON RECEIPT

We accept VISA, MasterCard & American Express cards

Remit to: ESQUIRE DEPOSITION SERVICES LLC
          P. O. BOX 827829
          PHILADELPHIA, PA 19182-7829

September 10, 2007
Invoice #  1359676
Page    1

BENNETT MARINE, INC.
550 N.W. 12th Avenue
Deerfield Beach, FL  33442

```
          Matter            : Bennett Marine, Inc.
          Claimant          : Lenco Marine
          WEMED File Number  : 04378.00007
```

FOR ALL PROFESSIONAL SERVICES RENDERED    IRS # 13-2679447

```
For Professional Services Rendered Through August 31, 2007      1,372.00
For Disbursements Incurred                                         35.80
                                                          ----------------
                                        TOTAL                   1,407.80
```

REDACTED

BENNETT MARINE, INC.                      September 10, 2007
WEMED File # :04378.00007                 Page    3
Invoice No. 1359676

ITEMIZED SERVICES BILL

DATE    ATTY HOURS    AMOUNT DESCRIPTION

                              discovery and trial

8/30/07 RP     .10     15.00 Draft email to Stephanie Alvarez re: magistrate
                              jurisdiction

8/30/07 RP     .10     15.00 Review email from Stephanie Alvarez re:
                              magistrate jurisdiction

8/30/07 MLM   1.30    110.50 Continue review and organization of voluminous
                              file documents, transcripts, pleadings, memoranda
                              for purpose of preparation of for additional
                              discovery and trial

8/31/07 MLM   1.60    136.00 Continue review and organization of voluminous
                              file documents, transcripts, pleadings, memoranda
                              for purpose of preparation of for additional
                              discovery and trial

        TOTAL                                      1,372.00

        DISBURSEMENTS

 8/31/07    Photo Copying, 179 copies at $.20            35.80

        TOTAL DISBURSEMENTS                          35.80

        TOTAL INVOICE                             1,407.80

**PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE**

# Law Offices
# Wilson, Elser, Moskowitz, Edelman & Dicker LLP

150 East 42nd Street
New York N.Y. 10017-5639
(212) 490-3000

---

October 25, 2007
Invoice # 1388249
Page    1

BENNETT MARINE, INC.
550 N.W. 12th Avenue
Deerfield Beach, FL  33442

          Matter             : Bennett Marine, Inc.
          Claimant           : Lenco Marine
          WEMED File Number   : 04378.00007


FOR ALL PROFESSIONAL SERVICES RENDERED     IRS # 13-2679447


For Professional Services Rendered Through October 12, 2007          1,720.00
For Disbursements Incurred                                             124.30
                                                             ----------------
                                 TOTAL                                1,844.30



PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE

BENNETT MARINE, INC.
WEMED File # :04378.00007
Invoice No. 1388249

October 25, 2007
Page    4

**REDACTED**

DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 9/01/07 | Messenger Charges 2007000428 | 14.50 |
| 9/19/07 | Photo Copying, 468 copies at $.20 | 93.60 |
| 9/20/07 | Photo Copying, 6 copies at $.20 | 1.20 |
| 9/20/07 | Photo Copying, 10 copies at $.20 | 2.00 |
| 9/24/07 | Photo Copying, 2 copies at $.20 | .40 |
| 9/26/07 | Parking Charges | 12.60 |

TOTAL DISBURSEMENTS                   124.30


TOTAL INVOICE                       1,844.30

PLEASE INCLUDE OUR FILE NUMBER WITH YOUR REMITTANCE