# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

January 7, 2008
**Bill No. 1172**

CLIENT:   01005 - Bennett Marine

Re:   01005-0001
      Bennett v. Lenco

REDACTED

**REDACTED**

### Disbursements

| Date | Description | Amount |
|------|-------------|-------:|
| | Copying thru 12/31/07 (1,679 Copies) | 335.80 |
| **Total Disbursements** | | **$335.80** |
| | **Total Services and Disbursements** | **$13,733.30** |

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131

305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

February 1, 2008
**Bill No. 1245**

CLIENT: 01005 - Bennett Marine

Re: 01005-0001
Bennett v. Lenco

REDACTED

REDACTED

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Copying thru 01/31/08 (300 Copies) | 60.00 |
| | Postage thru 01/31/08 | 6.55 |
| **Total Disbursements** | | **$66.55** |

**Total Services and Disbursements**          $8,529.05

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131

305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

April 10, 2008
**Bill No. 1414**

CLIENT:   01005 - Bennett Marine

Re:       01005-0001
          Bennett v. Lenco

REDACTED

REDACTED

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/08 | Delivery services/messengers  - Fedex | 77.85 |
| 02/26/08 | Delivery services/messengers FedEx - American Express | 37.55 |
| 02/26/08 | Delivery services/messengers FedEx - American Express | 35.67 |
| 02/26/08 | Out-of-town travel Airfare - American Express | 714.50 |
| 02/26/08 | Out-of-town travel Airfare - American Express | 99.50 |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 03/03/08 | Deposition transcripts Copy of Depo Transcript (Davis Hagstrom) - Czerenda Court Reporting | 397.50 |
| 03/06/08 | Deposition transcripts Depo of David Hagstrom (Inv.#28686) - Czerenda Court Reporting | 397.50 |
| | Copying thru 03/31/08 (8,221 Copies) | 1,644.20 |
| | Postage thru 03/31/08 | 8.55 |
| **Total Disbursements** | | **$3,412.82** |

| | | |
|---|---|---|
| | **Total Services and Disbursements** | **$69,752.82** |
| | **Past Due Balance** | **$8,529.05** |
| | **Balance Due** | **$78,281.87** |

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

May 7, 2008
**Bill No. 1452**

CLIENT:   01005 - Bennett Marine

Re:       01005-0001
          Bennett v. Lenco

REDACTED

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/08 | Deposition transcripts - Esquire Deposition Service | 491.40 |
| 01/31/08 | Delivery services/messengers - Fedex | 14.13 |
| 02/29/08 | Out-of-town travel Hotel in NY | 323.82 |
| 03/01/08 | Out-of-town travel Car service to airport (1/2 charge) | 81.70 |
| 04/09/08 | Delivery services/messengers Supoena served on Chad Steele (Inv.#2277-08) - T.C. Mann, Inc. | 64.00 |
| | Postage thru 04/30/08 | 3.54 |
| **Total Disbursements** | | **$1,001.52** |

| | | |
|---|---|---|
| | Total Services and Disbursements | **$9,534.02** |
| | Past Due Balance | **$78,281.87** |
| | Balance Due | **$87,815.89** |

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

June 4, 2008
**Bill No. 1527**

CLIENT:   01005 - Bennett Marine

Re:       01005-0001
          Bennett v. Lenco

REDACTED

REDACTED

**Total for Services**

### Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/08 | Other 2/27 Tips - James M. Kaplan | 10.00 |
| 01/31/08 | Other 2/29 Tips - James M. Kaplan | 10.00 |
| 01/31/08 | Taxi Cab to hotel - James M. Kaplan | 35.00 |
| 01/31/08 | Taxi Cab to airport - James M. Kaplan | 35.00 |
| 01/31/08 | Taxi Cab home - James M. Kaplan | 28.00 |
| 01/31/08 | Meals 2/27 Breakfast - James M. Kaplan | 8.00 |
| 01/31/08 | Meals 2/27 Lunch - James M. Kaplan | 12.00 |
| 01/31/08 | Meals 2/27 Dinner - James M. Kaplan | 25.00 |
| 01/31/08 | Meals 2/28 breakfast - James M. Kaplan | 9.00 |
| 01/31/08 | Meals 2/29 breakfast - James M. Kaplan | 10.00 |
| | Copying thru 05/31/08 (6,744 Copies) | 1,348.80 |
| | Facsimile thru 05/31/08 | 45.00 |
| | Postage thru 05/31/08 | 2.43 |
| **Total Disbursements** | | **$1,578.23** |

