# ADVANCED COURT REPORTERS

P.O. Box 762
** Killen, AL 35645
(256) 766-9120
FAX: (256) 757-1472

Original Invoice Date: September 15, 2008
Tax Identification No. 63-0957764

**\*\* NEW ADDRESS CHANGE**

JAMES M. KAPLAN, ESQ.
KAPLAN ZEENA LLP
2 SOUTH BISCAYNE BOULEVARD
ONE BISCAYNE TOWER, SUITE 3050
MIAMI, FL 33131

IN RE:  BENNETT MARINE, INC., V. LENCO MARINE, INC., et al
U.S. DISTRICT COURT 04-60326 CIV MARRA/JOHNSON

## DEPONENT(S)

| Name | No. of Pages | Rate | Total |
|------|-----|------|-------|
| CHAD STEELE (Original) | 93 | 3.25 | $302.25 |
| APPEARANCE | | | 75.00 |
| POSTAGE | | | 22.00 |
| TRAVEL TRANSCRIPT; WORD INDEXING; ASCii CD | | | N/C |
| | | **TOTAL** | **$399.25** |

THIS INVOICE DUE WHEN RENDERED

WE APPRECIATE YOUR BUSINESS !

**VICKI POSEY**



**333 Bridge Street, N.W.**
**Suite 215**
**Grand Rapids, MI 49504**
**(616) 742-0700**
**kaneandtrap.com**

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 59959 | 09/24/2008 | 01-10473 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/16/2008 | COPELO | 04-60326-CIV- |

| CASE CAPTION |
|---|
| Bennett Marine, Inc. v. Lenco Marine, Inc., et al. |

| TERMS |
|---|
| Due upon receipt |

James M. Kaplan
Kaplan Zeena LLP
2 South Biscayne Boulevard
Suite 3050
Miami, FL 33131

Deposition Of:
Nelson L. Wilner                                                    245.75

                                         TOTAL   DUE   >>>>        245.75

1 copy of transcript(s) provided.
Your prompt payment is appreciated.
Thank you for your business.

We accept MasterCard, Visa, Discover and American Express.
1.5% finance charge will be incurred on any unpaid balance after 30 days.

pd 9/25
ck # 11079

TAX ID NO.: 45-0498877                                    (305) 530-0800

*Please detach bottom portion and return with payment.*

James M. Kaplan
Kaplan Zeena LLP
2 South Biscayne Boulevard
Suite 3050
Miami, FL 33131

Invoice No.:   59959
Date        :  09/24/2008
TOTAL DUE   :     245.75

Job No.   :  01-10473
Case No.  :  04-60326-CIV-MARRA
Bennett Marine, Inc. v. Lenco Marine

Remit To:   **Kane & Trap Court Reporting, Inc.**
            **333 Bridge Street, N.W.**
            **Suite 215**
            **Grand Rapids, MI 49504**

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

November 3, 2008
**Bill No. 1888**

CLIENT:   01005 - Bennett Marine

Re:       01005-0001
          Bennett v. Lenco

REDACTED

REDACTED

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 09/22/08 | Out-of-town travel Airfare to Grand Rapids - American Express | 937.50 |
| 09/22/08 | Out-of-town travel Airfare changes - American Express | 70.00 |
| 09/22/08 | Out-of-town travel Lunch - American Express | 8.35 |
| 09/22/08 | Out-of-town travel Lodging - American Express | 154.53 |
| 09/22/08 | Out-of-town travel Meals - American Express | 30.00 |
| 09/22/08 | Out-of-town travel Airfare charge - American Express | 50.00 |
| 09/22/08 | Out-of-town travel Airfare - American Express | 6.00 |
| 09/22/08 | Out-of-town travel Meals - American Express | 53.07 |
| 09/22/08 | Out-of-town travel Lodging - American Express | 908.64 |
| 10/14/08 | Delivery services/messengers  - Fedex | 32.00 |
| 10/14/08 | Delivery services/messengers  - Fedex | 24.57 |
| 10/14/08 | Delivery services/messengers  - Fedex | 56.01 |
| | Copying thru 10/31/08 (568 Copies) | 113.60 |
| | Postage thru 10/31/08 | 1.43 |
| **Total Disbursements** | | **$2,445.70** |

| | | |
|---|---|---|
| Total Services and Disbursements | | $20,725.20 |
| Past Due Balance | | $27,921.63 |
| Balance Due | | $48,646.83 |

