# Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 21229

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:*   *Bennett Marine/Lenco*

**REDACTED**

**REDACTED**

## COSTS/DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 12/28/2004 | Advanced client cost re: Esquire Express, Inc. to/from Broward Federal (super rush service) | $75.70 |
| 01/11/2005 | Advanced client cost re: Jennison & Shultz, P.C. - professional sevices re: Patent No. 5,113,780 for AUTOMATIC BOAT TRIM TAB CONTROL | $97.60 |
| 01/31/2005 | Photocopies | $9.80 |

TOTAL COSTS FOR THIS MATTER $183.10

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Gale, James A. | 11.50 | 390.00 | $4,485.00 |
| Elias, Maribel | 1.80 | 125.00 | $225.00 |
| Veliky, Margarida R. | 6.80 | 90.00 | $612.00 |
| Alvarez, Stephanie C. | 25.10 | 270.00 | $6,777.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES FOR THIS MATTER | 45.20 | | $12,099.00 |
| TOTAL COSTS FOR THIS MATTER | | | $183.10 |

**CURRENT AMOUNT DUE FOR THIS BILL** $12,282.10

TOTAL AMOUNT DUE FOR THIS MATTER $12,282.10

## LAW OFFICES
## JENNISON & SHULTZ, P.C.
CRYSTAL PLAZA #1 - SUITE 1102
2001 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VIRGINIA 22202-3604



ELLSWORTH M. JENNISON
KATHRYN JENNISON SHULTZ
JOHN N. JENNISON
CARL E. JENNISON

TEL: (703) 415-1640
FAX: (703) 415-0788
EMAIL: jennisonlaw@aol.com

TRADEMARKS
COPYRIGHTS

Federal Tax I.D. No.: 54-1692447

---

FOR PROFESSIONAL SERVICES RENDERED       January 11, 2005

FeldmanGale, P.A.
(Maribel Elias, Trademark Paralegal)

Re:   Patent No. 5,113,780
      **AUTOMATIC BOAT TRIM TAB CONTROL**

| | | |
|---|---|---|
| Furnishing photocopies of file wrapper and contents | | $ 54.00 |
| Furnishing References | | 25.00 |
| Disbursements (photocopies/courier) | | 18.60 |
| Your Ref: 001515 (Bennett/Marine) | TOTAL | $ 97.60 |

Via 2 Day UPS Courier

Invoice No. 2005/0111/B

APPROVAL FOR PAYMENT
DATE _____
CLIENT Bennett/Marine
ATTORNEY JAG

## Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 21368

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:*   *Bennett Marine/Lenco*

**REDACTED**

REDACTED

## COSTS/DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 12/09/2004 | Advanced client cost re: Legal Impressions - (8) Color Copies and (3,485) Medium Litigation Copying | $529.33 |
| 02/02/2005 | Advanced client cost re: Esquire Express, Inc. to/from Federal Court (biker rush service) | $21.60 |
| 02/18/2005 | Advanced client cost re: Onflow Detective & Security - Process server fee | $95.00 |
| 02/18/2005 | Advanced client cost re: The Gartner Marine Group, Inc. - subpoena for documents | $30.00 |
| 02/18/2005 | Advanced client cost re: SGL Sales and Marketing LLP - subpoena for documents | $30.00 |
| 02/18/2005 | Advanced client cost re: Tracer Investigations - Process server fee | $75.00 |
| 02/21/2005 | Advanced client cost re: Tracer Investigations, Inc. - (1) service of subpoena to SGL and Marketing in Ohio | $75.00 |
| 02/22/2005 | Advanced client cost re: Rinker Boat Company - subpoena for documents | $30.00 |
| 02/28/2005 | Photocopies | $75.60 |
| 02/28/2005 | Postage | $2.22 |

TOTAL COSTS FOR THIS MATTER  $963.75

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Gale, James A. | 4.80 | 390.00 | $1,872.00 |
| Elias, Maribel | 1.00 | 125.00 | $125.00 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

Bennett Marine         INVOICE #  21368                                           PAGE  5

| | | | |
|---|---:|---:|---:|
| Veliky, Margarida R. | 2.80 | 90.00 | $252.00 |
| Alvarez, Stephanie C. | 17.50 | 270.00 | $4,725.00 |
| TOTAL FEES FOR THIS MATTER | 26.10 | | $6,974.00 |
| TOTAL COSTS FOR THIS MATTER | | | $963.75 |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | | $7,937.75 |

