

# CZERENDA
# COURT REPORTING
Incorporated

FELDMAN GALE
MIAMI CENTER, 19TH FLOOR
201 S. BISCAYNE BLVD
MIAMI, FL 33131-4332

**INVOICE NO. :**     22445
**INVOICE DATE:**    4/14/2005
**REPORTER:**
KEVIN CALLAHAN

**ID#**   16-1211192

STEPHANIE C. ALVAREZ, ESQ
BENNETT MARINE V. LENCO MARINE

| Date | Description | Amount |
|---|---|---|
| 4/07/2005 | DEPOSITION OF DAVID HAGSTROM | |
| | COPY | 350.00 |
| | FEDERAL EXPRESS COD | 34.00 |
| | Sub Total | 384.00 |
| | Paid | 0.00 |
| | Balance Due | 384.00 |

Bache Building
71 State Street
Binghamton, New York 13901-3318
(607) 723-5820

Fax (607) 723-5934

(800) 633-9149

Invoice

Invoice Number:
050402

Invoice Date:
4/7/05

Page:
1

Comprehensive Legal Video Services
130 West Main Street
Endicott, NY 13760
USA

$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$

Voice:  (607) 754-1287
Fax:  (607) 754-1409

Duplicate

Sold To:
Stephanie C. Alvarez, Esq.
Feldman Gale
201 S Biscayne Blvd, 19th Flr
Miami, FL 33131
USA

POSTED  B. 26026

Customer ID: ALVAREZ

| Customer PO | Payment Terms | Sales Rep ID | Due Date |
|---|---|---|---|
| | Net 30 Days | DCD | 5/7/05 |

| Description | Amount |
|---|---|
| Certified Copy of the Video Deposition of David A. Hagstrom taken on 4/7/05 at the Owego Treadway, 1100 State Route 17C, Owego, NY. BENNETT MARINE, INC., a Florida corporation vs. LENCO MARINE, INC., a Florida corporation Certified Copy - 2 tapes @ $25.00/tape Ship & Handle - Billed to Recipient's FedEx Account | 50.00 |

JAG

APPROVAL FOR PAYMENT
DATE  4/21/05
CLIENT  Bennett Marine /Lenco
ATTORNEY  _____

| | |
|---|---|
| Subtotal | 50.00 |
| Sales Tax | |
| Total Invoice Amount | 50.00 |
| Payment Received | 0.00 |
| **TOTAL** | **50.00** |

Check No:

# Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 22013

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:*    *Bennett Marine/Lenco*

**REDACTED**



## COSTS/DISBURSEMENTS

03/16/2005   Advanced client cost re: Premo's Deli - meeting with Mark Ordway          No Charge
03/29/2005   Advanced client cost re: Premo's Deli - lunch re: deposition of Diveto     $47.59

| | | |
|---|---|---|
| 03/30/2005 | Advanced client cost re: Premo's Deli - lunch re: deposition of Diveto | $42.24 |
| 03/30/2005 | Advanced client cost re: Premo's Deli - lunch re: deposition of Diveto (opposing counsel) | $40.72 |
| 03/31/2005 | Advanced client cost re: Miami Travel, Irc. - airfare for Stephanie C. Alvarez during travel to Detroit for deposition of Hagstrom (including fees) | $283.40 |
| 03/31/2005 | Advanced client cost re: Miami Travel, Irc. - airfare for Stephanie C. Alvarez during travel to Detroit for deposition of Hagstrom (return flight) | $412.40 |
| 04/01/2005 | Advanced client cost re: Tokyo Bowl, Inc. - lunch for James A. Gale during Mark Ordway's deposition | $7.25 |
| 04/06/2005 | Advanced client cost re: Miami Travel, Irc. - airfare for James A. Gale during travel to Michigan for deposition of Robert Collins | $962.89 |
| 04/13/2005 | Advanced client cost re: GLI Executive - transportation services for James A. Gale during travel to Michigan for deposition of Robert Collins | $91.80 |
| 04/14/2005 | Advanced client cost re: Marriott - lodging for James A. Gale during travel to Michigan for deposition of Robert Collins | $306.18 |
| 04/14/2005 | Advanced client cost re: airport parking for James A. Gale during travel to Michigan for deposition of Robert Collins | $24.00 |
| 04/14/2005 | Advanced client cost re: GLI Executive - transportation services for James A. Gale during travel to Michigan for deposition of Robert Collins | $82.80 |
| 04/18/2005 | Advanced client cost re: Esquire Express, Inc. to/from Broward Federal District Court (super rush service) | $87.21 |
| 05/20/2005 | Advanced client cost re: Veritext/Florida Reporting Co., LLC - transcript and attendance fee for deposition of Richard DeVito on March 30, 2005 | $1,338.10 |
| 05/20/2005 | Advanced client cost re: Veritext/Florida Reporting Co., LLC - transcript and attendance fee for deposition of Dave Martin on March 29, 2005 | $1,318.50 |
| 05/20/2005 | Advanced client cost re:Esquire Deposition Services, L.L.C. (Ft. Laud.) - videotaped deposition of Robert Collins on April 13, 2005 | $152.50 |
| 05/20/2005 | Advanced client cost re:Esquire Deposition Services, L.L.C. (Ft. Laud.) - fee for the transcript of the deposition of Robert Collins on April 13, 2005 also charges for exhibits and tabs | $311.90 |
| 05/21/2005 | Advanced client cost re: Federal Express to Stephanie C. Alvarez from Marsha Murray at FeldmanGale, P.A. | $83.13 |
| 05/24/2005 | Advanced client cost re: Federal Express to Mid West Reporting from Diana Burgos at FeldmanGale, P.A. | $34.43 |
| 05/31/2005 | Facsimiles | $53.00 |
| 05/31/2005 | Photocopies | $753.20 |
| 05/31/2005 | Postage | $7.77 |

