# Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 23285

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:*    *Bennett Marine/Lenco*

# REDACTED

**REDACTED**

## COSTS/DISBURSEMENTS

| | | |
|---|---|---|
| 10/31/2005 | Advanced client cost re: Westlaw online charges 10/5 - 10/31/05 | $254.63 |
| 11/01/2005 | Advanced client cost re: Nelson Hasse LLP - copies of documents (92 pgs @ $.25) | $23.00 |
| 11/01/2005 | Advanced client cost re: Indigo Restaurant - food/beverage with Stephanie C. Alvarez, Esq. re: strategy discussion | No Charge |
| 11/03/2005 | Advanced client cost re: Exec2000 Courier Systems to United States District Court | $13.65 |
| 11/04/2005 | Advanced client cost re: Federal Express to Jerry Haynes, Esq. of Malin, Haley & DiMaggio, P.A. | $17.58 |
| 11/04/2005 | Advanced client cost re: Rebecca J. Wimer - condensed transcripts of deposition of Dean Bennett | $73.85 |
| 11/07/2005 | Advanced client cost re: Federal Express to Stephanie C. Alvarez, Esq. at Sheraton New Bern Hotel in New Bern, North Carolina | $53.75 |
| 11/07/2005 | Advanced client cost re: Yellow Cab - transportation for Stephanie C. Alvarez, Esq. for travel to/from Miami Airport re: Gartner/Pro Line depositions | $41.70 |
| 11/07/2005 | Advanced client cost re: Miami Travel - airfare for Stephanie C. Alvarez, Esq. for travel to/from New Bern, North Carolina re: Gartner/Pro Line depositions | $480.50 |
| 11/07/2005 | Advanced client cost re: Sheraton New Bern Hotel - lodging for Stephanie C. Alvarez, Esq. in New Bern, North Carolina re: Gartner/Pro Line depositions | $126.26 |
| 11/08/2005 | Advanced client cost re: Diplomat Taxi - transportation for Stephanie C. | $34.00 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

Alvarez, Esq. for travel in Bradenton, Florida re: Gartner/Pro Line depositions

| | | |
|---|---|---|
| 11/08/2005 | Advanced client cost re: Hilton Garden Inn - lodging for Stephanie C. Alvarez, Esq. in Bradenton, Florida re: Gartner/Pro Line depositions | $144.96 |
| 11/08/2005 | Advanced client cost re: Federal Express to Stephanie C. Alvarez, Esq. at Hilton Garden Inn in Bradenton, Florida | $34.45 |
| 11/09/2005 | Advanced client cost re: Vincent M. Lucente & Associates, Inc. - appearance fee for deposition of John Tait Campbell and orginial and one copy of transcript | $740.00 |
| 11/15/2005 | Advanced client cost re: The Gartner Marine Group - copies of documents | $41.99 |
| 11/30/2005 | Advanced client cost re: Westlaw online charges 11/1 - 11/30/05 | $81.59 |
| 11/30/2005 | Photocopies - Copying of voluminous documents, including but not limited to providing a duplicate set of documents produced by Lenco Marine (approx. 6,000 pages) responsive to 3rd request for production for Glenda Bobko at Wilson, Elser, Moskowitz, Edelman & Dicker | $1,392.66 |
| 11/30/2005 | Facsimiles | $3.00 |
| 11/30/2005 | Postage | $0.37 |

TOTAL COSTS FOR THIS MATTER $3,557.94

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Gonzalez, David | 13.10 | 160.00 | $2,096.00 |
| Kaplan, Henry S. | 0.50 | 300.00 | $150.00 |
| Gale, James A. | 5.00 | 390.00 | $1,950.00 |
| Jordan, Kimberly R. | 78.10 | 90.00 | $7,029.00 |
| Alvarez, Stephanie C. | 84.40 | 270.00 | $22,788.00 |
| | | | |
| TOTAL FEES FOR THIS MATTER | 181.10 | | $34,013.00 |
| TOTAL COSTS FOR THIS MATTER | | | $3,557.94 |

