# Feldman Gale
## INTELLECTUAL PROPERTY LAW
ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

February 29, 2008

Invoice No. 29967
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL  33442

**Bennett Marine/Lenco**



========

# REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---:|
| 01/07/08 | Advanced client cost re: Westlaw - online research | 27.69 |
| 01/08/08 | Advanced client cost re: Westlaw - online research from 1/4 - 1/25/08 | 29.89 |
| 01/31/08 | Advanced client cost re: Federal Express - from Feldman Gale, P.A. to Blake Bennett | 11.08 |
| 02/29/08 | Photocopies | 375.80 |
| 02/29/08 | Postage | 3.69 |

|  |  |
|---|---:|
| | ======== |
| TOTAL COSTS FOR THIS MATTER | $448.15 |

## BILLING SUMMARY

| | | | |
|---|---:|---:|---:|
| Alvarez, Stephanie C. | 0.30 hrs | 270.00 /hr | $81.00 |
| DeAngelis, Christina | 2.80 hrs | 0.00 /hr | No Charge |
| DeAngelis, Christina | 54.00 hrs | 250.00 /hr | $13,500.00 |
| Gale, James A. | 0.40 hrs | 0.00 /hr | No Charge |
| Gale, James A. | 9.25 hrs | 390.00 /hr | $3,607.50 |
| Hillyer, Gregory L. | 0.40 hrs | 0.00 /hr | No Charge |
| Hillyer, Gregory L. | 0.40 hrs | 325.00 /hr | $130.00 |

| | | |
|---|---:|---:|
| TOTAL FEES FOR THIS MATTER | 67.55 hrs | $17,318.50 |
| TOTAL COSTS FOR THIS MATTER | | $448.15 |
| | | ======== |

**CURRENT AMOUNT DUE FOR THIS BILL**        **$17,766.65**

*Trust Balance*     *$419.28*

# Feldman Gale
## INTELLECTUAL PROPERTY LAW

ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

March 31, 2008

Invoice No. 30165
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**



**REDACTED**

## COST/DISBURSEMENTS

| | | |
|---|---|---:|
| 12/13/07 | Advanced client cost re: Legal-eze Litgation Consulting & Graphics - 36 X 48' B/W exhibit with 1.7 gloss laminate mounted on 3/16 foam | 341.64 |
| 02/13/08 | Advanced client cost re: Westlaw - online research | 102.17 |
| 02/29/08 | Advanced client cost re: Fiske & Company - professional services rendered, review of case file and summarize case status | 752.50 |
| 03/17/08 | Advanced client cost re: Star Messenger Services - rush courier service to and from Feldman Gales, P.A. and the United States District Court | 28.00 |

========
TOTAL COSTS FOR THIS MATTER                                                              $1,224.31

## BILLING SUMMARY

| | | | |
|---|---:|---|---:|
| Alvarez, Stephanie C. | 0.40 hrs | 270.00 /hr | $108.00 |
| Cesarano, Michael C | 21.50 hrs | 375.00 /hr | $8,062.50 |
| Dalvi, Ashu | 0.70 hrs | 190.00 /hr | $133.00 |
| DeAngelis, Christina | 133.10 hrs | 250.00 /hr | $33,275.00 |
| Gale, James A. | 1.95 hrs | 390.00 /hr | $760.50 |
| Hillyer, Gregory L. | 10.40 hrs | 325.00 /hr | $3,380.00 |
| Jordan, Kimberly R. | 1.20 hrs | 90.00 /hr | $108.00 |
| Sobrado, Javier | 4.10 hrs | 190.00 /hr | $779.00 |

| | | |
|---|---:|---:|
| TOTAL FEES FOR THIS MATTER | 173.35 hrs | $46,606.00 |
| TOTAL COSTS FOR THIS MATTER | | $1,224.31 |