| Total Services and Disbursements | $7,218.23 |
| Past Due Balance | $87,815.89 |
| Balance Due | $95,034.12 |

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

July 2, 2008
**Bill No. 1581**

CLIENT:   01005 - Bennett Marine

Re:      01005-0001
         Bennett v. Lenco

<span style="color:red">**REDACTED**</span>

REDACTED

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 06/13/08 | Subpoena fees Service of subpoena on Chad Steele (Inv#DP4890) - A.H. Parker & Associates, Inc. | 175.00 |
| | Copying thru 06/30/08 (3,966 Copies) | 793.20 |
| | Facsimile thru 06/30/08 | 46.50 |
| | Online research thru 06/30/08 | 47.92 |
| | Postage thru 06/30/08 | 15.36 |
| | Local travel thru 06/30/08 | 67.66 |
| **Total Disbursements** | | **$1,145.64** |

| | | |
|---|---|---|
| | **Total Services and Disbursements** | **$22,538.14** |
| | **Past Due Balance** | **$95,034.12** |
| | **Balance Due** | **$117,572.26** |



SERVICE OF PROCESS NATIONWIDE

*Shanene* (handwritten)

P.O. Box 2396
Columbia, MD 21045
800.228.0484
On the web at www.dueprocessusa.com

Date 7/14/2008

**To**

Kaplan Zeena LLP
2 South Biscayne Tower
Suite 3050
Miami, FL 33131

| | Amount Due |
|---|---|
| | $175.00 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/07/2008 | INV #dp4890. Due 06/07/2008. Orig. Amount $175.00. | 175.00 | 175.00 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 175.00 | 0.00 | 0.00 | $175.00 |

# A.H. Parker & Associates, Inc. d/b/a Due Process

P.O. Box 2396
Columbia, MD 21045
Phone: (800) 228-0484
Fax: (443) 583-0292
servicerequest@dueprocessusa.com
www.dueprocessusa.com

Dania Saavedra
Kaplan Zeena LLP
2 South Biscayne Tower, Ste 3050
Miami, FL 33131

INVOICE: DP4890
6/7/2008
Days Past Due: **39**

| Item | | | | | Qty. | Unit | Total |
|------|---|---|---|---|------|------|-------|
| **Referenc** 1005.0001 | | **Job ID:** 08-007573 | **Serve** | Chad Steele | | Complet | 05-29-08 |
| 8. National P1 | | | | | 1 | $175.00 | $175.00 |

| | | |
|---|---|---|
| | **Total Fees** | $175.00 |
| | **Payment** - | |
| | **Balance** | $175.00 |

**Thank You!**

TERMS: "NET DUE" - INVOICE DUE AND PAYABLE UPON RECEIPT

FEIN: 71-0935800

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131

305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

August 4, 2008
**Bill No. 1693**

CLIENT:  01005 - Bennett Marine

Re:  01005-0001
     Bennett v. Lenco

REDACTED

REDACTED

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/08 | Delivery services/messengers  - Fedex | 15.26 |
| | Copying thru 07/31/08 (624 Copies) | 124.80 |
| | Facsimile thru 07/31/08 | 1.50 |
| | Online research thru 07/31/08 | 117.68 |
| | Local travel thru 07/31/08 | 81.90 |
| **Total Disbursements** | | **$341.14** |