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

December 2, 2008
**Bill No. 1967**

CLIENT:   01005 - Bennett Marine

Re:      01005-0001
         Bennett v. Lenco

**REDACTED**



ESQUIRE DEPOSITION SERVICES, LLC
A Hobart West Company
Tax ID # 12-3779684
5410 N.W. 33RD AVENUE, SUITE 100
FORT LAUDERDALE, FL 33309
(954) 731-6616

INV DATE: 10/21/2008



TO:

# INVOICE

Kaplan Zeena Llp
Ste 3050
2 S Biscayne Blvd
Miami FL 33131-1808

DATE: 02/02/2009
JOB: 958397
CODE: 9KAPLZ01
INV NUM: 739381EFL

ATTN:
   JAMES KAPLAN

| | UNITS | RATE | AMOUNT DUE | |
|---|---|---|---|---|

YOUR REFERENCE NUMBER:  10943 3901
CAPTION:   BENNETT MARINE, INC. VS. LENCO MARINE, INC
Services Provided on 10/15/2008

| | | | | |
|---|---|---|---|---|
| ALAN FISKE, CPA | 1-123 | 123 PGS @ $3.10 | 381.30 | 1CC |
| TECHNICAL/MEDICAL/EXPERT | | 123 @ $0.25 | 30.75 | |
| CD ROM/MINI TRANSCRIPT | | | 25.00 | |
| COURIER SERVICE | | | 10.00 | |
| THANK YOU | | | | |

**********THIS INVOICE IS LONG PAST DUE*************
*PLEASE REMIT IN FULL OR CALL IF THERE IS A PROBLEM*

| | | |
|---|---|---|
| Payments Received | | 0.00 |
| Credit Memos | | 0.00 |
| Balance Due | TOTAL | 447.05 |

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.
Please detach and send with payment

For invoice questions,
Please Call
(800)584-3500
(954) 733-5978

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

Esquire Deposition Services, LLC
P.O. BOX 785751
PHILADELPHIA, PA 19178-5751
TAX ID # 22-3779684

JOB:958397 TOT: $447.05
INVOICE #: 739381EFL
DATE: 02/02/2009

Kaplan Zeena LLP
JAMES  KAPLAN
2 S. Biscayne Boulevard
Suite 3050
Miami FL 33131-

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/08 | Taxi 8/07/08 cab to airport - James M. Kaplan | 30.00 |
| 10/31/08 | Taxi 8/8/08 cab from airport - James M. Kaplan | 30.00 |
| 10/31/08 | Meals 8/7/08 breakfast - James M. Kaplan | 9.00 |
| 10/31/08 | Meals 8/7/08 lunch - James M. Kaplan | 12.00 |
| 10/31/08 | Out-of-town travel 8/7/08 tips - James M. Kaplan | 15.00 |
| 10/31/08 | Meals 8/7/08 dinner - James M. Kaplan | 23.00 |
| 10/31/08 | Out-of-town travel 8/8/08 tips - James M. Kaplan | 12.00 |
| 10/31/08 | Meals 8/8/08 lunch - James M. Kaplan | 10.00 |
| 11/11/08 | Deposition transcripts Depo of Alan Fiske (Inv#739381EFL) - Esquire Deposition Service | 447.05 |
|  | Copying thru 11/30/08 (2,757 Copies) | 551.40 |
|  | Local travel thru 11/30/08 | 29.80 |

| | |
|---|---|
| **Total Disbursements** | **$1,169.25** |
| Total Services and Disbursements | $2,584.25 |
| Past Due Balance | $20,725.20 |
| Balance Due | $23,309.45 |