OUTSTANDING INVOICES

| INVOICE # | INVOICE DATE | BILLED AMOUNT | BALANCE |
|---|---|---:|---:|
| 21229 | 01/31/2005 | $12,282.10 | $12,282.10 |
| TOTAL OUTSTANDING INVOICES | | | $12,282.10 |
| **TOTAL AMOUNT DUE FOR THIS MATTER** | | | $20,219.85 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

(green paper)

# FeldmanGale, P.A.

## CHECK REQUEST

| DATE CHECK REQUESTED<br>February 17, 2005 | CHECK NEEDED BY: February 18, 2005<br>DATE AND TIME |
|---|---|

CLIENT / MATTER NAME: Bennett Marine/Lenco

CLIENT / MATTER NUMBER: 001515

PAY TO THE ORDER OF: SGL Sales and Marketing, LLP

IN PAYMENT OF: Subpoena for Documents

| AMOUNT: $30.00 | REQUESTED BY: Marsha for SCA |
|---|---|

SPECIAL INSTRUCTIONS: _____

_____

APPROVAL SIGNATURE: _____/s/_____
　　　　　　　　　　　　　PARTNER APPROVAL

## FOR ACCOUNTING DEPARTMENT ONLY

| CHECK NO: _____ | DATE ISSUED: _____ |
|---|---|
| CLIENT CHARGED: _____ | ISSUED BY: _____ |

(green paper)

# FeldmanGale, P.A.

## CHECK REQUEST

| | |
|---|---|
| DATE CHECK REQUESTED<br>**February 17, 2005** | CHECK NEEDED BY: February 18, 2005<br>DATE AND TIME |
| CLIENT / MATTER NAME: Bennett Marine/Lenco<br><br>CLIENT / MATTER NUMBER: 001515<br><br>PAY TO THE ORDER OF: **Rinker Boat Company** | |
| IN PAYMENT OF: **Subpoena for Documents** | |
| AMOUNT: **$30.00** | REQUESTED BY: Marsha for SCA |
| SPECIAL INSTRUCTIONS: _____<br><br>_____<br><br>APPROVAL SIGNATURE: _____<br>PARTNER APPROVAL | |
| FOR ACCOUNTING DEPARTMENT ONLY ||
| CHECK NO: _____ | DATE ISSUED: _____ |
| CLIENT CHARGED: _____ | ISSUED BY: _____ |

(green paper)

## FeldmanGale, P.A.

### CHECK REQUEST

| DATE CHECK REQUESTED<br>February 18, 2005 | CHECK NEEDED BY: February 18, 2005<br>DATE AND TIME |
|---|---|

CLIENT / MATTER NAME: Bennett Marine/Lenco

CLIENT / MATTER NUMBER: 001515

PAY TO THE ORDER OF: Tracer Investigations

IN PAYMENT OF: Process Server Fee

| AMOUNT: $75.00 | REQUESTED BY: Marsha for SCA |
|---|---|

SPECIAL INSTRUCTIONS: Address: 322 Garver Road, Mansfield, OH 44903; Phone: 419-756-7046; Attention: Vern Christian  Tax ID: 31-1523324

APPROVAL SIGNATURE: _____
         PARTNER APPROVAL

### FOR ACCOUNTING DEPARTMENT ONLY

| CHECK NO: _____ | DATE ISSUED: _____ |
|---|---|
| CLIENT CHARGED: _____ | ISSUED BY: _____ |

(green paper)

# FeldmanGale, P.A.

## CHECK REQUEST

| | |
|---|---|
| **DATE CHECK REQUESTED** <br> February 18, 2005 | **CHECK NEEDED BY:** February 18, 2005 <br> DATE AND TIME |
| **CLIENT / MATTER NAME:** Bennett Marine/Lenco <br><br> **CLIENT / MATTER NUMBER:** 001515 | |
| **PAY TO THE ORDER OF:** Onflow Detective & Security | |
| **IN PAYMENT OF:** Process Server Fee | |
| **AMOUNT:** $95.00 | **REQUESTED BY:** Marsha for SCA |
| **SPECIAL INSTRUCTIONS:** Address: 3521 New Bern Highway, Jacksonville, N.C. 28546; Phone: 910-347-1624; Attention: Pam Gayhart Tax ID: 56-0894433 | |
| **APPROVAL SIGNATURE:** _____ <br> PARTNER APPROVAL | |
| **FOR ACCOUNTING DEPARTMENT ONLY** ||
| **CHECK NO:** _____ | **DATE ISSUED:** _____ |
| **CLIENT CHARGED:** _____ | **ISSUED BY:** _____ |