TOTAL COSTS FOR THIS MATTER     $6,441.01

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Vega, Christine A. | 1.20 | 90.00 | $108.00 |
| Kahl, Christine | 0.15 | 125.00 | $18.75 |
| Burgos, Diana | 7.90 | 80.00 | $184.00 |
| Gonzalez, David | 17.40 | 160.00 | $1,456.00 |
| Kaplan, Henry S. | 0.90 | 300.00 | No Charge |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| | | | |
|---|---|---|---|
| Gale, James A. | 46.00 | 390.00 | $17,940.00 |
| Jordan, Kimberly R. | 2.40 | 90.00 | $216.00 |
| Weber, Michael J. | 67.20 | 325.00 | $11,700.00 |
| Alvarez, Stephanie C. | 69.00 | 270.00 | $16,470.00 |
| TOTAL FEES FOR THIS MATTER | 212.15 | | $48,092.75 |
| TOTAL COSTS FOR THIS MATTER | | | $6,441.01 |

**CURRENT AMOUNT DUE FOR THIS BILL**                    $54,533.76

*PREPAID BALANCE*        *$250.00*

## OUTSTANDING INVOICES

| INVOICE # | INVOICE DATE | BILLED AMOUNT | BALANCE |
|---|---|---|---|
| 21368 | 02/28/2005 | $7,937.75 | $529.33 |
| TOTAL OUTSTANDING INVOICES | | | $529.33 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                    $55,063.09

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# INVOICE

**Veritext/Florida Reporting Co., L.L.C**
A Veritext Company
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

**Bill To:** James Gale
Feldman Gale
201 South Biscayne Blvd
Ste 1920
Miami, FL 33131

| | |
|---|---|
| Invoice #: | FL 16437 |
| Invoice Date: | 05/04/2005 |
| Balance Due: | $ 1,338.10 |

| | |
|---|---|
| **Case:** | Bennett Marine v. Lenco Marine |
| **Job #:** | 18332 | **Job Date:** 3/30/2005 | **Delivery:** Normal |
| **Billing Atty:** | James Gale |
| **Location:** | FeldmanGale |
| | 201 S. Biscayne Blvd | Ste 1920 | Miami, FL 33131 |
| **Sched Atty:** | James Gale |
| **Deposing Atty:** | James Gale |

| Item | Witness | Description | Units | | Price | | Amount |
|---|---|---|---|---|---|---|---|
| | Richard DeVVito | Transcript - Original & 1 copy | Page | 231.00 | | | $1,178.10 |
| | | Attendance Fee (appearance) | | 2.00 | | | $150.00 |
| | | Shipping & handling | Package | 1.00 | | | $10.00 |

JAG

APPROVAL FOR PAYMENT

**Notes:** Dirty ascii provided
This invoice replaces FL16280

DATE _____
CLIENT Bennett Marine Corp
ATTORNEY Term: Net30

Fed. Tax ID: 52-2094893

| | |
|---|---|
| **Invoice Total:** | $1,338.10 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,338.10 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Please tear off stub and return with payment.