CURRENT AMOUNT DUE FOR THIS BILL $37,570.94

*TRUST BALANCE* $419.28

## OUTSTANDING INVOICES

| INVOICE # | INVOICE DATE | BILLED AMOUNT | BALANCE |
|---|---|---|---|
| 21368 | 02/28/2005 | $7,937.75 | $529.33 |
| | | | |
| TOTAL OUTSTANDING INVOICES | | | $529.33 |

TOTAL AMOUNT DUE FOR THIS MATTER $38,100.27

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

RICHARD L. SMITH *
F. STEVEN HERB **
OMER CALSEY **
GARY W. PEAL
MARK C. HANEWICH +
PRESTON DEVILBISS, JR. **+++
AMY S. ALEXANDER
MICHAEL W. COCHRAN ++

+    Also licensed in MA and RI
++   Also licensed in OH and WV
+++  Of Counsel



NELSON
HESSE LLP
ATTORNEYS AT LAW

2070 Ringling Boulevard
Sarasota, Florida 34237

Telephone (941) 366-7550
Telefax (941) 955-3708

www.NelsonHesse.com



RICHARD E. NELSON
(1930-2002)

ROBERT L. HESSE
Retired

* Board Certified City, County &
  Local Government Law
** Certified Circuit Court Mediator

November 1, 2005

Stephanie C. Alvarez, Esq.
Feldman Gale, P.A.
Miami Center
19th Floor
201 South Biscayne Boulevard
Miami, Florida 33131

Re:   Bennett Marine, Inc., v. Lence Marine   001515

Dear Ms. Alvarez:

Enclosed please find:

*OK TO pay*

1.   Documents responsive to Subpoena Duces Tecum.

*SCA*

Please forward to this office a check, made payable to Nelson Hesse LLP, in the amount of $23.00 to cover charges for copying of 92 pages @$.25.

I look forward to meeting you next week. Please call me with any questions or concerns.

Thank you.

Sincerely,

Michael Cochran

MC/jmb
Enclosure

# Vincent M. Lucente & Assoc., Inc.
## Court Reporters

# INVOICE

**P.O. Box 1121**
**Bradenton, FL 34206**

**1-800-282-8275 • Fax (941) 748-5800**
**vinny@vincentlucente.com**

POSTED E3397

| DATE | 11/15/2005 |
|------|------------|
| INVOICE # | 63079 |
| JOB # | 120411 |
| REP | LE |

**BILL TO**

Feldman, Gale & Weber
201 S. Biscayne Blvd., 19th Place
Miami, FL 33131-4332

### Case Style

Bennett Marine, Inc., v. Lenco
Marine, Inc.

| Attorney | Alvares | Case # | |
|----------|---------|--------|---|

| Date | PAGES | DESCRIPTION | RATE | AMOUNT |
|------|-------|-------------|------|--------|
| 1/9/2005 | 4.5 | Appearance Fee for deposition of John Tait Campbell | 50.00 | 225.00 |
| | 127 | Original & One Copy, Transcript of: John Tait Campbell | 4.00 | 508.00 |
| | | ASCII @ No Charge | | 0.00 |
| | 1 | Postage & Handling | 7.00 | 7.00 |

APPROVAL FOR PAYMENT
DATE 11/22/05
CLIENT Bennett Marine/Lenco
ATTORNEY

**F.I.D. 59-2232430**

**Total** $740.00

Bradenton • Arcadia • Sarasota • Tampa • St. Petersburg • Venice



**THANK YOU FOR YOUR BUSINESS**
PAYMENT DUE UPON RECEIPT OF INVOICE
ENCLOSE INVOICE NO. AND DATE OF BILL
ALL ACCOUNTS OVER 30 DAYS ARE SUBJECT TO 1.5% PER MONTH SERVICE CHARGE. THIS IS AN ANNUAL RATE OF 18%.

# Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 23439

Mark Ordwey
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:    Bennett Marine/Lenco*



REDACTED

## COSTS/DISBURSEMENTS

| | | |
|---|---|---|
| 05/24/2005 | Advanced client cost re: Miami Travel Inc. - travel for James A. Gale, Esq. to/from Southbend, Indiana for Rinker deposition | $29.00 |
| 05/24/2005 | Advanced client cost re: Miami Travel Inc. - airfare for James A. Gale, Esq. re: travel to/from Southbend, Indiana for Rinker deposition | $508.40 |
| 05/24/2005 | Advanced client cost re: Broward Limousine - transportation for James A. Gale, Esq. re: travel for Rinker deposition | $54.00 |
| 05/26/2005 | Advanced client cost re: Broward Limousine - transportation for James A. Gale, Esq. re: Rinker deposition | $60.00 |
| 05/27/2005 | Advanced client cost re: Marriott - lodging for James A. Gale, Esq. for | $409.60 |

|  | Rinker deposition in Southbend, Indiana | |
|---|---|---|
| 06/07/2005 | Advanced client cost re: Dun & Bradstreet - report on Lenco | $129.99 |
| 09/28/2005 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | $0.96 |
| 11/08/2005 | Advanced client cost re: Carolina Court Reporters, Inc. - deposition of Kenneth Williams | $857.30 |
| 12/20/2005 | Advanced client cost re: Westlaw online charges | $5.19 |
| 12/31/2005 | Photocopies | $16.80 |
| 12/31/2005 | Postage | $0.37 |

TOTAL COSTS FOR THIS MATTER      $2,071.61

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Gale, James A. | 0.70 | 390.00 | $273.00 |
| Alvarez, Stephanie C. | 8.50 | 270.00 | $2,241.00 |
| TOTAL FEES FOR THIS MATTER | 9.20 | | $2,514.00 |
| TOTAL COSTS FOR THIS MATTER | | | $2,071.61 |

**CURRENT AMOUNT DUE FOR THIS BILL**      $4,585.61

*TRUST BALANCE*    $419.28

**TOTAL AMOUNT DUE FOR THIS MATTER**      $4,585.61

# Feldman Gale

**Intellectual Property Law**
MIAMI CENTER, 19TH FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4332
TEL. (305) 358-5001
FAX. (305) 358-3309

INVOICE # 23593

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

*RE:*   *Bennett Marine/Lenco*

**REDACTED**

REDACTED

## COSTS/DISBURSEMENTS

| 01/31/2006 | Facsimiles  | $1.30  |
|------------|-------------|--------|
| 01/31/2006 | Photocopies | $36.00 |
| 01/31/2006 | Postage     | $0.74  |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

|  | TOTAL COSTS FOR THIS MATTER | | $38.24 |

## BILLING SUMMARY

| TIMEKEEPER | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Gonzalez, David | 0.30 | 160.00 | $48.00 |
| Kaplan, Henry S. | 0.30 | 300.00 | $90.00 |
| Gale, James A. | 2.75 | 390.00 | $1,072.50 |
| Veliky, Margarida R. | 1.40 | 90.00 | $126.00 |
| Alvarez, Stephanie C. | 37.60 | 270.00 | $10,152.00 |
| | | | |
| TOTAL FEES FOR THIS MATTER | 42.35 | | $11,488.50 |
| TOTAL COSTS FOR THIS MATTER | | | $38.24 |

**CURRENT AMOUNT DUE FOR THIS BILL**                    **$11,526.74**

*TRUST BALANCE        $419.28*

## OUTSTANDING INVOICES

| INVOICE # | INVOICE DATE | BILLED AMOUNT | BALANCE |
|---|---|---|---|
| 23439 | 12/31/2005 | $4,585.61 | $4,585.61 |
| | | | |
| TOTAL OUTSTANDING INVOICES | | | $4,585.61 |

**TOTAL AMOUNT DUE FOR THIS MATTER**                    **$16,112.35**

# Feldman Gale

## INTELLECTUAL PROPERTY LAW

MIAMI CENTER, 19th FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

March 31, 2006

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, Fl. 33442

Invoice No. 24098
Account No. 0749-1515

**Bennett Marine/Lenco**



**REDACTED**

## COST/DISBURSEMENTS

| 03/31/06 | Photocopies | | | 10.40 |
|----------|-------------|---|---|-------|
| 03/31/06 | Postage | | | 0.78 |
| | | | | ======== |
| | TOTAL COSTS FOR THIS MATTER | | | $11.18 |