========

## CURRENT AMOUNT DUE FOR THIS BILL                                             $47,830.31

*Trust Balance*        *$419.28*

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

## Feldman Gale
### INTELLECTUAL PROPERTY LAW

ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

April 30, 2008

Invoice No. 30410
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**



REDACTED

70.10 hrs          $17,993.00

**COST/DISBURSEMENTS**

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| | | |
|---|---|---|
| 03/10/08 | Advanced client cost re: Westlaw - online research from 3/10 thru 3/26/08 | 161.66 |
| 03/11/08 | Advanced client cost re: Westlaw - online research | 135.80 |
| 03/21/08 | Advanced client cost re: Federal Express - Feldman Gale, P.A. to Dr. Frank Urban | 18.96 |
| 04/14/08 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research 1/1 thru 3/31/08 | 0.64 |
| 04/30/08 | Photocopies | 80.00 |
| 04/30/08 | Postage | 1.23 |
| | | ======== |
| | TOTAL COSTS FOR THIS MATTER | $398.29 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cesarano, Michael C | 4.30 hrs | 375.00 /hr | $1,612.50 |
| DeAngelis, Christina | 61.60 hrs | 250.00 /hr | $15,400.00 |
| Gale, James A. | 1.00 hrs | 390.00 /hr | $390.00 |
| Hillyer, Gregory L. | 1.30 hrs | 0.00 /hr | No Charge |
| Hillyer, Gregory L. | 1.70 hrs | 325.00 /hr | $552.50 |
| Sobrado, Javier | 0.20 hrs | 190.00 /hr | $38.00 |

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | 70.10 hrs | $17,993.00 |
| TOTAL COSTS FOR THIS MATTER | | $398.29 |
| | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | **$18,391.29** |
| PLUS BALANCE FORWARD | | $47,830.31 |
| | | ======== |
| **TOTAL BALANCE NOW DUE** | | **$66,221.60** |

*Trust Balance*      *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 03/31/08 | 30165 | $47,830.31 | $47,830.31 |
| | | | ======== |
| | | | $47,830.31 |

# Feldman Gale
## INTELLECTUAL PROPERTY LAW
ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

May 31, 2008

Invoice No. 30600
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL  33442

**Bennett Marine/Lenco**

REDACTED

REDACTED

**COST/DISBURSEMENTS**

| | | |
|---|---|---|
| 04/18/08 | Advanced client cost re: Premo's Deli - lunch provided at working meeting | 15.63 |
| 05/07/08 | Advanced client cost re: Westlaw - online research | 133.34 |
| 05/12/08 | Advanced client cost re: Federal Express - courier service from Feldman Gale, P.A. to Mark Ordway | 13.44 |
| 05/31/08 | Facsimiles | 3.00 |
| 05/31/08 | Photocopies | 40.40 |
| 05/31/08 | Postage | 2.90 |
| | | ======== |
| | TOTAL COSTS FOR THIS MATTER | $208.71 |

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| Alvarez, Stephanie C. | 0.80 hrs | 270.00 /hr | No Charge |
| DeAngelis, Christina | 81.45 hrs | 250.00 /hr | $20,362.50 |
| Gale, James A. | 12.85 hrs | 390.00 /hr | $5,011.50 |
| Hillyer, Gregory L. | 1.70 hrs | 325.00 /hr | $552.50 |
| TOTAL FEES FOR THIS MATTER | 96.80 hrs | | $25,926.50 |
| TOTAL COSTS FOR THIS MATTER | | | $208.71 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

================

**CURRENT AMOUNT DUE FOR THIS BILL**                                  **$26,135.21**

PLUS BALANCE FORWARD                                  $66,221.60

================

**TOTAL BALANCE NOW DUE**                                  **$92,356.81**

*Trust Balance*          *$419.28*

**BALANCE FORWARD DETAIL**

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 03/31/08 | 30165 | $47,830.31 | $47,830.31 |
| 04/30/08 | 30410 | $18,391.29 | $18,391.29 |
| | | | ================ |
| | | | **$66,221.60** |

# Feldman Gale
## INTELLECTUAL PROPERTY LAW

ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

June 30, 2008

Invoice No. 30844
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL  33442

**Bennett Marine/Lenco**



REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---:|
| 06/16/08 | Advanced client cost re: Westlaw - online research | 103.01 |
| 06/26/08 | Advanced client cost re: Westlaw - online research | 13.15 |
| 06/30/08 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | 4.72 |
| 06/30/08 | Facsimiles | 3.50 |
| 06/30/08 | Photocopies | 478.40 |
| 06/30/08 | Postage | 1.68 |
| | | ======== |
| | TOTAL COSTS FOR THIS MATTER | $604.46 |