## Total Services and Disbursements

**$11,220.14**

Trust funds Balance: $875.75

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

September 9, 2008
**Bill No. 1702**

CLIENT:   01005 - Bennett Marine

Re:       01005-0001
          Bennett v. Lenco

REDACTED

REDACTED

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 07/24/08 | Out-of-town travel Airfare/Birmingham 7/9/08 - American Express | 472.50 |
| 07/24/08 | Out-of-town travel Travel agency fee - American Express | 45.00 |
| 08/12/08 | Delivery services/messengers  - Fedex | 53.07 |
|  | Copying thru 08/31/08 (1,250 Copies) | 250.00 |
|  | Online research thru 08/31/08 | 286.20 |
|  | Postage thru 08/31/08 | 7.24 |
| **Total Disbursements** |  | **$1,114.01** |
|  | **Total Services and Disbursements** | **$10,048.01** |

Trust funds Balance: $875.75

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131

305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

October 2, 2008
**Bill No. 1749**

CLIENT:    01005 - Bennett Marine

Re:        01005-0001
           Bennett v. Lenco

REDACTED

REDACTED

| Date | Description | Amount |
|------|-------------|--------|
| 09/11/08 | Out-of-town travel Ticket change fee - American Express | 45.00 |
| 09/11/08 | Out-of-town travel Airline Atlanta/Huntsville - American Express | 215.00 |
| 09/11/08 | Out-of-town travel Airline Miami/Chicago - American Express | 392.00 |
| 09/11/08 | Out-of-town travel Airline agent fee - American Express | 45.00 |
| 09/11/08 | Out-of-town travel Rental car - American Express | 129.28 |
| 09/11/08 | Out-of-town travel Hotel - American Express | 203.47 |
| 09/15/08 | Deposition transcripts Depo transcript of Chad Steele - Advanced Court Reporters | 399.25 |
| 09/23/08 | Taxi Cab to MIA (9/15) - James M. Kaplan | 25.00 |
| 09/23/08 | Taxi Cab ORD to hotel (9/16) - James M. Kaplan | 45.00 |
| 09/23/08 | Taxi Cab to LGA (9/17) - James M. Kaplan | 30.00 |
| 09/23/08 | Taxi Cab  (9/17) - James M. Kaplan | 25.00 |
| 09/23/08 | Taxi Cab to depo  (9/18) - James M. Kaplan | 10.00 |
| 09/23/08 | Taxi Cab to O'Hare (9/18) - James M. Kaplan | 45.00 |
| 09/23/08 | Taxi Cab from MIA home (9/18) - James M. Kaplan | 30.00 |
| 09/23/08 | Meals Dinner (9/15) - James M. Kaplan | 23.00 |
| 09/23/08 | Other tips (9/15) - James M. Kaplan | 10.00 |
| 09/23/08 | Other tips (9/16) - James M. Kaplan | 10.00 |
| 09/23/08 | Meals Dinner (9/16) - James M. Kaplan | 27.00 |
| 09/23/08 | Meals Breakfast (9/17) - James M. Kaplan | 12.00 |

## Disbursements

| Date | Description | Amount |
|------|-------------|-------:|
| 09/23/08 | Meals lunch (9/17) - James M. Kaplan | 18.00 |
| 09/23/08 | Other tips (9/17) - James M. Kaplan | 9.00 |
| 09/23/08 | Meals lunch (9/18) - James M. Kaplan | 17.00 |
| 09/23/08 | Other tips (9/18) - James M. Kaplan | 10.00 |
| 09/24/08 | Deposition transcripts INC 59959 - Deposition Transcript of Nelson Wilner - Kane Trap | 245.75 |
| | Copying thru 09/30/08 (1,633 Copies) | 326.60 |
| | Facsimile thru 09/30/08 | 50.50 |
| | Online research thru 09/30/08 | 28.56 |
| | Postage thru 09/30/08 | 8.21 |
| **Total Disbursements** | | **$2,434.62** |

| | | |
|--|--|--:|
| | **Total Services and Disbursements** | **$17,873.62** |
| | **Past Due Balance** | **$10,048.01** |
| | **Balance Due** | **$27,921.63** |

Trust funds Balance: $875.75