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

February 5, 2009
**Bill No. 2108**

CLIENT:   01005 - Bennett Marine

Re:   01005-0001
Bennett v. Lenco

REDACTED

# REDACTED

## Disbursements

| Date | Description | Amount |
|------|-------------|-------:|
| 01/23/09 | Out-of-town travel Supplies for trial - Kirk Waag | 174.34 |
| 01/29/09 | Outside printing  - Franklin Court Reporting | 168.00 |
| 01/30/09 | Witness fees Witness Fee - Bennett Marine trial - Steve Moyer | 40.00 |
| 01/31/09 | Out-of-town travel Parking - James M. Kaplan | 35.00 |
| 01/31/09 | Out-of-town travel Parking - James M. Kaplan | -35.00 |
|  | Copying thru 01/31/09 (27,618 Copies) | 5,523.60 |
|  | Facsimile thru 01/31/09 | 29.50 |
|  | Postage thru 01/31/09 | 2.77 |
| **Total Disbursements** |  | **$5,938.21** |

|  |  |  |
|--|--|--:|
|  | Total Services and Disbursements | $127,291.21 |

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

March 17, 2009
**Bill No. 2273**

CLIENT:   01005 - Bennett Marine

Re:      01005-0001
         Bennett v. Lenco

## REDACTED

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 12/29/08 | Local Travel - Parking Parking - Petty Cash | 35.00 |
| 12/29/08 | Local Travel - Parking Parking - Petty Cash | 21.00 |
| 02/06/09 | Meals Lunch (JMK and 4 client reps) – James M. Kaplan | 43.90 |
| 02/06/09 | Meals Lunch (JMK and 4 client reps) – James M. Kaplan | 8.00 |
| 02/09/09 | Local Travel - Parking Parking - Petty Cash | 14.00 |
| 02/12/09 | Other Supplies purchased for assistance during trial. - Kirk Waag | 347.63 |
| 02/12/09 | Out-of-town travel Mileage - Kirk Waag | 212.30 |
| 02/12/09 | Out-of-town travel Mileage 386 @.55 p/m - Kirk Waag | 212.30 |
| 02/12/09 | Other Supplies purchased for assistance during trial. - Kirk Waag | 347.63 |
| 02/12/09 | Out-of-town travel Mileage - Kirk Waag | -212.30 |
| 02/12/09 | Other Supplies purchased for assistance during trial. - Kirk Waag | -347.63 |
| 02/13/09 | Delivery services/messengers  - Fedex | 24.59 |
| 02/18/09 | Out-of-town travel Mileage to WPB (50.5 cents x 3) - Dania Saavedra | 113.64 |
| 02/18/09 | Out-of-town travel Mileage to MIA (50.5 cents x 3) - Dania Saavedra | 113.64 |
| 02/18/09 | Out-of-town travel Tolls x 6 (10.00) - Dania Saavedra | 60.00 |
| 02/18/09 | Local Travel - Parking parking - Dania Saavedra | 7.00 |
| 02/18/09 | Local Travel - Parking parking - Dania Saavedra | 7.00 |
| 02/18/09 | Local Travel - Parking parking - Dania Saavedra | 7.00 |
| 02/18/09 | Out-of-town travel 1/25 Publix - Dania Saavedra | 275.45 |
| 02/18/09 | Meals 1/27 Phat sandwhiches - Dania Saavedra | 14.08 |
| 02/18/09 | Meals 1/27 Chilli's - Dania Saavedra | 101.00 |
| 02/18/09 | Meals 1/28 lunch Island Jack's Bar and Grill - Dania Saavedra | 48.00 |
| 02/18/09 | Meals 1/28 City Pizza- dinner - Dania Saavedra | 28.00 |
| 02/18/09 | Meals 1/29 Phat sandwiches- lunch - Dania Saavedra | 5.81 |
| 02/18/09 | Meals 1/31 Gilbert's Bakery- lunch - Dania Saavedra | 9.63 |
| 02/18/09 | Meals 2/02/09- outback steakhouse- dinner - Dania Saavedra | 75.00 |
| 02/18/09 | Meals 2/04/09 dinner- city celler - Dania Saavedra | 70.00 |
| 02/18/09 | Meals 1/27/09 Walgreen - Dania Saavedra | 93.53 |
| 02/18/09 | Meals 1/31 Publix - Dania Saavedra | 290.83 |
| 02/28/09 | Outside printing  - Hardcopi Document Solutions IN | 69.28 |
| 02/28/09 | Outside printing  - Hardcopi Document Solutions IN | 69.28 |
| 02/28/09 | Local Travel - Parking Parking - Dania Saavedra | 7.00 |
| 02/28/09 | Meals Lunch- Roccos' Tacos - Dania Saavedra | 58.00 |
| 02/28/09 | Meals Starbucks - Dania Saavedra | 10.44 |
| 02/28/09 | Outside printing  - Hardcopi Document Solutions IN | 368.25 |
|  | Copying thru 03/17/09 (1,792 Copies) | 358.40 |
|  | Online research thru 03/17/09 | 3,533.96 |
|  | Postage thru 03/17/09 | 1.93 |
|  | Local travel thru 03/17/09 | 387.68 |