(green paper)

# FeldmanGale, P.A.

## CHECK REQUEST

| DATE CHECK REQUESTED<br>February 17, 2005 | CHECK NEEDED BY: February 18, 2005<br>DATE AND TIME |
|---|---|
| **CLIENT / MATTER NAME:** Bennett Marine/Lenco<br><br>**CLIENT / MATTER NUMBER:** 001515 | |
| **PAY TO THE ORDER OF:** The Gartner Marine Group, Inc. | |
| **IN PAYMENT OF:** Subpoena for Documents | |
| **AMOUNT:** $30.00 | **REQUESTED BY:** Marsha for SCA |
| **SPECIAL INSTRUCTIONS:** _____<br><br>_____<br><br>**APPROVAL SIGNATURE:** _____ /s/ _____<br>PARTNER APPROVAL | |
| **FOR ACCOUNTING DEPARTMENT ONLY** | |
| CHECK NO: _____ | DATE ISSUED: _____ |
| CLIENT CHARGED: _____ | ISSUED BY: _____ |

Tracer Investigations Inc.

322 Garver Road  
Mansfield, OH 44903

# Invoice

| Date | Invoice # |
|---|---|
| 2/21/2005 | 10 |

POSTED

B.2340

**Bill To**

Feldmangale, Attorneys at Law  
Stephanie C. Alvarez  
Miami Center, 19th Floor  
201 South Biscayne Blvd.  
Miami, Fla. 33131-4332

| P.O. No. | Terms | Project |
|---|---|---|
|  | PREPAID |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Service of Subpoena to SGL Sales and Marketing at 42 East Front Street Milan, Ohio. Service was made to Michael Douglas. His home phone is 419-499-7000. His cell phone is 419-656-4775.<br><br>He no longer resides at the given address on the subpoena of 73 Main Street Milan, Ohio. | 75.00 | 75.00 |

SCA

APPROVAL FOR PAYMENT  
DATE  
CLIENT Bennett/Lenco  
ATTORNEY

FED TAX ID# 31-1523324

**Total** $75.00

CUSTOMER COPY

# LEGAL Impressions®
**FOR ALL YOUR COPYING NEEDS**

P.O. BOX 310852
MIAMI, FL 33231-0852

DOWNTOWN MIAMI
(305) 374-7778 • FAX (305) 539-8171

E.I.N. # 65-0089567

| PAGE NO. | INVOICE NO. | APPLY TO | INVOICE DATE | CUST. NO. |
|---|---|---|---|---|
| 1 | 85968 | | 12/09/04 | WILSON |

**INVOICE** 35188
WORK ORDER NO.

B.2275

**SOLD TO:**
FELDMAN, GALE & WEBER
201 S. BISCAYNE BLVD, 19TH FLOOR
MIAMI, FL 33131

**SHIP TO:**
FELDMAN, GALE & WEBER
201 S. BISCAYNE BLVD, 19TH FLOOR
MIAMI, FL 33131

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|---|
| 12/09/04 | | | | COD |

| ORDERED BY | DATE REQUESTED | LOCATION | SALESPERSON | TERRITORY |
|---|---|---|---|---|
| JAMES GALE | 12/08/04 | MIAMI | DOWNTOWN HOUSE ACCOUNT | |

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION | TAX |
|---|---|---|---|---|
| | FILE REF: BENNETT V. LENCO | | | |
| 8 | 8 1/2 X 11" COLOR COPIES | .8500 | 6.80 | T |
| 3,485 | LITIGATION COPYING - MEDIUM | .1400 | 487.90 | T |

JAG

APPROVAL FOR PAYMENT
DATE
CLIENT Bennett/Lenco
ATTORNEY JAG

| SUBTOTAL | STATE | COUNTY | | INVOICE NO. 85968 | $529.33 |
|---|---|---|---|---|---|
| $494.70 | $29.68 | $4.95 | | | |

Your signature below is agreement that the above prescribed work has been authorized, received and inspected; the work is completed and correct, and this invoice will be paid by the party billed above. No third party billing. All invoices due upon receipt. The party billed agrees to pay interest at the rate of the lesser of 1.5% per month or the maximum legal rate on invoices not paid in 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