Make check payable to: Veritext / Florida Reporting Co., LLC
Charge my Credit Card ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card #
Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON THE CARD)
BILLING ZIP

| | |
|---|---|
| **Invoice #:** | FL16437 |
| **Job #:** | 18332 |
| **Invoice Date:** | 05/04/2005 |
| **Balance:** | $1,338.10 |

Remit payment to:
Veritext / Florida Reporting Co., LLC
P.O. Box 9210
Miami, FL 33101-9210

# INVOICE

**Veritext/Florida Reporting Co., L.L.C**
**A Veritext Company**
19 West Flagler Street, Suite 1020
Miami, FL 33130
Tel: 305-376-8800 Fax: 305-377-1100

| | |
|---|---|
| Bill To: James Gale<br>Feldman Gale<br>201 South Biscayne Blvd<br>Ste 1920<br>Miami, FL 33131 | **Invoice #:** FL 16438<br>**Invoice Date:** 05/04/2005<br>**Balance Due:** $ 1,318.50 |

| | |
|---|---|
| **Case:** Bennett Marine v. Lenco Marine<br>**Job #:** 18327 \| Job Date: 3/29/2005 \| Delivery: Normal<br>**Billing Atty:** James Gale<br>**Location:** FeldmanGale<br>201 S. Biscayne Blvd \| Ste 1920 \| Miami, FL 33131<br>**Sched Atty:** James Gale<br>**Deposing Atty:** James Gale | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | 3086 | Transcript - Original & 1 copy | Page | 107.00 | $1,004.70 |
| 2 | | Attendance Fee (appearance) | | 2.00 | $160.00 |
| 3 | | Exhibits | Page | 198.00 | $118.80 |
| 4 | | Miniscript | Package | 1.00 | $35.00 |
| 5 | | Shipping & handling | Package | 1.00 | $10.00 |

POSTED

APPROVAL FOR PAYMENT
DATE
Taken
ATTORNEY

| Notes: | Dirty Ascii provided<br>This invoice replaces FL 16212 | | |
|---|---|---|---|
| | Fed. Tax ID: 82-2094893 | **Invoice Total:** | $1,318.50 |
| | | **Payment:** | |
| | | **Credits:** | |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $1,318.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days responsible to pay all collection costs, including reasonable attorney's fee. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to: Veritext / Florida Reporting Co., LLC

Charge my Credit Card ☐ Visa ☐ Master Card ☐ Discover ☐ AMEX

Credit Card #                                    Exp. Date

**Invoice #:** FL16438
**Job #:** 18327
**Invoice Date:** 05/04/2005
**Balance:** $ 1,318.50

Remit payment to:
Veritext / Florida Reporting Co., LLC
P.O. Box 9210
Miami, FL 33101-9210

# Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 22251

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:*    *Bennett Marine/Lenco*



# REDACTED

## COSTS/DISBURSEMENTS

| | | |
|---|---|---|
| 04/12/2005 | Advanced client cost re: Marriott - food/beverage for James A. Gale during travel to Michigan for deposition of Robert Collins | $186.46 |
| 05/19/2005 | Advanced client cost re: Esquire Express, Inc. to Wilson Elser, P.A. (biker standard service) | $7.69 |
| 05/24/2005 | Advanced client cost re: Esquire Express, Inc. to/from Broward Federal District Court (rush service) | $79.86 |
| 06/02/2005 | Advanced client cost re: Esquire Express, Inc. to Wilson, Elser, Moskowitz & Edelman (biker standard service) | $7.69 |
| 06/02/2005 | Advanced client cost re: Federal Express to Barry Haley from Lisa Feldman at FeldmanGale, P.A. | $13.09 |
| 06/06/2005 | Advanced client cost re: Midwest Reporting - deposition transcript of Rinker Boats | $942.90 |
| 06/06/2005 | Advanced client cost re: Esquire Express, Inc. to/from U.S. District Court Dade (biker super rush service) | $22.94 |
| 06/10/2005 | Advanced client cost re: Esquire Deposition Services, LLC - deposition of Fair Hyams and Steve Moyer | $819.40 |
| 06/13/2005 | Advanced client cost re: Esquire Express, Inc. to Wilson Elser, P.A. (biker standard service) | $12.19 |
| 06/15/2005 | Advanced client cost re: Esquire Express, Inc. to/from Broward and Federal (rush service) | $83.46 |
| 06/17/2005 | Advanced client cost re: The Legal-eze Graphics Company, Inc. - 30 x 40" B/W Exhibit w/ 1.7 Gloss Laminate, Mounted on 3/16 Foam | $253.29 |
| 06/17/2005 | Advanced client cost re: Denise N. Errett, RMR, FCRR, Court Reporter - Transcript of Proceedings held on May 20, 2005 | $313.50 |
| 06/17/2005 | Advanced client cost re: The Legal-eze Graphics Company, Inc. - 36 x 48" B/W Exhibit w/ 1.7mm Gloss Laminate, Mounted on 3/16 Foam and 36 x 48" B/W Spot Exhibit | $812.98 |
| 06/17/2005 | Advanced client cost re: Briggs and Morgan, P.A. (counsel for Wellcraft) - fee for making (493) copies | $88.74 |
| 06/23/2005 | Advanced client cost re: Esquire Express, Inc. to U.S. District Court Broward (priority service) | $34.59 |
| 06/30/2005 | Facsimiles | $23.50 |
| 06/30/2005 | Photocopies | $799.80 |
| 06/30/2005 | Postage | $3.70 |