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Alvarez, Stephanie C. | | 5.40 hrs | 270.00 /hr | $1,458.00 |
| Gale, James A. | | 1.00 hrs | 390.00 /hr | $390.00 |
| Jordan, Kimberly R. | | 0.70 hrs | 90.00 /hr | $63.00 |
| | TOTAL FEES FOR THIS MATTER | 7.10 hrs | | $1,911.00 |
| | TOTAL COSTS FOR THIS MATTER | | | $11.18 |
| | | | | ======== |
| | **CURRENT AMOUNT DUE FOR THIS BILL** | | | **$1,922.18** |
| | PLUS BALANCE FORWARD | | | $8,189.78 |
| | | | | ======== |
| | **TOTAL BALANCE NOW DUE** | | | **$10,111.96** |

*Trust Balance*      *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|------|-------------|---------------|------------|
| 02/28/06 | 23981 | $8,189.78 | $8,189.78 |
| | | | ======== |
| | | | **$8,189.78** |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale

## INTELLECTUAL PROPERTY LAW

MIAMI CENTER, 19th FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

April 30, 2006

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

Invoice No. 24372
Account No. 0749-1515

**Bennett Marine/Lenco**



REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---:|
| 03/01/06 | Advanced client cost re: Westlaw online charges | 10.84 |
| 04/30/06 | Facsimiles | 2.50 |
| 04/30/06 | Photocopies | 192.80 |
| 04/30/06 | Postage | 2.83 |
| | | ======== |
| | TOTAL COSTS FOR THIS MATTER | $208.97 |

## BILLING SUMMARY

| | | | |
|---|---|---|---:|
| Alvarez, Stephanie C. | 1.60 hrs | 270.00 /hr | $432.00 |
| Gale, James A. | 1.00 hrs | 390.00 /hr | $390.00 |
| TOTAL FEES FOR THIS MATTER | 2.60 hrs | | $822.00 |

TOTAL COSTS FOR THIS MATTER                              $208.97

========

**CURRENT AMOUNT DUE FOR THIS BILL**                     **$1,030.97**

*Trust Balance*        *$419.28*

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale
## INTELLECTUAL PROPERTY LAW

MIAMI CENTER, 19th FLOOR
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

July 31, 2006

Mark Ordway
Bennett Marine, Inc.
550 12 Avenue
Deerfield Beach, FL 33442

Invoice No. 25152
Account No. 0749-1515

**Bennett Marine/Lenco**

REDACTED

COST/DISBURSEMENTS

| 07/31/06 | Photocopies | | | 153.20 |
|----------|-------------|---|---|--------|

|  | | | | ======== |
|--|--|--|--|----------|
| | TOTAL COSTS FOR THIS MATTER | | | $153.20 |

## BILLING SUMMARY

| | | | | |
|--|--|--|--|--|
| Alvarez, Stephanie C. | 3.40 hrs | 270.00 /hr | | $918.00 |
| Feldman, Lisa A. | 0.50 hrs | 0.00 /hr | | No Charge |
| Gale, James A. | 7.00 hrs | 390.00 /hr | | $2,730.00 |
| Jordan, Kimberly R. | 0.30 hrs | 90.00 /hr | | $27.00 |
| TOTAL FEES FOR THIS MATTER | 11.20 hrs | | | $3,675.00 |
| TOTAL COSTS FOR THIS MATTER | | | | $153.20 |
| | | | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | | | **$3,828.20** |
| PLUS BALANCE FORWARD | | | | $401.80 |
| | | | | ======== |
| **TOTAL BALANCE NOW DUE** | | | | **$4,230.00** |

*Trust Balance*      *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|------|-------------|---------------|------------|
| 06/30/06 | 25000 | $401.80 | $401.80 |
| | | | ======== |
| | | | **$401.80** |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale
## INTELLECTUAL PROPERTY LAW

ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

August 31, 2007

Invoice No. 28266
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**



## COST/DISBURSEMENTS

| | | |
|---|---|---:|
| 07/24/07 | Advanced client cost re: working lunch | 24.17 |
| 07/24/07 | Advanced client cost re: Genesys Conferencing - conference call July 24, 2007: duration 40 minutes | 43.12 |
| 08/01/07 | Advanced client cost re: Westlaw - online research | 66.67 |
| 08/20/07 | Advanced client cost re: Services On-Site - (3) 36 x 48 Color Oversizes, (4) drymount re: exhibits | 250.38 |
| 08/31/07 | Facsimiles | 10.00 |
| 08/31/07 | Photocopies | 125.00 |

| | |
|---|---:|
| | ======== |
| TOTAL COSTS FOR THIS MATTER | $519.34 |

## BILLING SUMMARY

| | | | | |
|---|---:|---:|---|---:|
| Alvarez, Stephanie C. | 0.40 hrs | 0.00 /hr | | No Charge |
| Alvarez, Stephanie C. | 36.40 hrs | 270.00 /hr | | $9,828.00 |
| DeAngelis, Christine | 2.30 hrs | 250.00 /hr | | $575.00 |
| Gale, James A. | 1.20 hrs | 0.00 /hr | | No Charge |
| Gale, James A. | 14.85 hrs | 390.00 /hr | | $5,791.50 |
| Weber, Michael J. | 17.60 hrs | 325.00 /hr | | $5,720.00 |

| | | |
|---|---:|---:|
| TOTAL FEES FOR THIS MATTER | 72.75 hrs | $21,914.50 |
| TOTAL COSTS FOR THIS MATTER | | $519.34 |
| | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | **$22,433.84** |
| PLUS BALANCE FORWARD | | $7,577.86 |
| | | ======== |
| **TOTAL BALANCE NOW DUE** | | **$30,011.70** |

*Trust Balance*        *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 07/31/07 | 27994 | $7,577.86 | $7,577.86 |
| | | | ======== |
| | | | $7,577.86 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

(green paper)

# Feldman Gale, P.A.

# CHECK REQUEST

| | |
|---|---|
| DATE CHECK REQUESTED   August 6, 2007 | CHECK NEEDED BY:  August 7, 2007 |

CLIENT / MATTER NAME:  BENNETT MARINE
CLIENT / MATTER NUMBER: 001515

PAY TO THE ORDER OF:  Clerk, U.S. District Court

IN PAYMENT OF:  Filing Fee

| | |
|---|---|
| AMOUNT:   $350.00 | REQUESTED BY: Stephanie C. Alvarez/Roz |

SPECIAL INSTRUCTIONS: Please forward check to Roz.

APPROVAL SIGNATURE: _____
PARTNER APPROVAL

## FOR ACCOUNTING DEPARTMENT ONLY

| | |
|---|---|
| CHECK NO: _____ | DATE ISSUED: _____ |
| CLIENT CHARGED: _____ | ISSUED BY: _____ |

# Feldman Gale
## INTELLECTUAL PROPERTY LAW

ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

September 30, 2007

Invoice No. 28691
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**

REDACTED

REDACTED

## COST/DISBURSEMENTS

| 08/31/01 | Advanced client cost re: Fiske & Company - professional services - prepare unit projections analysis for mediation; review unit sales projections formulas; email TF attorney | 591.25 |
| 08/01/07 | Advanced client cost re: Westlaw - online research | 52.68 |
| 08/29/07 | Advanced client cost re: Westlaw - online research | 46.38 |
| 09/30/07 | Photocopies | 93.60 |

|  |  | ======== |
| | TOTAL COSTS FOR THIS MATTER | $783.91 |

## BILLING SUMMARY

| Alvarez, Stephanie C. | 8.50 hrs | 270.00 /hr | $2,295.00 |
| Gale, James A. | 0.50 hrs | 390.00 /hr | $195.00 |
| TOTAL FEES FOR THIS MATTER | 9.00 hrs | | $2,490.00 |
| TOTAL COSTS FOR THIS MATTER | | | $783.91 |
| | | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | | **$3,273.91** |
| PLUS BALANCE FORWARD | | | $22,433.84 |
| | | | ======== |
| **TOTAL BALANCE NOW DUE** | | | **$25,707.75** |

*Trust Balance*      *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|------|-------------|---------------|------------|
| 08/31/07 | 28266 | $22,433.84 | $22,433.84 |
| | | | ======== |
| | | | $22,433.84 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale

## INTELLECTUAL PROPERTY LAW

ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

November 30, 2007

Invoice No. 29302
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**

REDACTED

# REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---|
| 08/20/07 | Advanced client cost re: Services On-Site - three 36 X 48 color copies oversizes, four drymount | 125.19 |
| 09/24/07 | Advanced client cost re: Federal Express - From Feldman Gale, P.A. to Terence J. Linn, Esq./Van Dyke, Gardner, Linn, et al | 14.35 |
| 09/30/07 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | 8.88 |
| 11/30/07 | Photocopies | 3.20 |
| | | ======== |
| | TOTAL COSTS FOR THIS MATTER | $151.62 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alvarez, Stephanie C. | 1.00 hrs | 0.00 /hr | No Charge |
| Alvarez, Stephanie C. | 19.50 hrs | 270.00 /hr | $5,265.00 |
| Dalvi, Ashu | 7.10 hrs | 190.00 /hr | $1,349.00 |
| DeAngelis, Christina | 24.70 hrs | 250.00 /hr | $6,175.00 |
| Gale, James A. | 0.30 hrs | 0.00 /hr | No Charge |
| Gale, James A. | 3.50 hrs | 390.00 /hr | $1,365.00 |
| Sobrado, Javier | 1.10 hrs | 190.00 /hr | $209.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | 57.20 hrs | $14,363.00 |
| TOTAL COSTS FOR THIS MATTER | | $151.62 |
| | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | **$14,514.62** |
| PLUS BALANCE FORWARD | | $7,473.84 |
| | | ======== |
| **TOTAL BALANCE NOW DUE** | | **$21,988.46** |

*Trust Balance*　　　*$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 11/28/07 | 29090 | $7,473.84 | $7,473.84 |
| | | | ======== |
| | | | $7,473.84 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale
## INTELLECTUAL PROPERTY LAW
ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

December 31, 2007

Invoice No. 29565
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**

REDACTED

## COST/DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 08/20/07 | Advanced client cost re: Service On-Site - credit on account for being full amount on invoice #30294 instead of 50% as agreed (inv. amt. $250.38) | -125.19 |
| 11/13/07 | Advanced client cost re: Westlaw - online research | 151.83 |
| 11/16/07 | Advanced client cost re: Westlaw - online research - 11/16-11/30/07 | 83.61 |
| 12/04/07 | Advanced client cost re: Westlaw - online research | 690.25 |
| 12/05/07 | Advanced client cost re: Westlaw - online research | 99.74 |
| 12/07/07 | Advanced client cost re: Westlaw - online research | 167.43 |
| 12/09/07 | Advanced client cost re: Westlaw - online research | 31.72 |
| 12/10/07 | Advanced client cost re: Westlaw - online research | 168.26 |
| 12/28/07 | Advanced client cost re: Star Messenger - two deliveries sent to USDC | 52.00 |
| 12/31/07 | Facsimiles | 2.50 |
| 12/31/07 | Photocopies | 801.40 |
| 12/31/07 | Postage | 7.79 |

TOTAL COSTS FOR THIS MATTER        $2,131.34

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alvarez, Stephanie C. | 0.20 hrs | 270.00 /hr | $54.00 |
| DeAngelis, Christina | 30.40 hrs | 0.00 /hr | No Charge |
| DeAngelis, Christina | 115.30 hrs | 250.00 /hr | $28,825.00 |
| Gale, James A. | 0.50 hrs | 0.00 /hr | No Charge |
| Gale, James A. | 12.85 hrs | 390.00 /hr | $5,011.50 |
| Hillyer, Gregory L. | 2.20 hrs | 0.00 /hr | No Charge |
| Hillyer, Gregory L. | 58.20 hrs | 325.00 /hr | $18,915.00 |
| Sobrado, Javier | 65.70 hrs | 0.00 /hr | No Charge |
| Sobrado, Javier | 19.00 hrs | 190.00 /hr | $2,299.00 |
| Weber, Michael J. | 0.50 hrs | 0.00 /hr | No Charge |
| Weber, Michael J. | 0.40 hrs | 325.00 /hr | $130.00 |

TOTAL FEES FOR THIS MATTER    305.25 hrs        $55,234.50

TOTAL COSTS FOR THIS MATTER                  $2,131.34

**CURRENT AMOUNT DUE FOR THIS BILL**          **$57,365.84**

*Trust Balance*      *$419.28*