## BILLING SUMMARY

| | | | |
|---|---:|---:|---:|
| Alvarez, Stephanie C. | 0.15 hrs | 0.00 /hr | No Charge |
| Dalvi, Ashu | 3.00 hrs | 0.00 /hr | No Charge |
| Dalvi, Ashu | 1.00 hrs | 190.00 /hr | $190.00 |
| DeAngelis, Christina | 8.00 hrs | 0.00 /hr | No Charge |
| DeAngelis, Christina | 95.20 hrs | 250.00 /hr | $23,800.00 |
| Gale, James A. | 1.40 hrs | 0.00 /hr | No Charge |
| Gale, James A. | 4.30 hrs | 390.00 /hr | $1,677.00 |

|  |  |  |
|---|---:|---:|
| TOTAL FEES FOR THIS MATTER | 113.05 hrs | $25,667.00 |
| TOTAL COSTS FOR THIS MATTER | | $604.46 |
| | | ======== |

### CURRENT AMOUNT DUE FOR THIS BILL                                $26,271.46

*Trust Balance        $419.28*

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale
## INTELLECTUAL PROPERTY LAW
ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

July 31, 2008

Invoice No. 31121
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**

REDACTED

REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---:|
| 06/16/08 | Advanced client cost re: Westlaw - online research | 103.01 |
| 06/26/08 | Advanced client cost re: Westlaw - online research | 13.15 |
| 07/02/08 | Advanced client cost re: Esquire Deposition Services, LLC - appearance fee for David Martin Deposition, four day transcript service, CD ROM/mini transcript/exhibits | 1,505.32 |
| 07/08/08 | Advanced client cost re: Westlaw - online research | 85.74 |
| 07/10/08 | Advanced client cost re: Services On-Site - twelve 24 x 36 color surveys | 487.92 |
| 07/10/08 | Advanced client cost re: Westlaw - online research | 401.37 |
| 07/16/08 | Advanced client cost re: Amazon.com - books for research | 54.41 |
| 07/25/08 | Advanced client cost re: Esquire Deposition Services, LLC - attend deposition of Dr. Frank Urban, technical medical expert, scanned exhibits/tabs, CD ROM/mini transcript | 501.04 |

========

TOTAL COSTS FOR THIS MATTER                   $3,151.96

## BILLING SUMMARY

| | | | |
|---|---:|---:|---:|
| Alvarez, Stephanie C. | 0.20 hrs | 0.00 /hr | No Charge |
| Alvarez, Stephanie C. | 0.30 hrs | 270.00 /hr | $81.00 |
| DeAngelis, Christina | 45.80 hrs | 0.00 /hr | No Charge |
| DeAngelis, Christina | 68.20 hrs | 250.00 /hr | $17,050.00 |
| Gale, James A. | 1.80 hrs | 0.00 /hr | No Charge |
| Gale, James A. | 22.40 hrs | 390.00 /hr | $8,736.00 |
| Jordan, Kimberly R. | 4.40 hrs | 0.00 /hr | No Charge |
| Jordan, Kimberly R. | 9.30 hrs | 90.00 /hr | $837.00 |

| | | |
|---|---:|---:|
| TOTAL FEES FOR THIS MATTER | 152.40 hrs | $26,704.00 |
| TOTAL COSTS FOR THIS MATTER | | $3,151.96 |

========

CURRENT AMOUNT DUE FOR THIS BILL                   $29,855.96

*Trust Balance*        *$419.28*

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Services Un-Site

*Your In-House Office Services Company*

A BLACK'S BUSINESS SYSTEMS COMPANY
200 S. Biscayne Boulevard, Suite 4350
Miami, Florida 33131-5318
(305) 374-1521    Fax (305) 381-8885
FED ID: 65-0159999

# Invoice

| | |
|---|---|
| **Invoice Number:** | 85137 |
| **Invoice Date:** | July 10, 2008 |
| **Page:** | 1 |

**Sold To:**

FeldmanGale, P.A.
2 S. Biscayne Boulevard
30th Floor
Miami, FL 33131

**Att:** Patty Gonzalez

**Ordered By:**

Kim Jordan

APPROVAL FOR PAYMENT
DATE 7/21/08
CLIEN Bennett Marine Venco
ATTORNEY

POSTED

B7594  um

| Customer ID | Reference | Payment Terms | |
|---|---|---|---|
| 1000FG01 | 1515 | Net 10 Days | |
| **REP ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Dade | Best Way | | 7/20/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12.00 | SR2436 | 24 x 36 Surveys - Color | 38.00000 | 456.00 |