**Total Disbursements**                                        **$6,890.25**

| | |
|---|---:|
| Total Services and Disbursements | $74,839.25 |
| Past Due Balance | $101,091.71 |
| Balance Due | $175,930.96 |

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

April 21, 2009
**Bill No. 2293**

CLIENT:   01005 - Bennett Marine

Re:       01005-0001
          Bennett v. Lenco

**REDACTED**

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 03/09/09 | Meals Meals - American Express | 73.38 |
| 03/09/09 | Meals Meals - American Express | 96.35 |
| 03/09/09 | Meals Meals - American Express | 52.73 |
| 03/09/09 | Meals Meals - American Express | 14.08 |
| 03/09/09 | Meals Meals - American Express | 50.13 |
| 03/09/09 | Meals Meals - American Express | 49.43 |
| 03/09/09 | Meals Meals - American Express | 160.05 |
| 03/09/09 | Meals Meals - American Express | 72.96 |
| 03/09/09 | Lodging Lodging - American Express | 1,054.27 |
| 03/09/09 | Meals Meals - American Express | 90.00 |
| 03/09/09 | Meals Meals - American Express | 70.47 |
| 03/09/09 | Meals Meals - American Express | 156.21 |
| 03/09/09 | Lodging Lodging - American Express | 952.58 |
| 03/09/09 | Lodging Lodging - American Express | 914.50 |
| 03/09/09 | Meals Meals - American Express | 52.07 |
| 03/09/09 | Meals Meals - American Express | 37.04 |
| 03/09/09 | Lodging Lodging - American Express | 204.42 |
| 03/09/09 | Lodging Lodging - American Express | 190.39 |
| 03/10/09 | Local Travel - Parking  - Petty Cash | 8.00 |
| 03/16/09 | Meals Working lunch with Christina DeAngelis and Kirk Waag - Dania Saavedra | 33.00 |
| 03/16/09 | Meals Working lunch with Manny Negron - Dania Saavedra | 19.00 |
| 03/16/09 | Meals Working lunch with Manny Negron and Christina DeAngelis - Dania Saavedra | 80.00 |
| 03/24/09 | Trial transcripts Trial transcript - Franklin Court Reporting | 312.00 |
| 03/24/09 | Meals dinner - Dania Saavedra | 74.20 |
|  | Postage thru 03/31/09 | 5.37 |
|  | Local travel thru 03/31/09 | 89.10 |
| **Total Disbursements** |  | **$5,507.18** |

| | |
|---|---|
| Total Services and Disbursements | $56,756.68 |
| Past Due Balance | $142,230.96 |
| Balance Due | $198,987.64 |

# Karen Rodriguez

| | |
|---|---|
| From: | Dania Saavedra |
| Sent: | Monday, March 23, 2009 7:27 PM |
| To: | Karen Rodriguez |
| Subject: | Fw: TRANSCRIPT ESTIMATE: Bennett v. Lenco |

----- Original Message -----
From: SFranklinUSDC@aol.com <SFranklinUSDC@aol.com>
To: Dania Saavedra
Cc: lisa.mcnesby@ruden.com <lisa.mcnesby@ruden.com>
Sent: Mon Mar 23 19:22:46 2009
Subject: TRANSCRIPT ESTIMATE: Bennett v. Lenco

Please follow these instructions in order to receive the above-listed transcript via email.

EACH FIRM MUST PAY THE BELOW AMOUNT BEFORE THE TRANSCRIPT IS CONSIDERED ORDERED!!!

Your firm's check MUST be made payable in the amount of $312.00 to FRANKLIN COURT REPORTING, INC., and Fedexed/mailed to 2551 INISBROOK ROAD, WEST PALM BEACH, FL 33407.

Please include a cover letter listing the style of the case and the email address where you'd like to receive the transcript for my quick reference.

Once payment is received, your transcript will be emailed to you within approximately 7 days.

If Fedexing, please put "No Signature Required" on the slip and allow the driver to leave at the front door, as this is my home residence.