Agreed To By: _____ Date: DEC 09, 2004

**PLEASE REMIT THIS AMOUNT**

# Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 21559

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:*   *Bennett Marine/Lenco*

**REDACTED**

**REDACTED**

## COSTS/DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 01/27/2005 | Advanced client cost re: Westlaw online charges 1/12 - 1/27/05 | $16.72 |
| 02/18/2005 | Advanced client cost re: Worldwide Express to Onflow Detective & Security from Marsha Murray at FeldmanGale, P.A. | $14.98 |
| 02/18/2005 | Advanced client cost re: Worldwide Express to Tracer Investigations from Marsha Murray at FeldmanGale, P.A. | $15.48 |
| 03/01/2005 | Advanced client cost re: Esquire Express, Inc. to Broward Federal Court (priority service) | $69.70 |
| 03/11/2005 | Advanced client cost re: Federal Express to Mark Ordway from Lisa Feldman at Feldman Gale | $13.92 |
| 03/11/2005 | Advanced client cost re: New Age Images, Inc. - (1,051) Medium Litigation | $112.46 |
| 03/14/2005 | Advanced client cost re: Federal Express to Stephanie C. Alvarez from Hagstrom Electronics, Inc. | $43.40 |
| 03/15/2005 | Advanced client cost re: C&C Manufacturing - Witness fee | $30.00 |
| 03/24/2005 | Advanced client cost re: Exec2000 Courier Systems to Wilson Alzer & Dicker (emergency service) | $6.00 |
| 03/25/2005 | Advanced client cost re: Federal Express to Barry Haley, Esq. | $20.29 |
| 03/31/2005 | Facsimiles | $38.00 |
| 03/31/2005 | Photocopies | $997.40 |
| 03/31/2005 | Postage | $3.70 |

TOTAL COSTS FOR THIS MATTER     $1,382.05

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Gonzalez, David | 37.80 | 160.00 | $6,048.00 |
| Kaplan, Henry S. | 0.30 | 300.00 | $90.00 |
| Gale, James A. | 43.70 | 390.00 | $16,965.00 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| | | | |
|---|---|---|---|
| Veliky, Margarida R. | 30.70 | 90.00 | $2,763.00 |
| Alvarez, Stephanie C. | 98.10 | 270.00 | $26,487.00 |
| TOTAL FEES FOR THIS MATTER | 210.60 | | $52,353.00 |
| TOTAL COSTS FOR THIS MATTER | | | $1,382.05 |

**CURRENT AMOUNT DUE FOR THIS BILL**  $53,735.05

OUTSTANDING INVOICES

| INVOICE # | INVOICE DATE | BILLED AMOUNT | BALANCE |
|---|---|---|---|
| 21368 | 02/28/2005 | $7,937.75 | $529.33 |

TOTAL OUTSTANDING INVOICES  $529.33

**TOTAL AMOUNT DUE FOR THIS MATTER**  $54,264.38

(green paper)

# FeldmanGale, P.A.

## CHECK REQUEST

| DATE CHECK REQUESTED<br>March 15, 2005 | CHECK NEEDED BY: March 16, 2005<br>DATE AND TIME |
|---|---|

| CLIENT / MATTER NAME: Bennett Marine/Lenco Marine |
|---|
| CLIENT / MATTER NUMBER: 001515 |

| PAY TO THE ORDER OF: C& C Manufacturing |
|---|
| IN PAYMENT OF: Witness Fee |

| AMOUNT: $30.00 | REQUESTED BY: Marsha for SCA |
|---|---|

| SPECIAL INSTRUCTIONS: _____ |
|---|
| APPROVAL SIGNATURE _____ *[signature]* _____<br>PARTNER APPROVAL |

### FOR ACCOUNTING DEPARTMENT ONLY

| CHECK NO: _____ | DATE ISSUED: _____ |
|---|---|
| CLIENT CHARGED: _____ | ISSUED BY: _____ |

## Feldman Gale
**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 21807

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:*     *Bennett Marine/Lenco*