TOTAL COSTS FOR THIS MATTER                    $4,505.78

## BILLING SUMMARY

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Burgos, Diana | 11.80 | 80.00 | $824.00 |
| Gonzalez, David | 4.80 | 160.00 | $768.00 |
| Mayback, Gregory L. | 4.00 | 300.00 | $1,200.00 |
| Gale, James A. | 25.50 | 390.00 | $9,945.00 |
| Gale, James A. | 0.50 | 400.00 | $200.00 |
| Jordan, Kimberly R. | 24.30 | 90.00 | $2,187.00 |
| Weber, Michael J. | 38.20 | 325.00 | $12,415.00 |
| Murray, Marsha | 1.50 | 100.00 | No Charge |
| Alvarez, Stephanie C. | 101.50 | 270.00 | $23,949.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES FOR THIS MATTER | 212.10 | | $51,488.00 |
| TOTAL COSTS FOR THIS MATTER | | | $4,505.78 |
| LESS PREPAID APPLIED | | | $250.00 CR |

**CURRENT AMOUNT DUE FOR THIS BILL**                                 $55,743.78

## OUTSTANDING INVOICES

| INVOICE # | INVOICE DATE | BILLED AMOUNT | BALANCE |
|---|---|---|---|
| 21368 | 02/28/2005 | $7,937.75 | $529.33 |
| 22013 | 05/31/2005 | $54,533.76 | $54,533.76 |

TOTAL OUTSTANDING INVOICES                                 $55,063.09

**TOTAL AMOUNT DUE FOR THIS MATTER**                                 $110,806.87

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828



# MIDWEST REPORTING, INC.

## COURT REPORTERS

Number: 50676

Date: June 03, 2005

Bill To:

Mr. James A. Gale
Feldman Gale
Miami Center, 19th Floor
201 South Biscayne Boulevard
Miami, FL 33131

| Date Taken | Date Delivered | Fed ID #35-1818022 | Reporter |
|---|---|---|---|
| May 26, 2005 | June 3, 2005 | | Angela |

| Description | Amount |
|---|---|
| Bennett Marine, Inc. -vs- Lenco Marine, Inc. | |
| Depositions of Kim Slocum - 118 pages and David Kleeman - 88 pages | |
| 206 pages original and one copy + miniscript + Ascii disk    w/ Rough Ascii | 823.70 |
| Appearance fee | 80.00 |
| 53 pages exhibit copies | 10.60 |
| Original mailed for signature to Mr. Linn | 5.30 |
| Federal Express 2-Day C.O.D. Delivery | 23.30 |

PAID

Payment due upon receipt. Thank you!

| | Total | $942.90 |
|---|---|---|

*300 North Michigan Street*
*South Bend, IN 46601*

*Phone  (800) 270-3121   (574) 255-3121*
*Fax  (574) 258-5939*

A044
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO: 20030280

**─ MAKE CHECKS PAYABLE TO: ─**

| | |
|---|---|
| James Gale | Denise N. Errett, RMR, FCRR |
| Feldman Gale | Official Court Reporter |
| Miami Center, 19th Floor | 299 E. Broward Blvd. |
| 201 S. Biscayne Blvd. | Rm. 207B |
| Miami, FL 33131-4332 | Ft. Lauderdale, FL 33301 |
| Phone: (305) 358-5001 | Phone: (954) 769-5687 |
| FAX: (305) 358-3309 | FAX: (954) 769-5689 |
| | Tax ID: 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 |
| www.FeldmanGale.com | Denise_Errett@flsd.uscourts.gov |

| CRIMINAL | X CIVIL | DATE ORDERED 05-27-2005 | DATE DELIVERED 05-31-2005 |
|---|---|---|---|

Case Style: 04-60326-CIV-MARRA, Bennett Marine, Inc. v Lenco Marine, Inc.