*Please see attached backup for details.*

| | | |
|---|---|---|
| SUBTOTAL | | 456.00 |
| Sales Tax | | 31.92 |
| Taxable Subtotal | | 456.00 |
| Non-Taxable Subtotal | | 0.00 |
| **INVOICE TOTAL** | **$** | **487.92** |

Received By: _____

# Feldman Gale
## INTELLECTUAL PROPERTY LAW

ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

August 31, 2008

Invoice No. 31398
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL  33442

**Bennett Marine/Lenco**

REDACTED

REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---|
| 07/15/08 | Advanced client cost re: Genesys Conferencing - telephone conferencing | 17.64 |
| 07/23/08 | Advanced client cost re: Premo's Deli - working lunch for James A. Gale and Christina DeAngelis | 20.61 |
| 08/01/08 | Advanced client cost re: Westlaw - online research form 8/1 thru 8/15/08 | 295.25 |
| 08/12/08 | Advanced client cost re: Esquire Express, Inc. - courier service to and from Feldman Gale, P.A. and the Federal Courthouse | 25.50 |
| 08/31/08 | Facsimiles | 4.00 |
| 08/31/08 | Photocopies | 505.44 |
| 08/31/08 | Postage | 2.52 |
| | | ======== |
| | TOTAL COSTS FOR THIS MATTER | $870.96 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| DeAngelis, Christina | 6.30 hrs | 0.00 /hr | No Charge |
| DeAngelis, Christina | 62.70 hrs | 250.00 /hr | $15,675.00 |
| Gale, James A. | 0.20 hrs | 0.00 /hr | No Charge |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| | | | |
|---|---|---|---|
| Gale, James A. | 0.90 hrs | 390.00 /hr | $351.00 |
| Jordan, Kimberly R. | 0.70 hrs | 0.00 /hr | No Charge |

|  | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | 70.80 hrs | $16,026.00 |
| TOTAL COSTS FOR THIS MATTER | | $870.96 |
| | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | **$16,896.96** |
| PLUS BALANCE FORWARD | | $29,855.96 |
| | | ======== |
| **TOTAL BALANCE NOW DUE** | | **$46,752.92** |

*Trust Balance*        *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 07/31/08 | 31121 | $29,855.96 | $29,855.96 |
| | | | ======== |
| | | | $29,855.96 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale
## INTELLECTUAL PROPERTY LAW
ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

September 30, 2008

Invoice No. 31447
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**





**COST/DISBURSEMENTS**

07/08/08   Advanced client cost re: Continental Airlines - airfare for James A. Gale to attend deposition of       363.00
           McAlexander

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| Date | Description | Amount |
|---|---|---|
| 09/05/08 | Advanced client cost re: Esquire Express, Inc. - service on Fann & Petruccelli, P.A. in connection with court case number 04-60326-CIV-Marra/Johnson | 30.00 |
| 09/05/08 | Advanced client cost re: Westlaw - online research | 9.87 |
| 09/30/08 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | 164.40 |
| 09/30/08 | Facsimiles | 3.00 |
| 09/30/08 | Photocopies | 98.80 |
| 09/30/08 | Postage | 0.42 |
| | | ======== |
| | TOTAL COSTS FOR THIS MATTER | $669.49 |

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| DeAngelis, Christina | 2.00 hrs | 0.00 /hr | | No Charge |
| DeAngelis, Christina | 32.10 hrs | 250.00 /hr | | $8,025.00 |
| Gale, James A. | 0.80 hrs | 0.00 /hr | | No Charge |

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | 34.90 hrs | $8,025.00 |
| TOTAL COSTS FOR THIS MATTER | | $669.49 |
| | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | **$8,694.49** |
| PLUS BALANCE FORWARD | | $46,752.92 |
| | | ======== |
| **TOTAL BALANCE NOW DUE** | | **$55,447.41** |

*Trust Balance*      *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 07/31/08 | 31121 | $29,855.96 | $29,855.96 |
| 08/31/08 | 31398 | $16,896.96 | $16,896.96 |
| | | | ======== |
| | | | $46,752.92 |