Please confirm receipt of this email and also let me know when you are sending payment so that I can keep an eye out for it.

AGAIN, until BOTH sides have made the deposit, the transcript is NOT ORDERED and the 7-day time frame WILL NOT commence. So please be prompt.


Stephen W. Franklin, RMR, CRR
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
West Palm Beach, FL
OFFICE: (561)514-3768
FAX: (561)844-7535

---

A Good Credit Score is 700 or Above. See yours in just 2 easy steps!
<http://pr.atwola.com/promoclk/100126575x1219858252x1201366219/aol?redir=http:%2F%2Fwww.freec
reditreport.com%2Fpm%2Fdefault.aspx%3Fsc%3D668072%26hmpgID%3D62%26bcd%3DMarchfooterNO62>

**Kaplan Zeena __P**
Operating Account
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131-1806

Mellon United . .onal Bank
Miami, Florida

63-964/670

11616
11616

03/26/2009

PAY
TO THE
ORDER OF

Franklin Court Reporting

$ $312.00

******************************************************THREE HUNDRED TWELVE AND 00/100 DOLLARS    DOLLARS

Franklin Court Reporting
2551 Inisbrook Road
West Palm Beach, FL 33407

Two Signatures Required Over $5,000.00

MEMO

AUTHORIZED SIGNATURE                M2

⑈0⺀⺀616⑈ ⑆067009646⑆ 003⺀⺀4885⺀⑈

---

**Kaplan Zeena LLP**
00001          Franklin Court Reporting

Check Date: 03/26/2009     Check Number:     11616
11616

| Date | INV # | Matter | | Atty | EXP Description | GL Acct | Amount |
|------|-------|--------|--|------|-----------------|---------|--------|
| 03/24/09 | | 0001 | Bennett v. Lenco | 1001 | E116 Trial transcript | 12000000 | 312.00 |

Check Amount:                                    $312.00

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

May 14, 2009
**Bill No. 2393**

CLIENT:   01005 - Bennett Marine

Re:       01005-0001
          Bennett v. Lenco

REDACTED

REDACTED

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 04/30/09 | Meals Meals - American Express | 33.00 |
| 04/30/09 | Meals Meals - American Express | 64.32 |
| 04/30/09 | Meals Meals - American Express | 9.98 |
| | Copying thru 04/30/09 (4,419 Copies) | 883.80 |
| **Total Disbursements** | | **$991.10** |

| | |
|---|---|
| Total Services and Disbursements | $6,540.10 |
| Past Due Balance | $165,287.64 |
| Balance Due | $171,827.74 |

# Kaplan Zeena LLP

2 South Biscayne Boulevard
One Biscayne Tower, Suite 3050
Miami, Florida 33131
305-530-0800
Fax 305-530-0801
Tax ID No. 26-0883067

Bennett Marine
Attn: Mark Ordway

July 22, 2011
**Bill No. 4203**

CLIENT:   01005 - Bennett Marine

Re:       01005-0001
          Bennett v. Lenco

REDACTED

| Date | Description | Amount |
|---|---|---|
| | Copying thru 06/30/11 (269 Copies) | 53.80 |
| **Total Disbursements** | | $53.80 |
| | **Total Services and Disbursements** | $2,503.80 |

REDACTED



ESQUIRE DEPOSITION SERVICES, LLC
A Hobart West Company
Tax ID # 22-3779684
5410 N.W. 33RD AVENUE, SUITE 100
FORT LAUDERDALE, FL 33309
(954) 731-6616

954937    ESQUD22

To:

KAPLAN ZEENA, LLP
2 SOUTH BISCAYNE BOULEVARD
SUITE 3050
MIAMI, FL 33131-1806

| INVOICE NUMBER | DATE |
|---|---|
| 737363EFL | 10/03/08 |

ATTN : JAMES M. KAPLAN, ESQ.        Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:
        04-60326
CAPTION:

    BENNETT MARINE VS. LENCO MARINE

SERVICES PROVIDED ON 09/18/08:
ROBERT MCSORLEY        1- 148   148 PGS @ $4.15       614.20   O+1

TECHNICAL/MEDICAL/EXPERT        148 @ $0.25       37.00
CD ROM/MINI TRANSCRIPT        25.00
APPEARANCE FEE 9:00AM-1:50PM        205.00
SHIPPING        18.85
JOB SITE: CHICAGO, IL
THANK YOU