**REDACTED**

**REDACTED**

## COSTS/DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 02/08/2005 | Advanced client cost re: Westlaw online charges 2/3 - 2/8/05 | $36.99 |
| 03/16/2005 | Advanced client cost re: Document Efficiency - (70) Color Copies | $75.01 |
| 03/17/2005 | Advanced client cost re: Legal Investigations, LLC - service fee for C&C Manufacturing, Inc. | $93.00 |
| 03/22/2005 | Advanced client cost re: Esquire Express, Inc. to/from United States District Court Broward (priority service) | $69.50 |
| 03/24/2005 | Advanced client cost re: Esquire Express, Inc. to Stephanie C. Alvarez's residence (super rush service) | No Charge |
| 03/28/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | $2.08 |
| 03/30/2005 | Advanced client cost re: Westlaw online charges 3/15 - 3/30/05 | $279.25 |
| 03/31/2005 | Advanced client cost re: Esquire Express, Inc. to Barry Haley (super rush service) | $39.74 |
| 04/05/2005 | Advanced client cost re: New Age Images - (243) Bate Stamping and (486) Light Litigation | $65.00 |
| 04/07/2005 | Advanced client cost re: Comprehensive Legal Video Services - certified copy of video deposition of David Hagstrom | $50.00 |
| 04/07/2005 | Advanced client cost re: Owego Treadway Inn - lunch for Stephanie Alvarez during stay in Owego, NY re: deposition of Hagstrom | $11.38 |
| 04/07/2005 | Advanced client cost re: Owego Treadway Inn - lodging for Stephanie Alvarez during stay in Owego, NY re: deposition of Hagstrom | $118.10 |
| 04/07/2005 | Advanced client cost re: Owego Treadway Inn - dinner for Stephanie Alvarez during stay in Owego, NY re: deposition of Hagstrom | $14.80 |
| 04/08/2005 | Advanced client cost re: AVIS Rent A Car - transportation for Stephanie Alvarez during stay in Owego, NY re: deposition of Hagstrom | $110.96 |
| 04/08/2005 | Advanced client cost re: Esquire Express, Inc. to Michael J. Weber's residence (biker standard service) | No Charge |
| 04/08/2005 | Advanced client cost re: Esquire Deposition Services - deposition of Mark Ordway (173 pages) | $611.80 |
| 04/12/2005 | Advanced client cost re: Federal Express to James A. Gale at the Marriott in Detroit from Marsha Murray at Feldman Gale, P.A. | $33.50 |
| 04/12/2005 | Advanced client cost re: Federal Express from Diane Depue at Comprehensive Legal Video from Stephanie C. Alvarez at Feldman Gale, P.A. | $30.21 |
| 04/13/2005 | Advanced client cost re: Esquire Express, Inc. to Broward District Court (super rush service) | $38.24 |

| Date | Description | Amount |
|---|---|---|
| 04/14/2005 | Advanced client cost re: Federal Express from Robert Collins from Reising Ethington Barns Kissel to James A. Gale at Feldman Gale, P.A. | $39.65 |
| 04/14/2005 | Advanced client cost re: Czerenda Court Reporting - Copy of deposition transcript of David Hagstrom | $384.00 |
| 04/15/2005 | Advanced client cost re: Esquire Express, Inc. to/from Broward Federal (super rush service) | $80.11 |
| 04/18/2005 | Advanced client cost re: New Age Images, Inc. - (583) Bate Stamping | $31.19 |
| 04/25/2005 | Advanced client cost re: New Age Images, Inc. - (3) Light Litigation and (36) Color Copying | $34.99 |
| 04/26/2005 | Advanced client cost re: Westlaw online charges 4/11 - 4/26/05 | $143.06 |
| 04/27/2005 | Advanced client cost re: Federal Express to Mark Ordway at Bennett Marine from Lisa Feldman at FeldmanGale, P.A. | $18.40 |
| 04/30/2005 | Facsimiles | $70.00 |
| 04/30/2005 | Photocopies | $699.80 |
| 04/30/2005 | Postage | $1.11 |

TOTAL COSTS FOR THIS MATTER $3,181.87

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Burgos, Diana | 23.30 | 80.00 | $1,864.00 |
| Gonzalez, David | 16.40 | 160.00 | $2,624.00 |
| Mayback, Gregory L. | 11.20 | 300.00 | $3,360.00 |
| Gale, James A. | 55.50 | 390.00 | $21,645.00 |
| Weber, Michael J. | 64.30 | 325.00 | $20,832.50 |
| Veliky, Margarida R. | 4.20 | 90.00 | $378.00 |
| Alvarez, Stephanie C. | 107.10 | 270.00 | $28,890.00 |

TOTAL FEES FOR THIS MATTER 282.00 $79,593.50
TOTAL COSTS FOR THIS MATTER $3,181.87

**CURRENT AMOUNT DUE FOR THIS BILL** $82,775.37

## OUTSTANDING INVOICES

| INVOICE # | INVOICE DATE | BILLED AMOUNT | BALANCE |
|---|---|---|---|
| 21368 | 02/28/2005 | $7,937.75 | $529.33 |
| 21559 | 03/31/2005 | $53,735.05 | $53,735.05 |

TOTAL OUTSTANDING INVOICES $54,264.38

**TOTAL AMOUNT DUE FOR THIS MATTER** $137,039.75