Transcript of Proceedings held 5/20/05

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | 95 | 0.55 | 52.25 | 52.25 |
| Expedited | | | | | | | | | | |
| Daily | 95 | 6.05 | 574.75 | | | | | | | 574.75 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | | TOTAL: | 627.00 |
| | | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | | | | | | | | TAX (If Applicable): | |
| | | | | | | | | | LESS AMOUNT OF DEPOSIT: | |
| | | | | | | | | | TOTAL REFUND: | |
| | | | | | | | | | TOTAL DUE: | $627.00 |

Feldman Gale $313.50

Malin, Haley $313.50

POSTED

APPROVAL FOR PAYMENT

DATE

CLIENT Bennett Marine

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 05-27-2005 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE (612) 977-8400
FACSIMILE (612) 977-8650

# BRIGGS AND MORGAN

PROFESSIONAL ASSOCIATION

WRITER'S DIRECT DIAL
(612) 334-8539

WRITER'S E-MAIL
jschlosser@briggs.com

May 16, 2005

## INVOICE

Re:   Bennett Marine, Inv. v. Lenco Marine, Inc.
      Client/Matter No. 19487.131

Copying Costs                                        Total

   493 pages x $ 0.18 per page                       $ 88.74

Please make payment to Briggs and Morgan, P.A.





SAINT PAUL OFFICE • FIRST NATIONAL BANK BUILDING • WWW.BRIGGS.COM
MEMBER — LEX MUNDI, A GLOBAL ASSOCIATION OF INDEPENDENT LAW FIRMS

## Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 22352

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:   Bennett Marine/Lenco*

**REDACTED**

# REDACTED

## COSTS/DISBURSEMENTS

| | | |
|---|---|---|
| 05/25/2005 | Advanced client cost re: Westlaw online charges 5/9 - 5/24/05 | $111.68 |
| 06/06/2005 | Advanced client cost re: Westlaw online charges 6/6 - 6/29/05 | $81.00 |
| 06/20/2005 | Advanced client cost re: Premo's Deli - lunch at Feldman Gale, P.A. during deposition of Nelson Wilner | No Charge |
| 07/07/2005 | Advanced client cost re: Esquire Deposition Services, LLC - deposition of Nelson Wilner (145 pages) | $841.25 |
| 07/08/2005 | Advanced client cost re: Federal Express to Nelson Wilner | $50.12 |
| 07/27/2005 | Advanced client cost re: Esquire Deposition Services - deposition transcript of Blake J. Bennett and Attorney's Excerpt on July 20, 2005 | $1,078.60 |
| 07/28/2005 | Advanced client cost re: Nelson Wilner - reimbursement for half of the out-of-pocket travel expense incurred during travel to Feldman Gale on June 20, 2005 for deposition | $419.28 |
| 07/29/2005 | Advanced client cost re: Esquire Deposition Services - videotaped deposition of Blake Bennett on July 20, 2005 | $190.00 |
| 07/29/2005 | Advanced client cost re: Westlaw online charges 7/12 - 7/29/05 | $117.47 |
| 07/31/2005 | Facsimiles | $16.50 |
| 07/31/2005 | Photocopies | $405.00 |
| 07/31/2005 | Postage | $5.55 |

TOTAL COSTS FOR THIS MATTER                    $3,316.45

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Gonzalez, David | 16.15 | 160.00 | $2,584.00 |
| Gale, James A. | 22.00 | 390.00 | $8,482.50 |
| Jordan, Kimberly R. | 47.90 | 90.00 | $4,311.00 |
| Weber, Michael J. | 13.90 | 325.00 | $4,517.50 |
| Murray, Marsha | 1.00 | 100.00 | $100.00 |
| Alvarez, Stephanie C. | 74.30 | 270.00 | $19,656.00 |
| TOTAL FEES FOR THIS MATTER | 175.25 | | $39,651.00 |
| TOTAL COSTS FOR THIS MATTER | | | $3,316.45 |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | | **$42,967.45** |

TOTAL OUTSTANDING INVOICES                    $56,273.11

**TOTAL AMOUNT DUE FOR THIS MATTER**          $99,240.56

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# FELDMAN GALE, P.A.