# Feldman Gale
## INTELLECTUAL PROPERTY LAW
ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

November 30, 2008

Invoice No. 32115
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**

REDACTED

| | | |
|---|---|---|
| 11/18/08 | Advanced client cost re: Malin, Haley, DiMaggio, Bowen & Lhota, P.A. - airfare for McAlexander to attend deposition per prior agreement of parties | 314.00 |
| 11/03/08 | Advanced client cost re: Fann & Petruccelli, P.A. - copy of Expert Report of Joseph McAlexander | 37.80 |
| 11/30/08 | Photocopies | 26.20 |
| 11/30/08 | Postage | 0.84 |

```
                                                                          ========
TOTAL COSTS FOR THIS MATTER                                               $687.43
```

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alvarez, Stephanie C. | 1.50 hrs | 0.00 /hr | No Charge |
| Alvarez, Stephanie C. | 41.80 hrs | 270.00 /hr | $11,286.00 |
| Dalvi, Ashutosh | 0.30 hrs | 0.00 /hr | No Charge |
| Dalvi, Ashutosh | 1.10 hrs | 190.00 /hr | $209.00 |
| DeAngelis, Christina | 138.30 hrs | 250.00 /hr | $34,575.00 |
| Gale, James A. | 5.80 hrs | 390.00 /hr | $2,262.00 |

| | | | |
|---|---|---|---|
| TOTAL FEES FOR THIS MATTER | 188.80 hrs | | $48,332.00 |
| TOTAL COSTS FOR THIS MATTER | | | $687.43 |

```
                                                                          ========
```

| | |
|---|---|
| **CURRENT AMOUNT DUE FOR THIS BILL** | **$49,019.43** |
| PLUS BALANCE FORWARD | $2,568.20 |

```
                                                                          ========
```

| | |
|---|---|
| **TOTAL BALANCE NOW DUE** | **$51,587.63** |

*Trust Balance*      *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 10/31/08 | 31828 | $25,684.04 | $2,568.20 |
| | | | ======== |
| | | | **$2,568.20** |

# Feldman Gale
## INTELLECTUAL PROPERTY LAW
ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

December 31, 2008

Invoice No. 32244
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**

REDACTED

REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---|
| 11/05/08 | Advanced client cost re: Westlaw - online research from 11/5 thru 11/24/08 | 915.23 |
| 12/15/08 | Advanced client cost re: Patent Place, Inc. - services in connection with obtaining and forwarding certified copy of application filed as U.S. patent 5,113,780 | 96.70 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| | | |
|---|---|---|
| 12/17/08 | Advanced client cost re: Malin Haley DiMaggio Bowen & Lhota, P.A. - reimbursement for Mr. McAlexander's airfare to attend deposition per prior agreement of parties | 314.00 |
| 12/17/08 | Advanced client cost re: Federal Express - from Feldman Gale, P.A. to Barry L. Haley, Esq. | 12.36 |
| 12/31/08 | Photocopies | 730.80 |
| 12/31/08 | Postage | 0.42 |

TOTAL COSTS FOR THIS MATTER                                                                    $2,069.51

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alvarez, Stephanie C. | 0.20 hrs | 0.00 /hr | No Charge |
| Alvarez, Stephanie C. | 19.30 hrs | 270.00 /hr | $5,211.00 |
| Dalvi, Ashutosh | 5.00 hrs | 190.00 /hr | $950.00 |
| DeAngelis, Christina | 173.60 hrs | 250.00 /hr | $43,400.00 |
| Gale, James A. | 0.50 hrs | 0.00 /hr | No Charge |
| Gale, James A. | 7.30 hrs | 390.00 /hr | $2,847.00 |
| Vega, Christine A. | 0.40 hrs | 90.00 /hr | $36.00 |

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | 206.30 hrs | $52,444.00 |
| TOTAL COSTS FOR THIS MATTER | | $2,069.51 |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | **$54,513.51** |
| PLUS BALANCE FORWARD | | $49,019.43 |
| **TOTAL BALANCE NOW DUE** | | **$103,532.94** |

*Trust Balance*        *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 11/30/08 | 32115 | $49,019.43 | $49,019.43 |
| | | | $49,019.43 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale

## INTELLECTUAL PROPERTY LAW

ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

January 31, 2009

Invoice No. 32707
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**

REDACTED

REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---:|
| | | 361.63 |
| 12/19/08 | Advanced client cost re: Westlaw - online research | 90.12 |
| 12/29/08 | Advanced client cost re: Westlaw - online research from 12/16 thru 12/31/08 | 8.08 |
| 12/31/08 | Advanced client cost re: Pacer Services Center/U.S. Courts - online research | 105.69 |
| 01/02/09 | Advanced client cost re: Westlaw - online research | 40.00 |
| 01/07/09 | Advanced client cost re: Steve Moyer - witness fee for federal subpoena | 40.00 |
| 01/07/09 | Advanced client cost re: Tom McGow - witness fee for federal subpoena | 40.00 |
| 01/07/09 | Advanced client cost re: David Martin - witness fee for federal subpoena | 687.35 |
| 01/12/09 | Advanced client cost re: Westlaw - online research from 1/12 thru 1/30/09 | 220.62 |
| 01/14/09 | Advanced client cost re: Esquire Express, Inc. - courier service to and from Feldman Gale, P.A. and the US District Court | |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| | | |
|---|---|---|
| 01/15/09 | Advanced client cost re: Esquire Express, Inc. - courier service from Feldman Gale, P.A. to the Palm Beach Federal Courthouse | 106.56 |
| 01/16/09 | Advanced client cost re: Esquire Express, Inc. - courier service from Feldman Gale, P.A. to James A. Gale | 39.45 |
| 01/17/09 | Advanced client cost re: Westlaw - online research | 211.34 |
| 01/20/09 | Advanced client cost re: Esquire Express, Inc. - service of subpoena on Steve Moyer, Tom McGow and David Martin | 180.00 |
| 01/20/09 | Advanced client cost re: Esquire Express, Inc. - courier service to and from Feldman Gale, P.A. and the Palm Beach Federal Courthouse | 223.62 |
| 01/23/09 | Advanced client cost re: mileage @ $.55 per mile (408) for Christina DeAngelis to attend calendar call, trial (week two and last day of trial) in West Palm Beach | 224.40 |
| 01/23/09 | Advanced client cost re: parking West Palm Beach federal court for Christina DeAngelis | 21.00 |
| 01/23/09 | Advanced client cost re: meals for Christina DeAngelis while in West Palm Beach to attend trial | 98.11 |
| 01/26/09 | Advanced client cost re: mileage @ $.55 per mile (292) for Rosa A. Knutel to attend trial in West Palm Beach | 160.60 |
| 01/30/09 | Advanced client cost re: FedEx Kinko's - copies of transcripts | 214.00 |
| 01/31/09 | Photocopies | 7,886.60 |
| 01/31/09 | Postage | 0.84 |
| | | ======== |
| | TOTAL COSTS FOR THIS MATTER | $10,960.01 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Ricardo, Olga Pilar | 8.90 hrs | 0.00 /hr | No Charge |
| Alvarez, Stephanie C. | 46.50 hrs | 270.00 /hr | $12,555.00 |
| Dalvi, Ashutosh | 11.70 hrs | 0.00 /hr | No Charge |
| DeAngelis, Christina | 272.90 hrs | 250.00 /hr | $68,225.00 |
| Gale, James A. | 0.10 hrs | 0.00 /hr | No Charge |
| Gale, James A. | 152.10 hrs | 390.00 /hr | $59,319.00 |
| Guerra, Richard | 24.50 hrs | 210.00 /hr | $5,145.00 |
| Knutel, Rosa | 102.00 hrs | 110.00 /hr | $11,220.00 |
| Murray, Marsha | 34.50 hrs | 0.00 /hr | No Charge |

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | 653.20 hrs | $156,464.00 |
| TOTAL COSTS FOR THIS MATTER | | $10,960.01 |
| | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | **$167,424.01** |
| PLUS BALANCE FORWARD | | $54,513.51 |
| | | ======== |
| **TOTAL BALANCE NOW DUE** | | **$221,937.52** |

*Trust Balance*      *$419.28*

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|------|-------------|---------------|------------|
| 12/31/08 | 32244 | $54,513.51 | $54,513.51 |
| | | | ======== |
| | | | **$54,513.51** |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale
## INTELLECTUAL PROPERTY LAW
ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