BALANCE DUE        TOTAL   900.05   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment
Please detach and send with payment        Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

For Invoice Questions,
Please Call
(800)584-3500
Fax (954) 733-5978

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

ESQUIRE DEPOSITION SERVICES LLC
P. O. BOX 785751
PHILADELPHIA, PA 19178-5751
Tax ID # 22-3779684

JOB: 954937  TOT: $900.05
INVOICE #: 737363EFL
DATE: 10/03/08

KAPLAN ZEENA, LLP
Attn: JAMES M. KAPLAN, ESQ.
2 SOUTH BISCAYNE BOULEVARD
SUITE 3050
MIAMI, FL 33131-1806

ESQUIRE
DEPOSITION SERVICES®

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



ESQUIRE DEPOSITION SERVICES, LLC
A Hobart West Company
Tax ID # 22-3779684
515 N. Flagler Drive, P-200
West Palm Beach, FL 33401
(561) 659-4155

INV DATE: 07/17/2008



TO:

# INVOICE

KAPLAN ZEENA, LLP
Ste 3050
2 S Biscayne Blvd
Miami FL 33131-1808

| | |
|---|---|
| DATE: | 10/22/2008 |
| JOB: | 941061 |
| CODE: | 9KAPLZ01 |
| INV NUM: | 728107EFL |

ATTN:

JAMES M. KAPLAN, ESQ.

| | UNITS | RATE | AMOUNT DUE | |
|---|---|---|---|---|

YOUR REFERENCE NUMBER:
CAPTION:    MARINE, BENNETT VS. MARINE, LENCO
Services Provided on 07/01/2008

| | | | | |
|---|---|---|---|---|
| RICHARD DEVITO, JR. | 1-105 | 105 PGS @ $4.15 | 435.70 | O+1 |
| CD ROM/MINI TRANSCRIPT | | | 25.00 | |
| ROUGH ASCII | | 105 @ $2.00 | 210.00 | |
| CD ROM/MINI TRANSCRIPT | | | 25.00 | |
| APPEARANCE FEE 9:00AM-12:47?M | | | 170.00 | |
| SHIPPING | | | 10.00 | |
| THANK YOU | | | | |

**********THIS INVOICE IS LONG PAST DUE***********
*PLEASE REMIT IN FULL OR CALL IF THERE IS A PROBLEM*

| | | | |
|---|---|---|---|
| Payments Received | | | 0.00 |
| Credit Memos | | | 0.00 |
| Balance Due | | TOTAL | 875.75 |

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.
Please detach and send with payment

For Invoice Questions,
Please Call
(800)584-3500
(954) 733-5978

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

Esquire Deposition Services, LLC
P.O. BOX 785751
PHILADELPHIA, PA 19178-5751
TAX ID # 22-3779684

JOB:941061 TOT: $875.75
INVOICE #: 728107EFL
DATE: 10/22/2008

KAPLAN ZEENA, LLP
JAMES M. KAPLAN, ESQ
2 SOUTH BISCAYNE BOULEVARD
SUITE 3050
MIAMI FL 33131-1806



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

LEADING TESTIMONY, TRAINING AND TECHNOLOGY                    www.esquiredeposition.com

*FAX COVER SHEET*

|  |  |
|---|---|
| **To:** | Karen |
| **Company:** | Kaplan Zeena, LLP |
| **Phone:** | |
| **Fax:-** | 305-530-0801 |

**From:**

|  |  |
|---|---|
|  | Toni Bianchi |
| **Phone:** | 954-731-6616 |
| **Fax:** | 954-733-5978 |

|  |  |
|---|---|
| **Date:** | 3/11/2008 3:28 PM |
| **Pages including cover:** | 2 |
| **Re:** | invoice |
| **Comments:** | |

Thank you

5410 N.W. 33rd Ave
Suite 100
Ft. Lauderdale, Fl 33309

- **NATIONWIDE SCHEDULING** • **COURT REPORTERS**
- **VIDEOGRAPHERS** • **PROCESS SERVICE** • **REALTIME REPORTING**
- **DOCUMENT RETRIEVAL** • **E-TRANSCRIPT/E-BINDER**
- **VISIONARY REVIEWER**

CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission may contain confidential information which is legally privileged.  The information is intended for the use of the recipient named above.  If you have received this telecopy in error, please immediately notify us by telephone to arrange for return of the original documents to us. You are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance on the contents of this telecopied transmission is strictly prohibited!!