## CHECK REQUEST

DATE CHECK REQUESTED: 7/28/05     CHECK NEEDED BY: 7/28/05
                                   DATE AND TIME

CLIENT / MATTER NAME: Bennett Marine/Lenco

CLIENT / MATTER NUMBER: 0015LS

PAY TO THE ORDER OF: Nelson Wilner

IN PAYMENT OF:
Deposition Expense

AMOUNT: 419.28     REQUESTED BY: ~~Stephanie~~ SCA/RM

SPECIAL INSTRUCTIONS: See attached

APPROVAL SIGNATURE: _____
PARTNER APPROVAL

# EXPENSE REPORT

**Nelson Wilner**

Statement Number: 1
Date Submitted: 6/22/05

| From | Nelson Wilner |
|---|---|
| To | Stephanie Alvarez |

Name:
Purpose of Trip: Expenses related to Feldman-Gate Deposition of 6/20

| Ref # | Date | Day of Week | Location/Description | Travel Air/Other | Lodging | Taxi/Bus/etc | Car Rental | Parking/Tolls Etc | Tips/Other | Mileage Miles | @ .40 Amount | Break fast | Lunch | Dinner | Enter-tainment | Tele-phone/Fax | Misc | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 23-May | Sun | Northwest Airlines | $435.80 | | | | | | | | | | | | | | $435.80 |
| 2 | 19-Jun | Sun | Grand Rapids to S. Fla | | | | | | | 146 | $58.40 | $8.00 | $19.00 | $19.50 | | | | $104.90 |
| 3 | 19-Jun | Sun | Shell - fuel | | | | | $18.63 | | | | | | | | | | $18.83 |
| 4 | 20-Jun | Mon | Meals | | | | | | | | | $9.50 | | $21.00 | | | | $30.50 |
| 5 | 20-Jun | Mon | Shell - fuel | | | | | $7.63 | | | | | | | | | | $7.63 |
| 6 | 21-Jun | Tue | S. Fla to Grand Rapids | | | | | | | 146 | $58.40 | $10.54 | $21.20 | | | | | $90.14 |
| 7 | 21-Jun | Tue | Alamo rental car | | | | $93.76 | | $5.00 | | | | | | | | | $98.76 |
| 8 | 21-Jun | Tue | DTW airport parking | | | | | $52.00 | | | | | | | | | | $52.00 |
| | | | **Total Expenses for reimbursement** | $0.00 | $0.00 | $0.00 | $93.76 | $59.63 | $5.00 | $146.00 | $58.40 | $20.04 | $21.20 | $21.00 | $0.00 | $0.00 | $0.00 | $838.56 |

| # | Date | | | Place Entertained | Business Purpose | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

**Notes:** Mileage represents round trip from home to Detroit airport.

Total Expense = 

G/L Travel

Submitted by/Date: **Nelson Wilner**     06/22/05

Mr. Nelson Wilner
Nelson Wilner
1910 Beard Drive SE
Grand Rapids, MI 49546
Telephone: 616-575-7221
616 648 2760 (cell)
Email: 4wilners@msn.com

( SSN # 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 )

# Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 22693

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:*    *Bennett Marine/Lenco*

**REDACTED**

REDACTED

## COSTS/DISBURSEMENTS

| | | |
|---|---|---|
| 05/13/2005 | Advanced client cost re: Miami Travel Inc. - airfare for James A. Gale, Esq. for travel to/from Cincinnati, Ohio for deposition of Rinker Boats | $1,363.30 |
| 05/16/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | $0.64 |
| 05/17/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | $0.64 |
| 05/19/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | $0.64 |
| 05/24/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | $0.72 |
| 05/31/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research 5/26 - 5/31/05 | $1.44 |
| 06/06/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | $3.68 |

CONFIDENTIAL - ATTORNEYCLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| | | |
|---|---|---:|
| 06/07/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research 5/19 - 6/7/05 | $2.72 |
| 06/27/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | $0.80 |
| 06/28/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research 5/24- 6/28/05 | $13.76 |
| 07/15/2005 | Advanced client cost re: Esquire Express, Inc. to/from U.S. District Court (Broward) | $63.16 |
| 07/29/2005 | Advanced client cost re: Esquire Express, Inc. to/from Feldman Gale, P.A. | $18.88 |
| 08/31/2005 | Facsimiles | $4.00 |
| 08/31/2005 | Photocopies | $650.00 |
| 08/31/2005 | Postage | $7.65 |

TOTAL COSTS FOR THIS MATTER                         $2,132.03

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Gonzalez, David | 2.60 | 160.00 | $416.00 |
| Gale, James A. | 11.75 | 390.00 | $4,095.00 |
| Jordan, Kimberly R. | 39.00 | 90.00 | $3,492.00 |
| Weber, Michael J. | 13.10 | 325.00 | $4,192.50 |
| Alvarez, Stephanie C. | 57.00 | 270.00 | $15,390.00 |

| | | |
|---|---|---:|
| TOTAL FEES FOR THIS MATTER | 123.45 | $27,585.50 |
| TOTAL COSTS FOR THIS MATTER | | $2,132.03 |

**CURRENT AMOUNT DUE FOR THIS BILL**                         **$29,717.53**

*TRUST BALANCE*          $419.28

## OUTSTANDING INVOICES

| INVOICE # | INVOICE DATE | BILLED AMOUNT | BALANCE |
|---|---|---|---|
| 21368 | 02/28/2005 | $7,937.75 | $529.33 |
| 22352 | 07/31/2005 | $42,967.45 | $42,967.45 |