March 31, 2009

Invoice No. 33010
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**

REDACTED



REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---:|
| 02/01/09 | Advanced client cost re: Westlaw - online research | 380.53 |
| 02/02/09 | Advanced client cost re: Westlaw - online research | 44.72 |
| 02/09/09 | Advanced client cost re: Esquire Express, Inc. - courier service - to/ from Feldman Gale, P.A. to West Palm Beach District Court | 303.82 |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

| 02/13/09 | Advanced client cost re: Esquire Express, Inc. - courier service - from Feldman Gale, P.A. to US District Court West Palm Beach | 86.16 |
| 02/13/09 | Advanced client cost re: Esquire Express, Inc. - courier service - from US District Court West Palm Beach to Ruden McClosky | 9.06 |
| 03/31/09 | Facsimiles | 2.00 |
| 03/31/09 | Photocopies | 441.60 |
| 03/31/09 | Postage | 4.52 |
| | | ======== |
| | TOTAL COSTS FOR THIS MATTER | $1,272.41 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alvarez, Stephanie C. | 10.10 hrs | 0.00 /hr | No Charge |
| Alvarez, Stephanie C. | 7.60 hrs | 270.00 /hr | $2,052.00 |
| Dalvi, Ashutosh | 5.50 hrs | 0.00 /hr | No Charge |
| DeAngelis, Christina | 0.60 hrs | 0.00 /hr | No Charge |
| DeAngelis, Christina | 100.20 hrs | 250.00 /hr | $25,050.00 |
| Gale, James A. | 0.10 hrs | 0.00 /hr | No Charge |
| Gale, James A. | 26.00 hrs | 390.00 /hr | $10,140.00 |
| Veliky, Margarida R. | 0.30 hrs | 0.00 /hr | No Charge |

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | 150.40 hrs | $37,242.00 |
| TOTAL COSTS FOR THIS MATTER | | $1,272.41 |
| | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | **$38,514.41** |
| PLUS BALANCE FORWARD | | $168,931.11 |
| | | ======== |
| **TOTAL BALANCE NOW DUE** | | **$207,445.52** |

*Trust Balance*        *$419.28*

## BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
|---|---|---|---|
| 12/31/08 | 32244 | $54,513.51 | $314.00 |
| 01/31/09 | 32707 | $167,424.01 | $111,616.01 |
| 02/28/09 | 32973 | $57,001.10 | $57,001.10 |
| | | | ======== |
| | | | **$168,931.11** |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828

# Feldman Gale

## INTELLECTUAL PROPERTY LAW

ONE BISCAYNE TOWER, 30th FLOOR
2 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4332
TEL: (305) 358-5001
FAX: (305) 358-3309

May 31, 2009

Invoice No. 33785
Account No. 0749-1515

Mr. Mark Ordway
Bennett Marine, Inc.
Mark Ordway
550 12th Avenue
Deerfield Beach, FL 33442

**Bennett Marine/Lenco**

REDACTED

## COST/DISBURSEMENTS

| | | |
|---|---|---|
| 02/03/09 | Advanced client cost re: Ikon Office Solutions - B & W copies C, medium litigation (6668) | 927.52 |
| | | ======== |
| | | $927.52 |

TOTAL COSTS FOR THIS MATTER

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| DeAngelis, Christina | 1.10 hrs | 0.00 /hr | No Charge |
| DeAngelis, Christina | 14.10 hrs | 250.00 /hr | $3,525.00 |

| Gale, James A. | 0.20 hrs | 0.00 /hr | No Charge |

|  |  |  |
| --- | --- | --- |
| TOTAL FEES FOR THIS MATTER | 15.40 hrs | $3,525.00 |
| TOTAL COSTS FOR THIS MATTER | | $927.52 |
| | | ======== |
| **CURRENT AMOUNT DUE FOR THIS BILL** | | **$4,452.52** |
| PLUS BALANCE FORWARD | | $106,198.47 |
| | | ======== |
| **TOTAL BALANCE NOW DUE** | | **$110,650.99** |

*Trust Balance*          *$419.28*

### BALANCE FORWARD DETAIL

Our records indicate the following invoices remain unpaid:

| DATE | INVOICE NO. | AMOUNT BILLED | AMOUNT DUE |
| --- | --- | --- | --- |
| 12/31/08 | 32244 | $54,513.51 | $314.00 |
| 02/28/09 | 32973 | $57,001.10 | $57,001.10 |
| 03/31/09 | 33010 | $38,514.41 | $38,514.41 |
| 04/30/09 | 33456 | $10,368.96 | $10,368.96 |
| | | | ======== |
| | | | **$106,198.47** |

CONFIDENTIAL - ATTORNEY/CLIENT - WORK PRODUCT PRIVILEGED
FEDERAL TAX ID # 65-0577828