ESQUIRE DEPOSITION SERVICES, LLC
A Hobart West Company
Tax ID # 22-3779684            734479    GARC 01
44 W. FLAGLER ST., SUITE 1400
MIAMI, FL 33130
(305) 371-2713

KAPLAN ZEENA, LLP                        695236EFL 10/31/07
2 SOUTH BISCAYNE BOULEVARD
SUITE 3050                                     03/11/08
MIAMI, FL 33131-1806

ATTN : James Kaplan, Esq.

04-60326

BENNETT MARINE INC. VS. LENCO MARINE,

SERVICES PROVIDED ON 06/10/05:
FAIR HYAMS          1- 70   70 PGS @ $2.95      206.50  1CC
STEVE MOYER         1- 72   72 PGS @ $2.95      212.40  1CC

ASCII OR CONDENSED TRANSCRIPT        2 @ $15.00        30.00
E-TRANSCRIPT SERVICE                                  35.00
COURIER SERVICE                                        7.50
THANK YOU

                    BALANCE DUE                491.40

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of      For Invoice Questions,
one and one-half percent (1.5%) per month or the maximum rate allowed by law.        Please Call
Contact us immediately with questions or corrections regarding billing or payment.    (800)584-3500
No adjustments or refunds will be made after 339 days from date of payment.        Fax (954) 733-5978
                    Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ESQUIRE DEPOSITION SERVICES LLC        JOB: 734479  TOT: $491.40
P. O. BOX 785751                       INVOICE #: 695236EFL
PHILADELPHIA,PA 19178-5751             DATE: 03/11/08
Tax ID # 22-3779684

KAPLAN ZEENA, LLP
Attn: LAURA C. DOUGLAS, ESQ.
2 SOUTH BISCAYNE BOULEVARD
SUITE 3050
MIAMI, FL 33131-1806

**Subject:**          FW: TRIAL TRANSCRIPT: Bennet v. Lenco

---

**From:** SFranklinUSDC@aol.com[SMTP:SFRANKLINUSDC@AOL.COM]
**Sent:** Monday, February 09, 2009 8:26:34 PM
**To:** lisa.mcnesby@ruden.com
**Cc:** Dania Saavedra
**Subject:** TRANSCRIPT ESTIMATE: Bennet v. Lenco
**Auto forwarded by a Rule**

Please follow these instructions in order to receive your transcripts. Each side must pay the below amount individually in order to consider the transcript ordered. Once I receive both deposits, I will have the transcript to you in approximately 7 days from then.

Your firm's check *MUST* be made payable *(EACH SIDE)* in the amount of $7592.40, to *FRANKLIN COURT REPORTING, INC.,* and Fedexed to *2551 INISBROOK ROAD, WEST PALM BEACH, FL 33407.*

Please *include a cover letter listing the email addresses* where you'd like them sent upon completion. I don't mind sending to multiple emails, so include all that you'd prefer.

Please select "No Signature Required", and instruct drivers to leave at the front door, as this is my home address. Please respond to this email to let me know when it has been sent so I can keep an eye out for it.

For your accounting info, my tax I.D. number is *02-0578694*

Let me know if you have any further questions. It was a pleasure working with all of you. Thanks for being so considerate of the record. I appreciate that very much. See you in March.

Regards,

Stephen W. Franklin, RMR, CRR
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
West Palm Beach, FL
OFFICE: (561)514-3768
FAX: (561)844-7535

**A Good Credit Score is 700 or Above.** See yours in just 2 easy steps!

1

# Dania Saavedra

**From:** SFranklinUSDC@aol.com
**Sent:** Saturday, February 14, 2009 12:04 PM
**To:** lisa.mcnesby@ruden.com
**Cc:** Dania Saavedra
**Subject:** BENNETT v. LENCO

Just to confirm with you, as of Friday (yesterday), I am in receipt of both payments from the parties. The transcripts will be emailed to you on this coming Friday.

Regards.

Stephen W. Franklin, RMR, CRR
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
West Palm Beach, FL
OFFICE: (561)514-3768
FAX: (561)844-7535

**A Good Credit Score is 700 or Above.** See yours in just 2 easy steps!