TOTAL OUTSTANDING INVOICES                         $43,496.78

**TOTAL AMOUNT DUE FOR THIS MATTER**                         **$73,214.31**

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 22993

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:* *Bennett Marine/Lenco*

**REDACTED**

# REDACTED

## COSTS/DISBURSEMENTS

| | | |
|---|---|---|
| 07/19/2005 | Advanced client cost re: Premo's Deli - deposition preparation of Blake Bennett | $18.47 |
| 08/01/2005 | Advanced client cost re: Westlaw online charges | $25.10 |
| 08/08/2005 | Advanced client cost re: Esquire Express, Inc. to/from Federal Court | $21.59 |
| 08/15/2005 | Advanced client cost re: Westlaw online charges | $7.18 |
| 08/17/2005 | Advanced client cost re: Choice Point - online research charges | $30.00 |
| 08/17/2005 | Advanced client cost re: Esquire Express, Inc. to Wilson Elser Moskowitz Edelman | $8.44 |
| 08/18/2005 | Advanced client cost re: Offerdahls Cafe Grill - deposition preparation of Tom McGow | $36.12 |
| 08/19/2005 | Advanced client cost re: Esquire Deposition Services, LLC - deposition of Tom McGow | $1,547.00 |
| 08/30/2005 | Advanced client cost re: Federal Express to Edward M. Livingston, Esq. | $15.91 |
| 09/02/2005 | Advanced client cost re: Exec2000 Courier Systems to USDC | $22.80 |
| 09/06/2005 | Advanced client cost re: Esquire Express, Inc. to Broward Federal | $32.03 |
| 09/06/2005 | Advanced client cost re: Esquire Express, Inc. to Feldman Gale, P.A. | $34.50 |
| 09/06/2005 | Advanced client cost re: Esquire Express, Inc. to US District Court (Broward) | $35.00 |
| 09/14/2005 | Advanced client cost re: Miami Travel Inc. - airfare for Stephanie C. Alvarez, Esq. for travel to/from Panama City re: deposition C & C 9/14 - 9/15/05 | $490.10 |
| 09/14/2005 | Advanced client cost re: Bay Taxi & Limo - transportation for Stephanie C. Alvarez, Esq. re: deposition C & C | $20.00 |
| 09/14/2005 | Advanced client cost re: Bay Taxi and Limo - transportation for Stephanie C. Alvarez, Esq. re: deposition C & C | $20.00 |
| 09/14/2005 | Advanced client cost re: Marriott Hotels & Resorts - lodging for Stephanie C. Alvarez, Esq. re: deposition C & C 9/14 - 9/15/05 | $203.60 |
| 09/14/2005 | Advanced client cost re: Federal Exprest to c/o Stephanie C. Alvarez, Esq. at Bay Point Marriott Resort | $30.72 |
| 09/15/2005 | Advanced client cost re: Executive Taxi - two hour transportation for | $160.00 |

| | Stephanie C. Alvarez, Esq. from location of deposition to Gainesville airport in order to catch an earlier flight re: deposition C & C | |
|---|---|---|
| 09/15/2005 | Advanced client cost re: Florida Limo - transportation for Stephanie C. Alvarez, Esq. re: deposition C & C | $70.00 |
| 09/16/2005 | Advanced client cost re: Caplan Caplan and Caplan - service of subpoena duces tecum on Pro-line Boats, Inc. | $25.00 |
| 09/28/2005 | Advanced client cost re: Westlaw online charges 9/7 - 9/28/05 | $53.18 |
| 09/28/2005 | Advanced client cost re: Westlaw online charges 9/8 - 9/28/05 | $131.00 |
| 10/06/2005 | Advanced client cost re: Eastwood-Stein Deposition Management - cancellation fee | $50.00 |
| 10/13/2005 | Advanced client cost re: Exec2000 Courier Systems to Stephanie C. Alvarez, Esq. residence | $26.60 |
| 10/18/2005 | Advanced client cost re: Rebecca J. Wimer - deposition of Dean Bennett | $907.90 |
| 10/18/2005 | Advanced client cost re: New Age Images, Inc. - duplication of working set of documents produced by Lenco Marine, Inc.; responsive to third request; 2607 thru 7382; 7385 thru 7425 | $416.53 |
| 10/31/2005 | Facsimiles | $29.50 |
| 10/31/2005 | Photocopies | $724.40 |
| 10/31/2005 | Postage | $7.16 |

TOTAL COSTS FOR THIS MATTER $5,199.83

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Kahl, Christine | 0.20 | 125.00 | $25.00 |
| Gonzalez, David | 55.80 | 160.00 | $8,928.00 |
| Mayback, Gregory L. | 0.50 | 300.00 | $150.00 |
| Kaplan, Henry S. | 5.20 | 300.00 | $1,560.00 |
| Gale, James A. | 14.45 | 390.00 | $5,635.50 |
| Jordan, Kimberly R. | 57.80 | 90.00 | $5,202.00 |
| Alvarez, Stephanie C. | 142.50 | 270.00 | $38,475.00 |
| TOTAL FEES FOR THIS MATTER | 276.45 | | $59,975.50 |
| TOTAL COSTS FOR THIS MATTER | | | $5,199.83 |

CURRENT AMOUNT DUE FOR THIS BILL $65,175.33

*TRUST BALANCE*     *$419.28*

## OUTSTANDING INVOICES

| INVOICE # | INVOICE DATE | BILLED AMOUNT | BALANCE |
|---|---|---|---|
| 21368 | 02/28/2005 | $7,937.75 | $529.33 |

TOTAL OUTSTANDING INVOICES $529.33

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

## TOTAL AMOUNT DUE FOR THIS MATTER                    $65,704.66

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

POSTED ✓ 8/30/05 3/01

---

### BILLING ATTORNEY

FELDMAN GALE, P.A.
JAMES A GALE
201 S BISCAYNE BOULEVARD  SUITE 1920
MIAMI, FL33131
PHONE: (305)358 5001
FAX: (305)358 3309

### INVOICE

Invoice number: 20392
Current Date: 8/30/2005 5:00 PM
File Number:

Case Number: 04-60326

---

### STYLE

BENNETT MARINE, INC.
VS
LENCO MARINE, INC.

### ATTORNEY OF RECORD

FELDMAN GALE, P.A.
JAMES A GALE
201 S BISCAYNE BOULEVARD  SUITE 1920
MIAMI, FL33131
PHONE: (305)358 5001
FAX: (305)358 3309

---

### WRIT:

SUBPOENA FOR DEPOSITION

### TO BE SERVED

JOCK CAMPBELL
1520 S SUNCOAST BOULEVARD
HOMOSASSA FL 34448

---

| DESCRIPTION | UNITS | COST | AMOUNT |
|---|---|---|---|
| ORIGINAL FEE (SERVE) - REGULAR   writ# 200516079 | 1 | $55.00 | $55.00 |
| 1520 S SUNCOAST BOULEVARD HOMOSASSA, FL 34448 | | | |
| | | total | $55.00 |
| Received Payment for Writ# 200516079 | | | -$55.00 |
| | | AMOUNT DUE | 0 |



# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 04-80326

Plaintiff:
BENNETT MARINE, INC.

vs

Defendant:
LENCO MARINE, INC., A FLORIDA CORPORATION

For:
FELDMAN GALE, PA

,

Received by CAPLAN/CAPLAN & KAYE on the 23rd day of August, 2005 at 5:00 pm to be served on JOCK CAMPBELL, C/O PRO-LINE BOATS, INC., 1520 SOUTH SUNCOAST BLVD., HOMOSASSA, FLORIDA 34448.

I, Ronald L. Fletcher, do hereby affirm that on the 29th day of August, 2005 at 11:20 am, I:

Individually Served the within named person with a true copy of this SUBPOENA FOR DEPOSITION with the date and hour endorsed thereon by me, pursuant to State Statutes.

Military Status: Based upon inquiry of party served, defendant is not in the military service of the United States of America

I do hereby certify that I am over the age of 18 and have no interest in the above action, and am a Special Process Server. Pursuant to F.S. 92.525, under penalties of perjury, I declare that I have read the forgoing document and that the facts stated are true.

Ronald L. Fletcher
01-1-23

CAPLAN/CAPLAN & KAYE
172 W. Flagler Street
#320
Miami, FL 33130
(105) 374-3426
Our Job Serial Number: 2005004987

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.4l

**REBECCA J. WIMER**
Court Reporter, Inc.
Tax I.D. No. 59-2338908

P. O. Box 544                    Phone: (850) 769-7639
Panama City, FL                  Fax: (850) 769-8688
32402-0544

October 18, 2005

TO:  Stephanie C. Alvarez, Esquire
     FELDMAN GALE
     Miami Center, Suite 1920
     201 South Biscayne Boulevard
     Miami, FL  33131-4332

RE:  BENNETT MARINE, INC. vs. LENCO MARINE, INC.

Original and one copy of deposition of **DEAN BENNETT**,
taken on 9/15/05, 42 pages at 4.00
per page (attorneys eyes only transcript)   168.00
Original and one copy of deposition of **DEAN BENNETT**,
taken on 9/15/05, 133 pages at 4.00
per page                                     532.00
84 pages of exhibits at .30 a page            25.20
Postage                                        7.70
Appearance Fee for 9/15/05                   175.00

TOTAL DUE:   $ 907.90

PAYMENT DUE WHEN INVOICE RENDERED

THANK YOU FOR YOUR BUSINESS